UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 25-cv-00112-GPG-CYC

THE OUTDOORSMANS ATTIC, LLC,

Petitioner,

v.

PAUL BROWN, Director of Industry Operations for the ATF's Denver Field Division,

Respondent.

_____

## CERTIFICATION OF ADMINISTRATIVE RECORD

_____

WHEREAS the Secretary of the Treasury transferred the functions, powers and duties of the administration of 18 U. S. C. Chapter 44, the Gun Control Act of 1968, to the Bureau of Alcohol, Tobacco and Firearms (Treasury Department Order 120-01 (formerly Order No. 221) dated June 6, 1972, 37 Fed. Reg. 11, 696 (1972));

AND WHEREAS, on November 25, 2002, the President signed into law the Homeland Security Act of 2002, Pub. L. No. 107-296, 116 Stat. 2135 (2002), and title XI, subtitle B, section 1111 of the Act established the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) within the Department of Justice and, with respect to the enforcement of the Federal firearms laws, transferred the authorities, functions, personnel and assets of the Bureau of Alcohol, Tobacco and Firearms to the Department of Justice, including the related functions of the Secretary of Treasury;

1

AND WHEREAS, the Attorney General has delegated the functions, powers and duties of the administration of 18 U. S. C. Chapter 44, the Gun Control Act of 1968, to the Bureau of Alcohol, Tobacco, Firearms and Explosives, 28 C.F.R. § 0.130 (a)(1);

AND WHEREAS, the Department of Justice issued a regulation continuing the regulations contained in 27 C.F.R. Part 178 (now renumbered Part 478, 68 Fed. Reg. 3744 (Jan. 24, 2003)) as in effect on January 23, 2003, with respect to the operations of the Bureau of Alcohol, Tobacco, Firearms and Explosives according to their terms until amended, modified, suspended, terminated, set aside, or revoked in accordance with law, 28 C.F.R. § 0.133;

AND WHEREAS, the regulations confer the authority and power to revoke federal firearms licenses upon the Director of Industry Operations, 27 C.F.R. § 478.73;

AND WHEREAS, the Bureau of Alcohol, Tobacco, Firearms and Explosives did on November 4, 2024, issue a Final Notice of Revocation (ATF E-Form 5300.13) in the above-captioned revoking the federal firearms license of, Outdoorsmans Attic, LLC;

AND WHEREAS, in the above-captioned case, the Petitioner filed in this Court a petition for review of the aforementioned administrative revocation of the federal firearms license;

NOW, THEREFORE, I, Paul W. Brown, Director of Industry Operations, Denver Field Division, Bureau of Alcohol, Tobacco, Firearms and Explosives, DO HEREBY CERTIFY that the documents and materials provided and attached hereto constitute the administrative record in the above-captioned case.

I further CERTIFY that true and correct copies of the documents that comprise the administrative record have been compiled in electronic format, which I understand

USA_0002

will be filed with the Court and served on all parties in the case. The administrative record consists of a total of 297 pages.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on May _8th__, 2025, in Denver, Colorado,

*Paul W Brown*

Digitally signed by
PAUL BROWN
Date: 2025.05.08
08:17:30 -06'00'

Paul W. Brown
Director, Industry Operations
Denver Field Division
Bureau of Alcohol, Tobacco,
Firearms and Explosives
950 17th Street, Suite 1800
Denver, Colorado 80202

3



# U.S. DEPARTMENT OF JUSTICE

# BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES

## REVOCATION HEARING: THE OUTDOORSMAN'S ATTIC, LLC

### DATE:

### September 25, 2024






(855) 693-3767 | (720) 738-1300

schedule@yournextdepo.com

www.pikereporting.com

USA_0004

U.S. DEPARTMENT OF JUSTICE

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES

REVOCATION HEARING: THE OUTDOORSMAN'S ATTIC, LLC

WITNESS(ES):  GREGORY PAA

              JASON CLEMENS

              WILLIAM PADDOCK

DATE:         SEPTEMBER 25, 2024

REPORTER:     SOPHIE MCCUIEN



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0005

Hearing, taken on September 25, 2024

2

APPEARANCES

ON BEHALF OF THE U.S. DEPARTMENT OF JUSTICE

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES:

Stuart Browne, Esquire

Bureau of Alcohol, Tobacco, Firearms & Explosives

950 17th Street

Suite 1800

Denver, Colorado 80202

Telephone No.: (303) 575-7600

E-mail: paul.brown@atf.gov


ON BEHALF OF THE LICENSEE, THE OUTDOORSMAN'S ATTIC,

LLC:

Scott Allan, Esquire

Renzulli Law Firm, LLP

One, North Broadway,

Suite 1005

White Plains, New York 10601

Telephone No.: (914) 285-0700

E-mail: sallan@renzullilaw.com


Also Present:

Paul W. Brown, Director, Industry Operations

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0006

Hearing, taken on September 25, 2024

INDEX

                                                      Page

PROCEEDINGS                                              7


Gregory Paa:

DIRECT EXAMINATION BY MR. BROWNE                        11

CROSS-EXAMINATION BY MR. ALLAN                          28

EXAMINATION BY MR. BROWN                                42


Jason Clemens:

DIRECT EXAMINATION BY MR. BROWNE                        46

CROSS-EXAMINATION BY MR. ALLAN                          61

EXAMINATION BY MR. BROWN                                97

RECROSS-EXAMINATION BY MR. ALLAN                       101


William L. Paddock:

DIRECT EXAMINATION BY MR. ALLAN                        101

CROSS-EXAMINATION BY MR. BROWNE                        128

REDIRECT EXAMINATION BY MR. ALLAN                      130

EXAMINATION BY MR. BROWN                               131

FURTHER DIRECT EXAMINATION BY MR. ALLAN                139

RE-EXAMINATION BY MR. BROWN                            140

FURTHER DIRECT EXAMINATION BY MR. ALLAN                142

FURTHER EXAMINATION BY MR. BROWN                       143

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0007

EXHIBITS

| ATF Exhibit | Page |
|---|---|
| 1 - Notice of Revocation Hearing | 10 |
| 2 - Licensee Request of Hearing | 10 |
| 3 - Notice of Hearing Confirmation | 10 |
| 4 - 2011 Application Inspection Regulation Review | 10 |
| 5 - 2018 Compliance Inspection Regulation Review | 10 |
| 6 - 2018 Compliance Inspection Report of Violation | 10 |
| 7 - 2024 Inspection Report of Violation | 10 |
| 8 - Receipt Outdoorsman's Attic Document | 10 |
| 9 - Receipt From Outdoorsman's Attic | 10 |
| 10 - Photograph of Store Interior | 10 |
| 11 - Print out of Acquisition and Disposition (A&D) from The Outdoorsman's Attic | 10 |

| Licensee Exhibit | Page |
|---|---|
| 1 - Acquisition and Disposition (A&D) Record Jorge Miranda | 66 |
| 2 - Acquisition and Disposition (A&D) Record Carlos G. Anaya | 66 |

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0008

Hearing, taken on September 25, 2024

5

EXHIBITS (CONTINUED)

Licensee Exhibit                                      Page

3 - Three 4473 Form Completed by Jorge

    Miranda                                            66

4 - Original Report Violation Issued by IOI

    Paa March 7, 2024                                  66

5 - Disposition Record from A&D Regarding             66

    Transferred Firearms to Agent Clemens             66

6 - Indictment of United States v. Castillo           66

7 - Plea Agreement of United States v.

    Castillo                                           67

8 - Form 4473 Completed by Santiago Torres            67

9 - Form 4473 Completed by Marcos Ruvalcaba           67

10 - Form 4473 Completed by Kardell Collins            67

11 - Indictment of United States v.

     Anaya-Leon                                         67

12 - Plea Agreement of United States v.

     Anaya-Leon                                         67

13 - Defendants Sentencing Memorandum in the

     United States v. Anaya-Leon Case                  67

*Exhibits retained by counsel.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0009

STIPULATION

The hearing was taken at THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES 950 17th STREET, SUITE 1800, DENVER, COLORADO 80202 on WEDNESDAY the 25th day of SEPTEMBER 2024 at 9:00 a.m. MT; said hearing was taken pursuant to the FEDERAL Rules of Civil Procedure.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0010

Hearing, taken on September 25, 2024

7

PROCEEDINGS

THE REPORTER:  On record.

MR. BROWN:  This hearing has officially begun. The time is 9:00 a.m.  The date is September 25th, 2024.  We are located at ATF's Denver Field Division Office, located at 950 17th Street, Suite 1800, Denver, Colorado 80202.  My name is Paul W. Brown. I'm the Director of Industry Operations for the Denver Field Division and will be the officer presiding over this hearing by the direction and under the authority of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, United States Department of Justice.

This hearing is an administrative proceeding and is informal in nature.  The hearing is to review the Notice to Revoke or Suspend License and/or Impose a Civil Fine, ATF Form 5300.4, issued under the provisions of Title 27, Code of Federal Regulations, Part 478, Subpart E.  As a result of the issuance of ATF Form 5300.4, you requested in writing that a hearing be granted.  The focus of this hearing will be on the evidence regarding whether the license is revoked.

There are a couple of procedural issues I will

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0011

Hearing, taken on September 25, 2024

8

address before we get started.  A transcript is being made of these proceedings for the record. Because of this, I ask that you speak one at a time so that a clear and accurate record can be made. Answers must be audible.  Please do not nod or shake your head in response to a question.

At this time, I will ask the licensee and those present on its behalf to introduce themselves. Please give me your full name, and spell your last name for the record.

MR. ALLAN:  Scott C. Allan, A-L-L-A-N, attorney with the Renzulli Law Firm, R-E-N-Z-U-L-L-I, Counsel for the licensee.

MR. PADDOCK:  My name is William L. Paddock, Jr.  I'm the owner of The Outdoorsman's Attic, FFL.

MR. BROWN:  Could you spell your last name?

MR. PADDOCK:  Yeah.  I'm sorry. P-A-D-D-O-C-K.

MR. BROWN:  Thank you.  Division Counsel Browne, will you and anyone producing evidence on behalf of ATF introduce yourselves.  Please give me your full name, and spell your last name for the record.

MR. BROWNE:  My name is Stuart Browne. S-T-U- A-R-T, last name Browne, B-R-O-W-N-E.  I'm

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0012

Hearing, taken on September 25, 2024

the Division Counsel, and with me as the first witness.  Introduce yourself.

THE WITNESS:  Industry Operations Investigator Gregory Paa, P-A-A.

MR. BROWNE:  And there will be a second witness who will come up after Mr. Paa is done.  His name is Special Agent Jason Clemens.

MR. BROWN:  Okay.

MR. BROWNE:  And I'm sure he'll introduce himself and put his name on the record.

MR. BROWN:  Thank you.  Mr. Browne, you may now proceed with your presentation.

MR. BROWNE:  Okay.  First thing is I provided to you 11 Exhibits and provided to the licensee's attorney beforehand.  The first one is the Notice of Revocation.  It consists of seven pages.  Second is the Licensee Request of Hearing.  It consists of one page. Third exhibit is the notice of the hearing -- the hearing confirmation.  This is three pages.

Exhibit 4 is the 2011 Application Inspection Regulation Review.  Exhibit 5 is the 2018 Compliance Inspection Regulation Review.  Exhibit 6 is the 2018 Compliance Inspection Report of Violations.  Exhibit 7 is the 2024 Inspection Report of Violations, eight pages.  Exhibit 8 is a receipt from Outdoorsman's

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0013

Hearing, taken on September 25, 2024

10

Attic document.  It consists of one page.  Exhibit 9 is also an Outdoorsman's Attic receipt, also one page.  Exhibit 10 is an Outdoorsman's Attic photo from the store.  It consists of one page.  And Exhibit 11 is a printout from Outdoorsman's Attic's A and D records, consisting of two pages.

MR. BROWN:  Okay.  And if we could enter these in as ATF Exhibits 1 through 11, please.

(EXHIBIT 1 RECEIVED INTO EVIDENCE)

(EXHIBIT 2 RECEIVED INTO EVIDENCE)

(EXHIBIT 3 RECEIVED INTO EVIDENCE)

(EXHIBIT 4 RECEIVED INTO EVIDENCE)

(EXHIBIT 5 RECEIVED INTO EVIDENCE)

(EXHIBIT 6 RECEIVED INTO EVIDENCE)

(EXHIBIT 7 RECEIVED INTO EVIDENCE)

(EXHIBIT 8 RECEIVED INTO EVIDENCE)

(EXHIBIT 9 RECEIVED INTO EVIDENCE)

(EXHIBIT 10 RECEIVED INTO EVIDENCE)

(EXHIBIT 11 RECEIVED INTO EVIDENCE)

MR. BROWNE:  All right.  If you're ready, Mr. Brown, I'm going to have Mr. Paa -- your first witness.

MR. BROWN:  Proceed.

MR. BROWNE:  Okay.

DIRECT EXAMINATION OF MR. PAA

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Hearing, taken on September 25, 2024

11

BY MR. BROWNE:

Q.   Can you -- you've given your name.  And for the record, we know you're employed by ATF.  How long have you been -- been with ATF?

A.   I've been with ATF, in the whole, since 2017, so seven years.

Q.   Okay.  And what is your current post of duty?

A.   I'm an Industry Operations Investigator here at the Denver Field Division.

Q.   And how long have you been an Industry Operations Investigator with ATF?

A.   I've been an Industry Operations Investigator with ATF for just over three years.

Q.   And what did you do for ATF for the -- it looks like the first four years you're --

A.   First four years, I was an Investigative Analyst in the Denver Field Division.

Q.   Okay.  And prior to joining ATF, what did you -- what was your prior employment?

A.   I was a Federal Police Officer with the VA for approximately two years.  Before that, a Federal Police Officer with Department of the Air Force for four years.  And also, I worked for Boulder County Sheriff's Office for two years.  I was active-duty in Air Force for six years, and I'm still an active-duty Air Force Reservist

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0015

Hearing, taken on September 25, 2024

12

with a total career of 22 years of service.

Q.   Have you had any formal training as an Investigator for ATF?

A.   Yes.  We completed the Industry Operations Investigator Basic Training course, which is ten weeks out of the National Training Academy out of Huntsville, Alabama.

Q.   And have you had any additional on-the-job training when you became an Investigator with ATF?

A.   Yes.  I was in an on-the-job training program, which was two years, with a Senior Investigator.

Q.   And just -- like, if you were explaining to someone who met you and says, so what do you do, how would you explain -- what are your duties as an Industry Operation Investigator as far as firearms dealers?

A.   For firearms, we regulate the firearms industry.  So we do investigations or inspections on current licensees, dealers, manufacturers, importers, pawn brokers that are licensed to sell and manufacture imported firearms.  We also issue licenses to anyone who has applied to become a Federal Firearms License dealer.

Q.   And at the time you conducted this particular inspection, just ballpark, how many inspections of firearms licenses had you done previously?

A.   Previously to this one, it's probably 85

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0016

Hearing, taken on September 25, 2024

inspections.

Q.    And do you receive questions from firearms licensees when you're not doing inspections?

A.    Yes, probably daily via e-mail or phone.

Q.    So they're able to call you if they have questions on things?

A.    Yes.

Q.    Okay.  And when you conducted this inspection, were you still in an on-the-job training or not?

A.    Yes.

Q.    Okay.  And when did that end?

A.    That ended in June of -- actually, I'm sorry. I wouldn't -- I would not have been in -- in on-the-job training.

Q.    Okay.  So you'd completed your on-the-job training --

A.    Yes.

Q.    -- before this inspection?

A.    Yes.

Q.    Okay.  And as part of your duties, you were assigned to do an inspection of Outdoorsman's Attic?

A.    Yes.

Q.    Okay.  And who assigned you to do that?

A.    My supervisor.

Q.    Okay.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0017

A.    Lacie Peterson.

Q.    And did you then conduct that inspection?

A.    Yes.

Q.    And do you remember approximately or exactly when you went out to start that inspection?

A.    I believe the inspection started on February 20th of 2024.

Q.    And what kind of inspection was this?

A.    It is what we call a Compliance Inspection. So someone who's been in -- in the business, we do routine inspections of them, just to see how they're maintaining their -- their inventory and their -- and records in regards to the regulations.

Q.    And when you do -- do your inspection, do you also have other things other than the inspection you deal with with the license owners?  Do you talked to them about issues or clarify things, things like that?

A.    Yeah.  So I always ask the licensee if they have any questions.  We cover the acknowledgement of federal firearms regulations with the licensee to make sure that they understand any changes or anything that they're required to do as a licensee regarding records or -- or recordkeeping.

Q.    Do you provide them any point of contact if they need to follow up with you with anything or have

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0018

Hearing, taken on September 25, 2024

15

any questions in the future?

A.   Yes.  So I always give them my business card, or I'll send them an e-mail that has my contact information.

Q.   And for this particular inspection, Outdoorsman's Attic, what type of license do they hold?

A.   They hold a Type 01 license, which is a dealer of firearms.

Q.   What does that allow them to do?

A.   It allows them to deal firearms as well as do small gunsmithing repair work.

Q.   And do you know how long this licensee has been in business with an FFL?

A.   I believe since 2011, somewhere in that time frame.

Q.   Okay.  And prior to your inspection, had the licensee had any inspections done?

A.   Yes.  I believe they had a Compliance Inspection in 2018, I believe.

Q.   And did they have an Application Inspection?

A.   Yes.  And -- and they -- they got their original license in 2011.

Q.   Okay.  Let me show you Exhibit 4.  This is two pages.  Can you tell what that is?

A.   So this is an Acknowledgement of Federal

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0019

Hearing, taken on September 25, 2024

16

Firearms Regulations form from 2011.  This would've been the initial application that the licensee submitted and when the Industry Operations Investigator covered all of these topics with the licensee before they issued the license.

Q.   And how does it indicate that?

A.   By check marks and it's signed and dated by both the applicant as well as the ATF Investigator.

Q.   And you didn't conduct this one yourself?

A.   I did not, no.

Q.   Okay.  But is it standard procedure then to mark the boxes that you covered with the licensee?

A.   Correct.

Q.   Okay.  And where is the location of this license?

A.   It's a storefront located in Sheridan, Colorado.

Q.   Is there any other businesses in the building?

A.   There's a gunsmith that operates in the lower level of the building.  I -- I don't know the name of that business, though.

Q.   Okay.  So the licensee has its own floor on the top?

A.   So the licensee has basically the entire building, top floor and the bottom floor.  The gun space

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0020

Case No. 1:25-cv-00112-GPG-CYC    Document 21    filed 05/15/25    USDC Colorado
pg 21 of 80
Hearing, taken on September 25, 2024

17

kind of just operates like a counter in the basement or ground level of the building.

Q.   Okay.  So it's basically a stand-alone structure where this is?

A.   Correct.

Q.   Okay.  And what do you do to prepare before you conducted this inspection?

A.   So I look at the previous report from their -- the last inspection.  I'll review the office file, if there is one, from older documents that weren't digitized or in a digital format.  Also contact the Violent Crime Analysis Bureau through ATF to get a list of any trace data that was -- that the licensee was subject to as well as any multiple-sale transactions that the licensee submitted to ATF.  That document will also show any thefts or losses that the licensee reported.  Also contact Colorado Bureau of Investigations to get the last 12 months of the NICS log, showing the NICS transactions that the licensee had submitted to -- to CBI.

Q.   Okay.  And who do you deal with with the licensee?

A.   The only RP listed, Mr. Paddock.

Q.   Were there any other employees there?

A.   There's a -- I don't -- I mean, I guess you'd

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0021

Hearing, taken on September 25, 2024

call her an employee, his -- his daughter.  And I don't
know her -- her name, but she was present for most of
the inspection.

Q.    Did you interact with her or just with the
Responsible Person?

A.    With both.  She provided information.  If I
had questions about particular firearms or -- or -- or
forms, she would provide some information based off of
the electronic records that they had.

Q.    And you mentioned Responsible Person.  What is
a Responsible Person?

A.    Responsible Person is someone who is
essentially overall responsible for the license, can
make business decisions for the license, and the person
that we would go to with any questions or information if
we needed answers regarding the -- the license
specifically.

Q.    Okay.  And did you have any difficulty in this
particular inspection dealing with the licensee?

A.    Not at all, no.

Q.    Okay.  So they're cooperative?

A.    Correct.  Yeah.

Q.    Okay.  The licensee, they had an Acquisition
Disposition Record.  Was it a hard copy or was it
electronic?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0022

Hearing, taken on September 25, 2024

A.    It was electronic.

Q.    And what is an Acquisition and Disposition Record?

A.    So Acquisition and Disposition Record, or A&D Record that we call it, is basically the record that shows firearms are coming into the business inventory and then subsequently going out into either -- who they were transferred to, either a licensee or an unlicensed person, via Form 4473.

Q.    And just ballpark, what was the approximate size of inventory you had to do?

A.    Inventory, on hinge, when I was there, it was approximately 250 firearms.

Q.    And of course, that can vary from day to day with the licensing?

A.    Correct.

Q.    And prior to your inspection, we talked about an Application Inspection.  Was there any Compliance Inspections done before you came?

A.    Yes.  There was a Compliance Inspection done, I believe, in 2018.

Q.    Let me show you Exhibit 5.  And tell us what that is.

A.    So this is the Acknowledgement of Federal Firearms Regulations form signed by the Investigator as

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0023

well as the RP for the license in November of 2018.

Q.   And again, like the one we talked about before, is all the boxes checked --

A.   Correct.  Yes.

Q.   -- indicating that topic was covered with the licensee?

A.   Yes.

Q.   Okay.  Did you perform this particular inspection?

A.   I did not, no.

Q.   Okay.  Let me show Exhibit 6.  It just a one-page.  You can tell us what that is.

A.   This is a Report of Violations from the 2018 inspection.  It shows the violations that the licensee was cited for and signed by the RP acknowledging those -- that those violations were reviewed with the IOI -- or the Investigator at the time.

Q.   Okay.  Now let's show you Exhibit 7.  This is eight pages.  Can you tell us what this document is?

A.   This is a Report of Violation that I prepared for the inspection that began in February of 2024.

Q.   Okay.

A.   And is acknowledged by the Responsible Person in May of 2024.

Q.   Okay.  And was this the only Report of

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0024

Case No. 1:25-cv-00112-GPG-CYC    Document 21    filed 05/15/25    USDC Colorado
pg 25 of 80
Hearing, taken on September 25, 2024

21

Violations that was completed?

A.    No.   There were two previous to this that were amended.   This is the final one.

Q.    Okay.   So this is the official one that you sent for --

A.    This is the official and -- and final Report of Violations that was finalized in my report.

Q.    Okay.   And what happened to the first two?

A.    So the first two --

Q.    You can start with the first one.

A.    Yeah.   The first one was issued by myself, basically with the violations that I found on-site, which were essentially just form violations, form errors.   And then after conducting that -- or completing that Report of Violations, received information from the criminal-enforcement side of ATF that -- that revealed further violations, which led to the second Report of Violations, for instance, number 3 on the Report of Violations, a violation of 27 CFR 478.128(c), false statements made by the licensee.

And then the third instance of the reported violations came to light after a suspect of a criminal-enforcement investigation was found guilty of dealing without a license.   And it was determined by -- after a conversation with my supervisor that the

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0025

Hearing, taken on September 25, 2024

licensee should be cited for 18 USC 2 for the aiding and abetting in that, dealing without a license.

Q.    So the last two we're talking about were basic referral --

A.    Correct.

Q.    -- information to you?

A.    Correct.

Q.    Not what you found your inspection?

A.    Correct.

Q.    Okay.  So for your inspection, did you do a full inventory review?

A.    Yes.

Q.    Okay.  And you reviewed the A&D records?

A.    Yes.

Q.    And the 4473s?

A.    Yes, for the last 12 months.

Q.    Okay.  You checked multiple sales transactions, also?

A.    Yes.

Q.    Okay.  Okay.  All right.  Let me show you Exhibit 1 as the Notice of Revocation, and it's got the two violations we're going to be talking about today.

A.    Okay.

Q.    In fact, I'll do -- before we start, now we're going to give you Exhibit 11, also.  Can tell us what

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0026

that is so the hearing officer understands what we're talking about?  Please identify Exhibit 11.

A.    The first page of Exhibit 11 are Acquisition and Disposition Records from February 2nd of 2023 that show firearms coming into the licensed business from Jorge Miranda.

Q.    And there's a second page.

A.    And the second page shows an A&D record of firearms coming in on multiple dates from Carlos Anaya. And with the first two, the last name Anaya is actually spelled wrong, but they were included because of the address and other similar -- identifying that they were from the same person.

Q.    Okay.  And how did you get this particular Exhibit, this document?

A.    This is the A&D record that was provided from the licensee.

Q.    Did you ask the licensee to print it out for you?

A.    So I asked for the digital copy to be e-mailed, and they advised that after speaking to an FFL consultant, that they were -- felt more comfortable printing out the entire A&D record instead of e-mailing it.

Q.    Okay.  So they sent the whole A&D record to

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0027

you?

A.   They printed it, the whole thing.

Q.   Okay.  And you took this from that?

A.   Yes.

Q.   Okay.  All right.  The first violation in the Report of Violations is that on 15 occasions, the licensee willfully made false statements or representation with respect to information required by the Gun Control Act.

Can you tell us about that violation, what you found?

A.   Yeah.  So that is all on the first page of Exhibit 11, all of the transactions on February 2nd, 2023, that showed the firearms coming in from Jorge Miranda.  After reviewing Investigative Reports and interviews provided by criminal enforcement, Jorge Miranda indicated that he was never at the store on that one particular day.  So all of those transactions that are identified as him being the person the firearms are acquired from, he was not the one who brought the firearms into the licensed business on that day.

Q.   And who -- who gave you that information?

A.   That was provided by Special Agent Jason Clemens.

Q.   Okay.  So you didn't have the firsthand

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0028

Hearing, taken on September 25, 2024

25

knowledge of that?

A.    Correct.

Q.    Okay.  When you brought this violation to the licensee's attention, what was the licensee's response?

A.    The licensee advised to me that as far as he knew, he took the firearms in from the person that presented in person the ID, and that's who he recorded them coming in from.  He said that he never takes in firearms unless they come from the person in front of him that has an ID.

Q.    Okay.  The other -- there's one other potential employee in the store?

A.    As far as I know, only one other employee, yes.

Q.    Okay.  Did -- did you ask about whether the other employee would've had any information on this?

A.    Yes.  And the -- Mr. Paddock said that, you know, there's a chance maybe his daughter could have taken these guns in, but he didn't know for sure.

Q.    Okay.  Let's turn to the second violation.  It was cited for this particular notice.  Violation number 2 is that the licensee willfully aided and abetted a non-licensee, Leonel Castillo, to engage in the business of dealing firearms without a Federal Firearms License?  Can you tell me how you found this violation?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0029

Hearing, taken on September 25, 2024

26

A.   Yeah.  So this was also -- this isn't part of this exhibit.

Q.   No.

A.   That's actually part of the other one, so -- okay.  This was all information provided also from Special Agent Jason Clemens.  Basically, through their criminal investigation, Leonel Castillo ended up being found guilty of dealing without a license.  And during the course of that investigation, he acknowledged that the Outdoorsman's Attic -- he used the Outdoorsman's Attic to assist in the transfer of firearms that he was selling without a license.

Q.   And again, this wasn't your investigation; this was information that was forwarded to you by the agent?

A.   Correct.

Q.   Okay.  But you did bring this to the licensee's attention?

A.   Correct.

Q.   And what did the licensee state to you?

A.   He said that he -- he doesn't know this person.  He said, you know, he doesn't know, you know, that -- he -- he never knowingly did anything to assist somebody selling -- selling firearms.

Q.   Okay.  And did -- did you again ask him, maybe

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0030

it could have been another employee?

A.   Yes.  The same -- same thing as -- as the previous -- you know, he wasn't sure if, you know, his -- his daughter had dealt with any of these -- these transactions, but he didn't know for sure.

Q.   Okay.  You may not have involvement on Exhibit 8.  Let me show you Exhibit 8.  Did you get involvement with that document?

A.   The only -- so I saw this document after from Special Agent Clemens, and this is related to Exhibit 11, the second page.  And he is -- basically, the information I got from -- from Special Agent Clemens is that Carlos Anaya, during his investigation, in his statement said that he had never been to the store, Outdoorsman's Attic.  And there's this document that shows that this particular firearm was acquired from Carlos Anaya.  And then on Page 2 of Exhibit 11, there's five other instances that show firearms coming into the license from Carlos Anaya, even though he advised and stated that he had never been to the store.

Q.   Okay.

MR. BROWNE:  I don't have any further questions for Investigator Paa.

MR. BROWN:  Mr. Allan?

MR. ALLAN:  You okay with letting me to start?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0031

MR. BROWNE:  Oh, yeah.

MR. ALLAN:  Okay.

CROSS-EXAMINATION OF MR. PAA

BY MR. ALLAN:

Q.   Okay.  IOI Brown, I just have a couple initial background questions.

MR. BROWN:  That's IOI Paa.

THE WITNESS:  IOI Paa.

BY MR. ALLAN:

Q.   Oh.  What did I call you?

A.   Brown.

Q.   Brown?  Okay.

A.   Too -- too many Browns here.

MR. BROWN:  Yeah.  We -- we don't need a third.

BY MR. ALLAN:

Q.   Okay.  IOI Paa, I have a -- a couple of quick initial background questions before I get into the -- the main substantive issues.  I believe you testified that you received your IOI training at the National Training Academy in Huntsville, Alabama?

A.   Correct.

Q.   Is -- do -- do IOIs normally receive training at FLETC in Glynco, Georgia?

A.   So yeah.  So the National Training Academy is headquartered out of FLETC in Glynco, Georgia.  But

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0032

because of COVID, they started running the IOI program out of Huntsville, Alabama, just to be able to get classes in because FLETC was shut down during COVID.

Q.   Okay.  So it's -- it's essentially the same training --

A.   Correct.

Q.   -- that would otherwise be provided --

A.   Correct.  It's just -- they just moved locations because they didn't have a spot at FLETC because of COVID.

Q.   Got it.  I believe you testified that your Supervisor, Lacie Peterson, assigned you to conduct the -- this investigation?

A.   Yes.

Q.   Is Lacie Peterson an Area Supervisor?

A.   Yes.

Q.   Okay.  At the time you were assigned to do this inspection, was this just a standard Compliance Inspection, or was it related in any manner to the investigation of Leonel Castillo?

A.   So it was referred to us from criminal enforcement as a potential referral, I guess you would call it, from criminal enforcement.

Q.   And when it was referred from criminal enforcement, was it referred for an investigation of

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0033

Case No. 1:25-cv-00112-GPG-CYC    Document 21    filed 05/15/25    USDC Colorado
pg 34 of 80
Hearing, taken on September 25, 2024

30

Outdoorsman's Attic?

A.    No.    It was just referred as a -- well, yes. I -- I mean, I guess yes, as an investigation of -- of the license operations, because there was information that he was possibly falsifying the Acquisition Records.

Q.    Okay.    So this would not have been a standard Compliance Inspection then; this -- this would've been an inspection for purposes of an Ongoing Criminal Investigation?

A.    So not for purposes of an Ongoing Criminal Investigation because a Criminal Investigation was already, I guess, done with.    So this is just strictly to see what the -- if the licensee's conduct violated the -- the regulations and the Gun Control Act.

Q.    To your knowledge, was there any Criminal Investigation related to Outdoorsman's Attic?

A.    To -- I -- I don't recall.    I don't know, to my knowledge.

Q.    Exhibit 7 is the Report of Violations that you prepared.    I believe you testified that this is the third version of the Report of Violations, correct?

A.    Yes.    Yes.

Q.    When a revised Report of Violations are issued, are they normally marked as an Amended Report of Violations or a Second Amended Report of Violations?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0034

Hearing, taken on September 25, 2024

A.   So the entire report doesn't say "amended," but if -- and I don't have it.  I think it's on Page 2. It'll show the date that it was amended --

Q.  Yeah.

A.   -- for the violations that -- that shows the amended dates of those particular violations.

Q.   While you were at Outdoorsman's Attic conducting the Compliance Inspection, did you see any issues with their A&D Records that caused you to question whether there were in any inaccuracies or false entries regarding the persons from whom firearms were acquired or to persons to whom they were disposed?

A.   No, nothing that was -- that stood out.

Q.   At the time you were doing the inspection, you were aware of issues with Carlos Anaya, Jorge Miranda, and Leonel Castillo, correct?

A.   Correct.

Q.   Approximately at the time of the -- the closing conference in March of 2024, did you have a discussion with Mr. Bill Paddock regarding Jorge Miranda or Carlos Anaya?

A.   Yes.

Q.   And what was the substance -- substance of that conversation?

A.   Just to see if he knew -- knew them.  If he

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0035

Hearing, taken on September 25, 2024

32

knew the names, if they had been in the store.  And I know he said that Jorge Miranda was a -- a customer that he knew.  He didn't know of the other names at the time.

Q.    As far as knowing the other names, was the other name Jorge Miranda, or was he saying he didn't know?

A.    No, he knew Jorge Miranda.

Q.    Oh, I'm sorry.

A.    Yes.

Q.    Was he saying he didn't recall the name of Carlos Anaya or was he also saying he didn't recall the name of Leonel Castillo?

A.    Both.  He didn't recall the name of both.

Q.    Okay.  And I believe you testified that after conducting the initial inspection and issuing the initial Report of Violations in March of 2024, you got information from Criminal Division about additional violations.

A.    Correct.

Q.    Was that based on statements that were made by Carlos Anaya and -- and/or Jorge Miranda regarding firearms that were listed as having been acquired from them in the A&D Records?

A.    Yes, sir.

Q.    Okay.  Have you ever had any discussions with

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0036

Hearing, taken on September 25, 2024

33

Jorge Miranda or Carlos Anaya?

A.   No.

Q.   And have you ever had any discussions with Leonel Castillo?

A.   No.

Q.   Okay.  As far as the amended -- first amended Report of Violations that was issued on approximately March 27th, 2024, was there any basis to add those 15 violations based on false entries in the acquisition records, other than your discussion with your Area Supervisor, Lacie Peterson?

A.   Nope.  That was all stemmed from the information provided by -- from the Criminal Enforcement Investigation.

Q.   And were these discussions oral discussions with Criminal Enforcement or did you receive -- did they provide you with any written materials?

A.   Oral discussion.  And I -- I received the report of -- or the Report of Investigations from their case.

Q.   Okay.  And what is a Report of Investigations?

A.   Basically, any time Criminal Enforcement has any information regarding, you know, an open investigation, they do a Report of Investigation or an ROI and they add it to the main case report.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0037

Hearing, taken on September 25, 2024

34

Q.   Okay.  Is that something that you normally have access to as an IOI when you're conducting a Compliance Inspection?

A.   Yes.

Q.   And is that something you relied on in deciding to issue an Amended Report of Violations?

A.   Yes.

Q.   Okay.  Is -- is that considered a confidential document or is there a reason that was not marked as an exhibit to your knowledge?

A.   To my knowledge, I do not know the answer to that.

Q.   And is it your understanding that -- let me just make sure I get the -- that Jorge Miranda is only claiming that the firearms that were listed as having been acquired from him on February 2nd, 2023, were not provided to the Outdoorsman's Attic?

A.   Correct.  Just that one day.  That information came from Special Agent Jason Clemens.

Q.   Okay.  And is -- is he conceding that he provided firearms to Outdoorsman's Attic on other occasions?

A.   Yes.

Q.   Okay.  Did you have any discussion with Special Agent Clemens as far as why Jorge Miranda is

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:25-cv-00112-GPG-CYC    Document 21    filed 05/15/25    USDC Colorado
pg 39 of 80
Hearing, taken on September 25, 2024

35

denying having provided firearms on that one date?

A.   So the -- the conversation I had with Special Agent Clemens was because Jorge Miranda is in the A&D Record on multiple occasions.  Special Agent Clemens narrowed down that on that one date Jorge Miranda stated in -- in his investigation that he definitely was not there on that particular day.  For whatever reason, I don't know.

Q.   Okay.  To your knowledge, is he denying that he provided those specific firearms to Outdoorsman's Outdoors?  Is it just an issue with the dates?

A.   No, he is not denying that -- oh, well, I guess -- so he -- he knows that he wasn't there on that particular day.  I don't know if those were his firearms and it was just logged in on the wrong date. I -- I don't know the answer to that question.

Q.   Okay.  So to your knowledge, it's -- it's an issue with the -- the February 2nd, 2023 date, not that these ten firearms were actually delivered by him, by Jorge Miranda to Outdoorsman's Attic?

A.   That information from Special Agent Clemens, I believe, coincide to the firearms as well as the date.

Q.   I'm -- I'm sorry.  Were you -- can you just clarify that?  Is he saying that he didn't provide the firearms at all?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0039

Hearing, taken on September 25, 2024

36

A.   Correct.

Q.   **Okay.**

A.   Yes.

Q.   **And my understanding is you received information from Special Agent Clemens that Carlos Anaya denied having been in Advent -- Outdoorsman's Attic?  Is that correct?**

A.   Correct.  He said according to the reports that I read as well as information from Special Agent Clemens, Carlos Anaya said he has never been in the store ever.

Q.   **Okay.  And based on your review of the records maintained by Outdoorsman's Attic, would -- is that claim by Carlos Anaya false?**

A.   I mean, if I'm just going off of the records that are provided by Outdoorsman's Attic, it would appear that he was in the store based on that's who the firearms are acquired from.  So I mean, I don't know if it's true or false because I've never talked to Carlos Anaya.

Q.   **Okay.  Based on your discussions with -- your -- your investigation and your discussions with Special Agent Clemens, do you have any reasons to believe that Outdoorsman's Attic would enter false information in its A&D Records indicating that it received inform --**

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0040

Hearing, taken on September 25, 2024

firearms from a Carlos Anaya with that specific date, with that -- I'm sorry. With -- with his full name, middle -- including middle name, residential address, and even his Colorado driver's license, if he had not been in fact in the store and provided his driver's license?

A. Yeah. Based on my -- my conversation with Special Agent Clemens and his conversations with Carlos Anaya, Carlos Anaya said he's never been in the store ever, so I would believe that to be true.

Q. Okay. And so is the entire basis of the -- the -- the claim with regard to the false acquisitions from Carlos Anaya based on the claim by Mr. Anaya that he was not in the store?

A. Correct.

Q. Is there any other factual support for that claim to your knowledge?

A. No.

Q. Okay. Same thing with the -- the February 2nd, 2023 acquisition of ten firearms from Jorge Miranda. Other than the -- the claim by Mr. Miranda that he did not bring those fire -- those firearms to Outdoorsman's Attic on February 2nd, 2023, or bring those firearms to Outdoorsman's Attic at any time period, is there anything other than his -- his

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0041

statement to support the -- the violations in count one of the Notice of Revocation?

A.   Not to my knowledge, no.

Q.   Okay.  Did you -- did you enter your initial Report of Violations from March of 2024 into the Spartan database?

A.   Yes.

Q.   Was there a recommended disposition based on the nature of those violations?

A.   Yes.

Q.   And what was that recommendation?

A.   I believe it was just violations only.

Q.   In 2018, in Government's Exhibit 6, you referenced that there were certain violations in -- in the records.  Are those the types of violations that would be corrected by adoption of Electronic A&D Record and 4473 software?

A.   I'd have to see what the violations --

Q.   And specifically, I'm talking about violations 2 through 4.  And just to identify them while you're pulling the Record, violation number 2 was 11A being answered "no."  Violation number 3 was blank items for questions 12A and 12D-2 and violation number 3 was blank items for questions 19A, 19B, and 19C.

A.   And I'm sorry, could you repeat your original

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0042

Case No. 1:25-cv-00112-GPG-CYC    Document 21    filed 05/15/25    USDC Colorado
pg 43 of 80
Hearing, taken on September 25, 2024
39

question?

Q.   Yes.  Based on your understanding, would those types of violations be prevented by the adoption of Electronic 4473 software?

A.   Potentially.

Q.   Yeah.  Are you familiar with the FastBound Electronic 4473 software?

A.   I'm familiar with people who use it.  I'm not familiar with the ins and outs of actually working the system.  But there are licensees who use it.

Q.   Okay.  And based on your understanding at the time you conducted your inspection in 2024, was Outdoorsman's Attic using FastBound Electronic software?

A.   For their A&D Record, yes.  And I don't recall for the 4473.

Q.   Okay.  Okay.  The Exhibit number 7, the Report of Violations was amended for the -- the second time in May of 2024 -- May 24 of 2024.  And that was to add the claim related to aiding and abetting, dealing, importing, or manufacturing without a federal firearms license, correct?

A.   Correct.

Q.   And was the basis for adding that additional violation also discussions with Area Supervisor Peterson?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0043

Hearing, taken on September 25, 2024

40

A.   Yes.

Q.   Okay.  Were -- other than your discussions with Area Supervisor Peterson, were there any additional grounds for adding that violation?

A.   No.

Q.   And you said that Leonel Castillo had been found guilty of dealing without a federal firearms license, correct?

A.   Correct.

Q.   Have you -- have -- have you maintained a review of or familiarity with the status of his criminal case?

A.   I have not, no.

Q.   Okay.  Are you aware that he actually changed his plea and entered guilt -- entered a guilty plea as opposed to going to trial and being found guilty?

A.   I believe I was aware of that.  Yes.

Q.   Okay.  And also you are also aware that he has not yet been sentenced and is -- you know, his sentence has been adjourned until October?

A.   I have not -- not -- not -- was not aware of that.  No.

Q.   Okay.  And were you aware that Carlos Anaya was also criminally indicted?

A.   I was not aware of that.  No.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0044

Q.   Okay.  Are you aware of any criminal proceedings related to Jorge Miranda?

A.   Not that I'm aware of.

Q.   Based on the records that you reviewed and your interactions with Bill Paddock and Halee Paddock at Outdoorsman's Attic during the course and scope of your compliance inspection, did you -- have you received any information that would lead you to believe that they were willfully engaged in assisting somebody, specifically Carlos -- I'm sorry, Leonel Castillo to engage in the business of dealing with -- in firearms without a license knowing that he was required to have a license under those circumstances?

A.   Information provided by Mr. Paddock when I was on site said that he was aware of Mr. Castillo.  May -- I -- I -- actually I don't know if it was Mr. Castillo, but he was aware of people running Facebook auctions and that he was involved with -- with that in some form or fashion.

Q.   Okay.  Any specific indication that he was aware that Leonel Castillo would have to -- would have to have an FFL based on the activities he was conducting and that he was willfully or purposefully assisting Leonel Castillo to violate the law?

A.   No.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0045

Hearing, taken on September 25, 2024

42

MR. BROWNE:  Any issues you have?  I have no further questions at this time.

MR. ALLAN:  Can you get special ones for us?

THE WITNESS:  Yep.

MR. ALLAN:  Counsel, do you have any other questions?

MR. BROWNE:  I do not.

EXAMINATION OF MR. PAA

BY MR. BROWN:

Q.   And -- and Investigator Paa, do you do you have any other -- other information other than what was provided to you from Special Agent Clemens about firearms being logged into the -- the A&D Record being acquired from somebody other than who was listed in the acquisition side of the record?

A.   No.

Q.   When you when you interviewed Mr. Paddock, did -- did you testify or -- a few minutes ago that -- that Paddock said -- that -- that Mr. Paddock said he did not know Mr. Anaya or Castillo?

A.   I -- I don't recall his acknowledgement of knowing or not knowing Mr. Castillo, but he -- he did acknowledge that he knew Mr. Miranda.  And I believe when I asked him, the name Carlos Anaya did not ring a bell to him when I asked him.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0046

Hearing, taken on September 25, 2024

43

Q.   Did you inter -- did you interview Mr. Paddock a -- a second time or had a subsequent conversation with him where he indicated he did know Mr. Castillo?

A.   There could have been.  I honestly just don't remember at this point.

Q.   You don't remember if -- if Mr. Paddock said that he knew Mr. Castillo?

A.   I don't know if he said he knew Mr. Castillo personally, but he did advise that there were people doing Facebook auctions and he was doing the transfers for them as the firearms were being sold.  I don't recall specifically if Mr. Castillo's name was -- was brought up.

Q.   Okay.  During the conversation you had with Mr. Paddock, a little bit ago, you had indicated is that Mr. Paddock had said, as far as he knows they came to the -- to the store.  Is that reference Miranda?

A.   Any firearms -- this is just kind of a general question or I mean, it was specific in if -- if he'd ever acquired a firearm from somebody who wasn't the person in front of him, and he responded to that as saying he always records the person who presents a driver's license to him in person.  He never takes a -- a picture of a -- you know, he never accepts somebody to bring a picture of a license or someone to say, please

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0047

Hearing, taken on September 25, 2024

44

record it, you know, as coming in from this person.

Q. Okay. Did -- did Mr. Paddock -- and -- and I believe you mentioned this, that Mr. Paddock said that he never knowingly did it --

A. Correct.

Q. -- insofar as the acquisitions?

A. Correct.

Q. What kind of cooperation did you get from Mr. Paddock during the inspection?

A. I think he was very cooperative. He provided everything I asked for. He assisted in tracking down firearms that we couldn't find in inventory during our initial inventory review. You know, he knew -- he knew where everything was located in his store.

Q. Concerning these -- these acquisitions, were -- were there a number of these firearms that were transferred or sold that you -- that you noticed --

A. The 15 --

Q. -- in the records?

A. The 15 instances?

Q. Correct. From the -- from the 15, were any of those --

A. They were all -- they were all transferred out within a few days of being acquired.

Q. Okay. I -- I'm -- I'm assuming you looked at

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0048

the 4473s for -- for those dispositions?

A.   Correct.

Q.   Was there anything out of the ordinary with the 4473s or maybe the CBI-transaction numbers?

A.   No.  There was nothing that stood out.  Forms, all, you know, were done correctly per the instructions and the regulations.  And there were no inconsistencies -- inconsistencies with the CBI-audit log and the NICS-transaction numbers.

MR. BROWNE:  Can I just interject for one minute?  Can you just specify what CBI is for the record?

THE WITNESS: Yeah.  Colorado Bureau of Investigations.  They're the point of contact for NICS transactions in the State of Colorado.

MR. BROWN:  I don't have any further questions for this witness.

MR. BROWNE:  I do not either.

MR. ALLAN:  No.  Thank you.

MR. BROWNE:  Should be.

MR. BROWN:  Okay.  Would anybody like a break before the next witness or do we want to keep it moving?

MR. BROWNE:  Yeah.  Take a few minutes.  I'll just get some water real quick.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Hearing, taken on September 25, 2024

46

(OFF THE RECORD)

THE REPORTER:  Okay.  We're on the record.

MR. BROWNE:  All right.  Here is next and last witness is Special Agent Jason Clemens.  If you can spell your name for the record.

THE WITNESS:  Jason Clemens, J-A-S-O-N C-L-E-M-E-N-S.

DIRECT EXAMINATION OF MR. CLEMENS

BY MR. BROWNE:

Q.  And you're with ATF.  What do you do for ATF?

A.  I am a Special Agent.

Q.  And how long have you been a Special Agent with ATF?

A.  For three years.

Q.  And what did you do prior to being a Special Agent with ATF?

A.  I started my career with ATF in 2010 as an Industry Operations Investigator and in 2015 transitioned to an Industry Operations Intelligence Specialist.

Q.  And prior to ATF, what kind of work did you do?

A.  I was an Agent with Department of Homeland Security.

Q.  Okay.  How long were you with Homeland

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0050

Hearing, taken on September 25, 2024

47

Security?

A.    About four years.

Q.    And what kind of training you'd have to become a special agent with ATF?

A.    I spent seven months at the Federal Law Enforcement Training Center in Brunswick, Georgia.

Q.    And were you involved in a criminal investigation of Outdoorsman's Attic, who is a federal firearm licensee?

A.    Yes, I was.

Q.    All right.  And what was your role in your investigation?

A.    I located evidence that a convicted felon and unlicensed firearms dealer was acquiring -- was purchasing firearms from Outdoorsman's Attic.

Q.    And who is that person?

A.    Leonel Castillo.

Q.    And how did you learn about that?

A.    During the execution of a search warrant at Mr. Castillo's residence, I located a receipt for firearms in his kitchen.

Q.    Okay.  Let me show you what I marked as Exhibit 9.  Is this the document you're talking about?

A.    Yes, it is.

Q.    Can you just tell us what -- what you learned



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0051

about this particular receipt?

A. Once we executed the search warrant and secured the premises and brought the evidence back to the office, myself, my partner, and Industry Operations Intelligence Specialist Ryan Spratt (phonetic) proceeded to Outdoorsman's Attic and learned that Mr. Castillo did purchase, I believe, six firearms from Outdoorsman's Attic, and one had already been raffled off, but the other five were still there.

Q. Okay. And so you went to out -- Outdoorsman's Attic. Who do you deal with on behalf of Outdoorsman's Attic?

A. William Paddock.

Q. Okay. Was there anyone else you dealt with on -- with that particular business?

A. We spoke to his daughter briefly.

Q. Okay. Did you talk to her about this particular receipt or not?

A. No, I don't believe so.

Q. Okay. When you spoke to Mr. Paddock, did you first identify yourself as an ATF agent?

A. Yes I did.

Q. And why did you do a search warrant on Mr. Castillo?

A. Because he was a convicted felon. He was

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0052

prohibited from possessing firearms and we knew he was dealing them through social media.

Q.   Okay.   The specific talk about the two violations that were cited in this -- prior to this hearing.  And as a former Investigator, you understand that this is a administrative proceeding is not a criminal proceeding, right?

A.   Yes.

Q.   Okay.   Show you Exhibit 1.

MR. ALLAN:   Yeah, got it.

BY MR. BROWNE:

Q.   All right.  So, if you turn next page, you'll find the two violations there.  We'll start with the first one.  The first violation is for the -- well, statements -- false statements or representation with respect to information regarding a GCA (sic).  During your Criminal Investigation of Outdoorsman's Attic -- I'm sorry, Criminal Investigation of Mr. Castillo, in -- did you find any information in those records that you believe that there was a false statement?

A.   Yes, I did.

Q.   Okay.   And what was that?

A.   During interviews with Mr. Castillo, Mr. Carlos Anaya, and Mr. Jorge Miranda, both Anaya and Miranda admitted to personally trans -- transferring

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0053

firearms to Mr. Castillo.  Mr. Castillo then said he brought the firearms to Outdoorsman's Attic.

Q.    And why was that a -- for you, because you do Criminal Investigations now?

A.    Yes.

Q.    Why was that a -- a -- a -- a problem, a violation of criminal law?

A.    We believe that Mr. Castillo was trying to hide the fact -- trying to hide the fact that he was dealing firearms without a license and make sure that no firearms were ever listed as coming from him because he was a convicted felon.

Q.    Okay.  So what was the false statement then?

A.    During one of our -- during our interviews with Mr. Miranda and Mr. Anaya, Mr. Miranda specifically recalled on one instance where Mr. Miranda worked at his father's tire shop, one instance in which he sold Mr. Castillo several firearms.  Mr. Castillo came, personally picked them up.  Mr. Miranda knew that Castillo had taken them to Outdoorsman's Attic.  He knows for a fact that he did not personally take those firearms to Outdoorsman's Attic.  In my interview with Carlos Anaya, I knew from when we went and spoke to Mr. Paddock that he had records of firearms coming in from Carlos Anaya that we knew were in the position of --

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0054

possession of Leo Castillo.  I asked Mr. Anaya in the interview if he had ever been to Outdoorsman's Attic. He said, no.  I described it.  He said, no, he had never been there.  I pulled up photos on Google of both the interior and exterior of the store, and he said he had never been there.

Q.   Okay.  Was -- did Mr. Castillo indicate that he need -- he had any kind of friendship relationship with Mr. Paddock, the license -- the licensee's Responsible Person?

A.   Yes.  Mr. Castillo would usually refer to him as Bill and said he believed he was his friend.

Q.   Had Mr. Castillo ever informed Mr. Paddock that Mr. Castillo was a felon?

A.   Yes, he did.

Q.   And how did you learn that?

A.   During his inter -- during one of the proffer sessions with Mr. Castillo, he reiterated that very -- he was very concerned that he would get in trouble for this.  And that's why he relayed to Mr. Paddock that he was a convicted felon.  And according to Mr. Castillo, he -- Mr. Paddock assured him that everything would be fine.

Q.   Okay.  Was this prior to him bringing the firearms to Outdoorsman's Attic?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0055

A.   Yes.

Q.   That he informed him?

A.   Yes, it was.

Q.   Okay.  Some of the records indicate Carlos Anaya had been involved in transactions with Outdoorsman's Attic.  Did you speak to Mr. Anaya about that?

A.   Yes, I did.

Q.   And what did he tell you?

A.   That he had never been there.

Q.   Let's talk about the Second Violation Notice of Revocation, which is that the licensee willfully aided and abetted a non-licensee Leonel Castillo to engage in the business of dealing firearms without a license.  Did you talk to Mr. Castillo about this particular -- this -- it wasn't a violation for him, but this particular issue that you were investigating having to do with his -- Leonel Castillo's engaging in the business of dealing with firearms without a license?

A.   Did I talk to Mr. Paddock about Leonel Castillo?

Q.   No, did you talk to Mr. Castillo about this?

A.   Yes, I did.

Q.   Okay.  And what did Mr. Castillo tell you he was doing?



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0056

Case No. 1:25-cv-00112-GPG-CYC    Document 21    filed 05/15/25    USDC Colorado
pg 57 of 80
Hearing, taken on September 25, 2024

53

THE WITNESS:  Mr. Castillo admitted that he was -- he would sell firearms through social-media raffles.

MR. BROWNE:  And can you kind of explain that?

THE WITNESS:  Mr. Castillo has a Facebook -- has a private Facebook group that was -- you had to be invited to.  During -- in the group, he would send photos of firearms.  You would then pay Mr. Castillo a certain amount, depending on the firearm, depending on the number of spots, and then he would post -- typically post a live video with either raffle balls, a physical raffle ball or some sort of app or website that looked kind of like a roulette wheel that would land on a number.

MR. BROWNE:  Okay.  So these spots are sort of like buying a -- like a ticket to a raffle kind of thing?

THE WITNESS:  Yes.

MR. BROWNE:  Okay.  Would -- how would these people know what -- what kind of guns they were buying? Did -- were there any pictures or anything?

THE WITNESS:  Mr. Castillo would usually have a picture.

MR. BROWNE:  And description of the firearm?

THE WITNESS:  He -- he would usually keep it to

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0057

Hearing, taken on September 25, 2024

54

avoid Facebook algorithms catching them what they would do.  He would usually just post a picture along with the words written along -- written inside the picture that said "not for sale" or "not real firearms," sometimes both.

MR. BROWNE:  Okay.  And then those -- those same pictures would go on his -- his -- was it -- you said Facebook page or something like that?

THE WITNESS:  Yes.  It's -- it stays within the group.

MR. BROWNE:  Okay.

THE WITNESS:  Yep.

MR. BROWNE:  And that was how he advertised to people?

THE WITNESS:  Yes.

MR. BROWNE:  All right.  And so I said the unusual way of setting it up, but he sets it up so that they're -- they can watch it?

THE WITNESS:  Yes.

MR. BROWNE:  And see you who wins?

THE WITNESS:  Yes.

MR. BROWNE:  And then what happens if the -- if you are the winner?  What do they do?

THE WITNESS:  Mr. Castillo would usually reach out to the winner directly, typically accompanied

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0058

Hearing, taken on September 25, 2024

55

with a photo of the firearm and a message say, "Hey, congratulations, you're the winner.  This is where the firearm is located.  Make sure you can pass a background check.  If you can't pass a background check, send somebody else in that can."

MR. BROWNE:  Okay.  And were these guns actually located at this time?

THE WITNESS:  Some were.

MR. BROWNE:  No, I'm sorry.

THE WITNESS:  Oh.

MR. BROWNE:  Oh.  When he had the pictures of the guns, the person won --

THE WITNESS:  Yes.

MR. BROWNE:  -- they won this gun.

THE WITNESS:  Oh.

MR. BROWNE:  Where was the gun physically at that time?

THE WITNESS:  At the gun store, at Outdoorsman's Attic.

MR. BROWNE:  Were they all at Outdoorsman's Attic?

THE WITNESS:  During this time period?  Yes.

MR. BROWNE:  So there may have been another licensee that also had firearms that were raffled at some point?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0059

THE WITNESS:  There was a -- there was an FFL that Mr. Castillo had dealt with previously before dealing with the Outdoorsman's Attic.

MR. BROWNE:  Okay.  And then so the person would win.  How would they then get that gun?

THE WITNESS:  They would take typically a screenshot of the message from Mr. Castillo, go into the store and say, my name is so-and-so.  I won this firearm.

MR. BROWNE:  And then how did they get the gun?

THE WITNESS:  They would complete -- whoever walked in would complete a 4473 and a background check to obtain the firearm.

MR. BROWNE:  Okay.  And this is at Outdoorsman's Attic is where that second part occurred?

THE WITNESS:  Correct.

MR. BROWNE:  Okay.  And how did Mr. Castillo obtain these firearms?

THE WITNESS:  Through -- through the use of straw purchasers.  Mr. Castillo would physically obtain some of the firearms.  Other of the firearms he would just go in and simply pay for them and not take custody of them.

MR. BROWNE:  In going to where?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0060

Hearing, taken on September 25, 2024

57

THE WITNESS:  Outdoorsman's Attic.

MR. BROWNE:  Okay.  Were all these guns that we're talking about then came from Outdoorsman's Attic?

THE WITNESS:  Yes.

MR. BROWNE:  Okay.  So he would not physically walk out with the guns?

THE WITNESS:  Correct.

MR. BROWNE:  Okay.  The licensee would not physically transfer the guns to him?

THE WITNESS:  Correct.  Right.

MR. BROWNE:  But he would be the one to pay for them?

THE WITNESS:  Correct.

MR. BROWNE:  For example, in that receipt that we have?

THE WITNESS:  Yes.

MR. BROWNE:  Okay.  Did you ever check to see if Mr. Castillo was an FFL?

THE WITNESS:  Yes, I did.

MR. BROWNE:  Okay.  Was he?

THE WITNESS:  No.

MR. BROWNE:  Has he ever been licensed?

THE WITNESS:  No.

MR. BROWNE:  Is he eligible to be licensed?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0061

Hearing, taken on September 25, 2024

THE WITNESS:  No.

MR. BROWNE:  Now, in the violation, it -- it alleges that the -- the licensee, Outdoorsman's Attic, willfully aided and abetted a non-licensee, Leonel Castillo, to engage in the business of dealing with firearms without a Federal Firearms License.  How did he do that?  How did he aid and abet --

THE WITNESS:  When --

MR. BROWNE:  -- a non-licensee?

THE WITNESS:  When myself, my partner, and IOI Spratt came to follow up on the receipt located at Leo Castillo's house, Mr. Paddock told us that he was aware of the raffles and that he had seen -- he had -- Mr. Castillo had shown him a video of one of the raffles. During my proffer session with Mr. Castillo, he said that not only was Mr. Paddock aware of the raffles, but he was also inside the group.

MR. BROWNE:  What does that mean, inside the group?

THE WITNESS:  He was in the group that the raffles were taking place.

MR. BROWNE:  Did you ever do a search warrant at Outdoorsman's Attic?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0062

Hearing, taken on September 25, 2024

59

THE WITNESS:  No.

MR. BROWNE:  Okay.  Did you do a search warrant at Castillo's House?

THE WITNESS:  Yes.

MR. BROWNE:  Okay.  Did you tell Mr. Castillo that you're going Outdoorsman's Attic?

THE WITNESS:  No.

MR. BROWNE:  Okay.  Do you know if Mr. Castillo contacted Outdoorsman's Attic after you interviewed Mr. Castillo?

THE WITNESS:  During my -- during my conversation with Mr. Paddock, when we first arrived, he said he not -- had not spoken to Mr. Castillo for a couple of weeks.  Later on during the interview, he admitted that Mr. Castillo had called him shortly after we executed the search warrant that morning.

MR. BROWNE:  The search warrant at Mr. Castillo's house?

THE WITNESS:  Correct.

MR. BROWNE:  Okay.  And I want to show you Exhibit -- Government's Exhibit 10.

THE WITNESS:  Yes.

MR. BROWNE:  Give you just a minute so that the hearing officer and the licensee can try to get to

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0063

Case No. 1:25-cv-00112-GPG-CYC    Document 21    filed 05/15/25    USDC Colorado    pg 64 of 80
Hearing, taken on September 25, 2024

60

ten.

Can you tell us what that is?

THE WITNESS:  That is a photo of several firearms on the display case inside Outdoorsman's Attic.

MR. BROWNE:  And why did you take this picture?

THE WITNESS:  So I didn't take this picture. I had located this picture during the execution of the search warrant of Leo Castillo's Facebook page.

MR. BROWNE:  Okay.  And so Leo Castillo's Facebook's page had the picture of the indoor -- of the indoors of the licensees' premises?

THE WITNESS:  Correct.

MR. BROWNE:  Okay.  Did he say when he took that picture?

THE WITNESS:  He did not.

MR. BROWNE:  I don't have any other further questions for you.

MR. BROWN:  Sure, Mr. Allan?

MR. ALLAN:  Yeah.  Can we just take a brief break?

MR. BROWN:  Sure.

(OFF THE RECORD)

THE REPORTER:  We're back on the record.

CROSS-EXAMINATION OF MR. CLEMENS

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0064

Hearing, taken on September 25, 2024

61

BY MR. ALLAN

MR. ALLAN:  Special Agent Clemens.  I'm Scott Allan.  I'm an attorney with the Renzulli Law Firm and we are the attorneys representing Outdoorsman's Attic in this matter.  Just have a few questions for you based on your testimony.  Were you ever conducting a criminal investigation of Outdoorsman's Attic?

THE WITNESS:  No.

MR. ALLAN:  Okay.  Because I -- I think at one point there was a reference to a criminal investigation of OA, but that was related to Leonel Castillo?

THE WITNESS:  Yes.

MR. ALLAN:  Okay.  And so I take it there was never a request for a search warrant of Outdoorsman's Attic or anything along those lines?

THE WITNESS:  No.

MR. ALLAN:  Okay.  Who was the partner that you worked with on this case?

THE WITNESS:  Josh Sherman.

MR. ALLAN:  Okay.  And can you just spell that for the record?

THE WITNESS:  J-O-S-H-U-H-A, I believe.  And then S-H-E-R-M-A-N.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0065

Hearing, taken on September 25, 2024

62

MR. ALLAN:  And you -- you also mentioned that there was a -- an IOI Analyst.  Can you just identify that person again and spell the name for the record?

THE WITNESS:  Ryan Spratt, R-Y-A-N-S-P-R-A-T-T.

MR. ALLAN:  Okay.  And I believe you -- you indicated that you initially learned about Leo Castillo from these Facebook raffles that he was conducting?

THE WITNESS:  Yes.  That was the -- that was the focus of the investigation.

MR. ALLAN:  Okay.  How did you first become aware of the Facebook raffles?

THE WITNESS:  Through another defendant of mine.  He had won one of the raffles.  He was also a convicted felon.

MR. ALLAN:  Okay.  Had did -- had he the -- do you know who that -- are you able to disclose who that defendant was?

MR. BROWNE:  That an ongoing criminal case?

THE WITNESS:  He's sentenced, but not everybody else in that case is.

MR. BROWNE:  I think we just don't say anything.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0066

THE WITNESS:  Okay.

MR. ALLAN:  Okay.  Had that person gone to -- to your knowledge, had that person gone to Outdoorsman's Attic and completed a 4473 form?

THE WITNESS:  No.

MR. ALLAN:  Okay.  Is -- is it just through that person that you -- you learned through the raffle?

THE WITNESS:  Yes.

MR. ALLAN:  Learned of the raffle.  Okay.  So you were investigating one person?  He was a member of this -- this raffle, and he gave you information on the raffle as part of his cooperation or whatever?

THE WITNESS:  I discovered it through a series of search warrants.

MR. ALLAN:  Okay.  So you were investigating him, and during the course of your investigation, you came across the Facebook raffle?

THE WITNESS:  Yes.

MR. ALLAN:  Got it.  Okay.  And when was the -- the search warrant on Castillo's residence conducted?

THE WITNESS:  I believe it was September 1st, 2023.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

USA_0067

Hearing, taken on September 25, 2024

64

MR. ALLAN:  Okay.  Would that have been after you had gone to Outdoorsman's Attic and seized certain firearms?

THE WITNESS:  No.  It was before.

MR. ALLAN:  Okay.  Just want to show you what we marked as Exhibit number 5, Licensee Exhibit number 5.

MR. BROWN:  We could enter in Licensee Exhibit number 5.

MR. ALLAN:  Do you want me to go through the Exhibits and?

MR. BROWN:  Up to you.  We can do them one at a time, or if you want to go through them all, we'll go through them all.

MR. ALLAN:  Yeah.  I'll just -- might as well just go through them all and --

MR. BROWN:  Okay.

MR. ALLAN:  -- make it easy that way.  Okay. Licensee's Exhibit number 1 is Printouts from -- its A&D Records regarding firearm acquisitions from Jorge Miranda.  Licensee's Exhibit number 2 is Printouts from its Acquisition and Records regarding firearms acquired from Carlos Anaya.  Licensee's Exhibit number 3 is, I believe, three 4473 forms

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

USA_0068

Case No. 1:25-cv-00112-GPG-CYC    Document 21    filed 05/15/25    USDC Colorado
pg 69 of 80
Hearing, taken on September 25, 2024

65

completed by Jorge Miranda as the purchaser acquisition-purchaser.  Licensee's Exhibit number 4 is the Original Report of Violations Issued by IOI Paa on March 7th, 2024.  Licensee's Exhibit number 5 is a two-page document with a Disposition Record from its A&D Records Regarding Firearms that were transferred to Special Agent Clemens, and the second page is an ATF Receipt for Property and other items for the firearms that were seized by Special Agent Clemens.

Licensee's Exhibit number 6 is the Indictment in the United States v. Castillo Case.  Licensee's Exhibit number 7 is the Plea Agreement in the United States v. Castillo Case.  Licensee's Exhibit number 8 is a Form 4473 completed by, looks like, Santiago Torres, and it's specifically regarding the FN SCAR 16 rifle.  Licensee's Exhibit number 9 is a Form 4473 completed by Marcos Barabba [sic] and it is specifically related to the Sig Sauer P320 pistol.

MR. BROWNE:  You probably need to spell that name.

MR. ALLAN:  Let's see.  I might have to look that up in -- oh, there you -- okay.  There we go. Okay.  That is Marcos, M-A-R-C-O-S.  And last name is R-U-V-A-L-C-A-B-A.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

MR. BROWNE:  Thank you.

MR. ALLAN:  Licensee's Exhibit number 10 is a Form 4473 completed by Kardell Collins, K-A-R-D-E-L-L. Collins, C-O-L-L-I-N-S.  It's specifically related to the Colt Series 70 1911 pistol.  Licensee's Exhibit number 7 [sic] is the Indictment in the United States v.  Carlos Anaya case.  Licensee's Exhibit number 12 is the Plea Agreement in the United States v. Carlos Anaya case, and Licensee's Exhibit number 13 is the Defendant's sentencing Memorandum in the United States v. Carlos Anaya case.

And then just referring you back to what we had marked as Exhibit number 5 --

MR. BROWN:  Oh, and if we could please enter those in as Licensee's Exhibits 1 through, should be 13, 13.

THE REPORTER:  Okay.

MR. BROWN:  Thank you.

(EXHIBIT 1 RECEIVED INTO EVIDENCE)

(EXHIBIT 2 RECEIVED INTO EVIDENCE)

(EXHIBIT 3 RECEIVED INTO EVIDENCE)

(EXHIBIT 4 RECEIVED INTO EVIDENCE)

(EXHIBIT 5 RECEIVED INTO EVIDENCE)

(EXHIBIT 6 RECEIVED INTO EVIDENCE)

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0070

Hearing, taken on September 25, 2024

67

(EXHIBIT 7 RECEIVED INTO EVIDENCE)

(EXHIBIT 8 RECEIVED INTO EVIDENCE)

(EXHIBIT 9 RECEIVED INTO EVIDENCE)

(EXHIBIT 10 RECEIVED INTO EVIDENCE)

(EXHIBIT 11 RECEIVED INTO EVIDENCE)

(EXHIBIT 12 RECEIVED INTO EVIDENCE)

(EXHIBIT 13 RECEIVED INTO EVIDENCE)

MR. ALLAN:  I believe this indicates that you seized five firearms from Outdoorsman's Attic on May 23rd, 2023.

THE WITNESS:  Yes.

MR. ALLAN:  Does that -- refresh your recollection as far as when you may have conducted the search warrant of Leonel Castillo's house?

THE WITNESS:  Yes, it does.

MR. ALLAN:  Okay.  And when did you -- do you recall approximately when that search may have been conducted?

THE WITNESS:  On May 23rd, 2023.

MR. ALLAN:  Okay.  Okay.  So the search of the house was conducted on the same day that you were at Outdoorsman's Attic and completed the receipt for seized firearms, correct?

THE WITNESS:  Yes.

MR. ALLAN:  Okay.  Got it.  Was the search of

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0071

Hearing, taken on September 25, 2024

68

Castillo's house completed before you went to Outdoorsman's Attic or was it still being conducted by other agents?

THE WITNESS:  It was completed.

MR. ALLAN:  Okay.  You indicated that during interviews with Leonel Castillo, Jorge Miranda, and Carlos Anaya, that they said they gave firearms to Leonel Castillo and that Leonel Castillo brought them to Outdoorsman's Attic, correct?

THE WITNESS:  Correct.

MR. ALLAN:  Did all three of them make that statement?

THE WITNESS:  Yes.

MR. ALLAN:  Okay.  Did Carlos Anaya or Jorge Miranda claim that they went to Outdoorsman's Attic at the time that Leonel Castillo was disposing of any of those firearms?

THE WITNESS:  No, they did not.

MR. ALLAN:  So what was the basis for their -- their claims that they -- they had knowledge that Leonel Castillo brought firearms to Outdoorsman's Attic?

THE WITNESS:  They said that Castillo had told them.

MR. ALLAN:  Okay.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0072

THE WITNESS:  I believe Mr. Miranda had said he called him from the shop.

MR. ALLAN:  Okay.  So Leonel Castillo told Jorge Miranda and Carlos Anaya that he had brought firearms to Outdoorsman's Attic?

THE WITNESS:  Yes.

MR. ALLAN:  And -- and then they told that information to you?

THE WITNESS:  Yes.

MR. ALLAN:  Other than those statements, is there any other information, other than the statements made by these individuals, to support that firearms were actually brought to Outdoorsman's Attic by Leonel Castillo as opposed to Jorge Miranda and Carlos Anaya?

THE WITNESS:  The gold pistol that was reported as coming in from Carlos Anaya, I have a video of Mr. Castillo's hand holding that pistol.

MR. ALLAN:  Okay.  And where is the -- the -- the video of Mr. Castillo's hand holding the pistol? Where is that?

THE WITNESS:  In my evidence -- in my criminal case --

MR. ALLAN:  Okay.

THE WITNESS:  -- against Mr. Castillo.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Hearing, taken on September 25, 2024

70

MR. ALLAN:  Okay.  I mean, we -- let me clarify the question.

THE WITNESS:  Okay.

MR. ALLAN:  Where -- where was he -- what -- where was he physically located when he was holding that pistol?

THE WITNESS:  I don't know.  It's just a video of his hand holding it.

MR. ALLAN:  Okay.  Okay.  So all that would -- would establish is that at some point Leonel Castillo had physical possession of a -- of the Colt pistol, correct?

THE WITNESS:  Correct.

MR. ALLAN:  Okay.  That doesn't provide any evidence that he brought that to Outdoorsman's Attic and provide -- and gave it to the -- to them, correct?

THE WITNESS:  No.

MR. ALLAN:  Other than that video and the statements by those three individuals, does the ATF have any evidence to support Leonel Castillo having personally brought firearms to Outdoorsman's Attic?

THE WITNESS:  No.

MR. ALLAN:  Okay.  Are you familiar with the course of the -- the prosecution of Leonel Castillo?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0074

Hearing, taken on September 25, 2024

71

THE WITNESS:  Yes.

MR. ALLAN:  Are you aware that he's not yet been sentenced?

THE WITNESS:  Yes.

MR. ALLAN:  Are you aware of the reason why his sentencing was postponed?

THE WITNESS:  No.

MR. ALLAN:  Okay.  Is it common for sentence -- in your knowledge, is it relatively common for sentencing to be postponed when a defendant is attempting to provide assistance to the government and in exchange for receiving a better sentencing deal?

THE WITNESS:  It depends on the case.

MR. ALLAN:  Okay.  Have you had that happen in prior cases on which you have worked?

THE WITNESS:  No.

MR. ALLAN:  And I believe you testified that Carlos Anaya claims that he has never been to Outdoorsman's Attic?

THE WITNESS:  Correct.

MR. ALLAN:  Based on your review of the materials in this case and your investigation, did you come to a conclusion regarding Mr. Anaya was lying about that?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0075

THE WITNESS:  Can you ask that again?

MR. ALLAN:  Yes.  Carlos Anaya told you that he has never been to Outdoorsman's Attic, correct?

THE WITNESS:  Correct.

MR. ALLAN:  Based on the score -- scope -- scope and course of your investigation and the documents that you have reviewed in connection with it, did you reach a conclusion that Carlos Anaya lied to you when he made that claim?

THE WITNESS:  No.

MR. ALLAN:  Okay.  Have you reviewed information in -- actually, let me just mark -- show you been marked as a -- I'm showing you what's being marked -- what has been marked as Licensee's Exhibit number 2.  If you would just take a look at that document.

And what -- Licensee's Exhibit number 2 is a printout from its Electronic A&D Records regarding firearms that were acquired from Carlos Anaya.  And if you look at the top left-hand corner, it identifies as "acquired from."  It lists Carlos Manuel Anaya with a street address of 15583 East 98th Place in Commerce City, Colorado 80022.  And then if you look directly below that, it has a Licensee's licenses type number and expiration and

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

USA_0076

it identifies a driver's-license number 10-260-0416, with an expiration date of February 22, 2027.

Do you have any indication of how Outdoorsman's Attic may have come to acquire all of that information if Mr. Anaya was never in Outdoorsman's Attic and presented them with a copy of his driver's license?

THE WITNESS:  I do not.

MR. ALLAN:  Okay.  Are you aware of any reason why Outdoorsman's Attic would list a firearm as having been acquired from Carlos Manuel Anaya if they had not received it from him?

THE WITNESS:  To conceal the fact that it came from Leo Castillo.

MR. ALLAN:  And when you say the fact that it came from Leo Castillo, that's a statement made by Leo Castillo, correct?

THE WITNESS:  Correct.

MR. ALLAN:  And that is the sole support for that statement?

THE WITNESS:  And Mr. Anaya's testimony that there are statements to me that he had never been there.

MR. ALLAN:  Okay.  Mr. Castillo is a convicted felon, correct?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0077

Hearing, taken on September 25, 2024

74

THE WITNESS:  Correct.

MR. ALLAN:  He had a -- and he was also -- he's currently prosecuting for -- being prosecuted for a second felony, correct?

THE WITNESS:  Correct.

MR. ALLAN:  Do you find felons to generally be credible witnesses?

THE WITNESS:  Sometimes.

MR. ALLAN:  Do you find Mr. Leonel Castillo to be a credible witness with regard to this testimony?

THE WITNESS:  I do.

MR. ALLAN:  And what is the basis for that?

THE WITNESS:  During his proffer session, he was very forthright with us.

MR. ALLAN:  Okay.  And can you explain what you mean by him being forthright during his proffer session?

THE WITNESS:  When we asked him questions, he gave us answers that corroborated what we already knew.

MR. ALLAN:  Okay.  And as far as information, as far as transferring firearms to Outdoorsman's Attic, that's not something that you already knew, correct?

THE WITNESS:  Correct.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0078

Hearing, taken on September 25, 2024

MR. ALLAN:  And this is something that would potentially be beneficial to him in his sentencing if he was able to give the -- the government information on an allegedly corrupt firearms dealer, correct?

THE WITNESS:  That is not up to me.

MR. ALLAN:  Are you aware of any other relationship between Carlos Anaya and Outdoorsman's Attic with Bill Paddock?

THE WITNESS:  No.

MR. ALLAN:  And no connection with them where that he would have information that this person exists or his residential address or driver's license?

THE WITNESS:  No.

MR. ALLAN:  With regard to Jorge Miranda, is Jorge Miranda denying that he has been to Outdoorsman's Attic?

THE WITNESS:  No, he's not.

MR. ALLAN:  Okay.  He -- is his position simply that he did not transfer firearms to Outdoorsman's Attic on, I believe it's February 2nd, 2023 --

THE WITNESS:  Correct.

MR. ALLAN:  -- is that correct?  And what is his basis for stating that he did not transfer

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

USA_0079

Hearing, taken on September 25, 2024

76

firearms on that date?

THE WITNESS:  He recalls specifically he had -- he had purchased several of the exact same makes and models AR in two different calibers of 556 and a 9 millimeter.  He recalls specifically that he had sold several of those to Mr. Castillo and that Mr. Castillo came to his tire shop and picked them up personally.

MR. ALLAN:  And is it Mr. Miranda's position that the ten firearms that are listed on Page 1 of Government's Exhibit 11 were never brought to Outdoorsman's Attic by him personally?

THE WITNESS:  Correct.

MR. ALLAN:  Okay.  And did he advise that Leonel Castillo brought them to Outdoorsman's Attic?

THE WITNESS:  Correct.

MR. ALLAN:  And what was the basis for his knowledge on that subject?

THE WITNESS:  If I recall correctly, Mr. Miranda had told him that Mr. Castillo had called him from the shop, or Mr. Castillo had told us during the proffer session that he physically brought those.  I don't recall specifically which one.

MR. ALLAN:  Was Jorge Miranda present during

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0080