Hearing, taken on September 25, 2024

77

the proffer session for Mr. Castillo?

THE WITNESS:  No, he was not.

MR. ALLAN:  Okay.  So he -- he would not have a basis to know what Mr. Castillo said during his proffer statement, correct?

THE WITNESS:  Correct.

MR. ALLAN:  Okay.  What -- what -- other than that, then what would be his potential knowledge of for statement that Leonel Castillo brought these ten firearms to Outdoorsman's Attic?

THE WITNESS:  That Mr. Castillo had called him from the store.

MR. ALLAN:  That -- okay.  So he -- he's claiming that Mr. Castillo called him while in Outdoorsman's Attic and said, I'm bringing in these ten firearms?

THE WITNESS:  Yes.

MR. ALLAN:  And what was the -- what -- what was the alleged purpose of such a call?  Did he explain?

THE WITNESS:  To let him know that they were booking him and under his name.

MR. ALLAN:  So he says that Mr. Castillo called him while at Outdoorsman's Attic with these firearms and said, they're logging in these firearms under

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0081

Hearing, taken on September 25, 2024

78

your name?

THE WITNESS:  Yes.

MR. ALLAN:  Does Mr. Miranda dispute that the other firearms identified -- did I -- have I given you Licensee's Exhibit number 2?

THE WITNESS:  2?  Yes.

MR. ALLAN:  Yeah.  Does --

THE WITNESS:  This one?

MR. ALLAN:  Yeah.  Does he dispute that the other firearms listed in that document that are not on the first page of Exhibit 11 were actually brought by - - by him to Outdoorsman's Attic?

THE WITNESS:  Exhibit 2 was Anaya.

MR. ALLAN:  Okay.  Okay.  Is -- do you have Exhibit 1, is Miranda maybe?

THE WITNESS:  No.

MR. ALLAN:  Okay.

THE WITNESS:  I have 5 and 2.

MR. ALLAN:  Okay.  Okay.  Let me show you what's been marked as Exhibit number 1.  Exhibit number 1 is a Printout from Outdoorsman's Attic's Acquisition and Disposition Records regarding firearms that were acquired from Jorge Antonio Miranda, and it lists firearms being acquired on several different dates, including January 5 of

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Hearing, taken on September 25, 2024

79

2020/'23 [sic], February 2nd of 2023, February 3rd of 2023.  Those are the three dates, and then it also has a copy of Mr. Miranda's driver's license.

Does Mr. Miranda, during your discussions with him, does he deny that he brought firearms to Outdoorsman's Attic on January 5th, 2023 -- 2023?

THE WITNESS:  I don't recall specific dates with Mr. Miranda on when he brought firearms into Outdoorsman's Attic.

MR. ALLAN:  Okay.  Does he deny that he brought firearms to Outdoorsman's Attic on other dates other than February 2nd?

THE WITNESS:  No.  He admitted that he brought firearms to Outdoorsman's Attic.

MR. ALLAN:  And did you have a discussion with Mr. Miranda about actually having acquired firearms from Outdoorsman's Attic?

THE WITNESS:  I don't recall if I did or not.

MR. ALLAN:  Okay.  Let's show you what's been marked as Exhibit number -- Licensee's Exhibit number 3.  This should be a series of three 4473 forms completed by Jorge Miranda as the purchaser. The first is dated -- transfer date is November 29th, 2022.  The second transfer date is March 15th, 2023, and the last transfer date is April 29th of

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0083

Hearing, taken on September 25, 2024

2023.   You don't have any reason to dispute that Mr. Miranda has been to Outdoorsman's Attic as a customer purchasing firearms in addition to having given firearms to it, correct?

THE WITNESS:  Correct.

Q.   You said that Castillo dealt with an FFL before Outdoorsman's Attic?

A.   Yes.

Q.   Which FFL was that?

MR. BROWNE:  If it's an ongoing investigation or not?

THE WITNESS:  They both pled -- the last one pled this week, but then neither one has been sentenced.

MR. BROWNE:  Okay.

BY MR. ALLAN:

Q.   Okay.  If -- would the name Modern Arms & Optics ring a bell?

A.   I am familiar with Modern Arms & Optics.

Q.   Okay.  As far as Modern Arms & Optics, was there any investigation of them?

MR. BROWNE: You'd say there was investigation?

THE WITNESS:  Yes.

BY MR. ALLAN:

Q.   Okay.  During the course and scope of your

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0084

investigation of them did you come to believe that they had knowledge that -- that they were willfully aiding and abetting Leonel Castillo in engaging in firearms business without a license?

MR. ALLAN:  Are you instructing --

THE WITNESS:  This is a --

MR. ALLAN:  -- the witness not to answer?

THE WITNESS:  -- this is an ongoing investigation.

BY MR. ALLAN:

Q.   And the basis for claiming that this is an ongoing investigation is simply that the defendants have not been sentenced?

A.   Correct.

Q.   Other than that, they have pled guilty and the investigation by the ATF is concluded, correct?

A.   Correct.

Q.   I would ask that the witness be instructed to answer that question.

MR. BROWN:  Again, there's -- there's an informal hearing, no rules of evidence procedure such as that, so --

MR. ALLAN:  Yeah.  I mean, we're dealing entirely based on second-level hearsay here.

MR. BROWN:  I'm not going to take a chance and

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0085

Hearing, taken on September 25, 2024

82

jeopardize any type of investigation so if you could move on, please.

BY MR. ALLAN:

Q.   Okay.  Do you know why Leonel Castillo allegedly switched from purchase -- using Modern Arms & Optics to using Outdoorsman's Attic to facilitate the transfers that there were firearms being raffled?

A.   Because I don't recall specifically what he said during our meeting with him.

Q.   Do you recall generally what he said?

A.   He knew that Modern Arms & Optics was getting in trouble.

Q.   And was that related to the raffles that he was conducting or the firearms being transferred by Castillo?  Or was that for unrelated reasons?

A.   It was a combination.  There were also personal issues between Castillo and the owners.

Q.   Okay.  And Modern Arms & Optics is no longer a Federal Firearms Licensee, correct?

A.   Correct.

Q.   Okay.  And is the reason that it is no longer a Federal Firearms Licensee related in any manner to the raffles being conducted by Castillo?

A.   That is part of the ongoing investigation.

Q.   Okay.  Were there any administrative

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0086

procedures brought by the ATF regarding Modern Arms & Optics relating the -- to the firearms being transferred for the raffles by Leonel Castillo?

A. I do not know.

Q. Have you reviewed the -- the indictment and the plea agreement in the Leonel Castillo case?

A. The indictment, yes.

Q. Okay. I'd like to mark as -- but to show you what's been marked as Exhibit number 6, which is the Indictment in Leonel -- United States v. Leonel Castillo. And Exhibit number 7, which is the Plea Agreements in United States v. Leonel Castillo. And if you look at Page 3 of the Indictment of Leon Castillo, it has a -- a list of firearms that are subject to forfeiture. And if you look at Licensee's Exhibit number 5 -- do those firearms generally match up with firearms that you seized from Outdoorsman's Attic on May 23rd of 2023?

A. You mean Exhibit 6?

Q. I believe it's Licensee's Exhibit 5.

A. Licensee's Exhibit.

Q. You -- yeah, we're comparing Licensee's Exhibit 5 --

A. Okay. Licensee Exhibit 5 to --

Q. -- to the chart on Exhibit number 6.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0087

A.   Okay.  Yes.

Q.   And those are also certain of the firearms that were listed on the -- the receipt that is marked as Government's Exhibit 9, correct?

A.   Correct.

Q.   Is it your understanding that those firearms were seized because they were owned by Leo -- Leonel Castillo in that he had paid Outdoorsman's Attic for them?

A.   Yes.

Q.   And is that the same basis on which the -- to your knowledge, that the government is seeking forfeiture over them?

A.   Yes.

Q.   And if you take a look at what I believe is Licensee's Exhibit number 7 which should be the Plea Agreement of Leonel Castillo.  And on Page 4 of that document, it has a -- a chart of the firearms and the -- the same firearms identified in the indictments, the receipts, and your seizure receipt, correct?

A.   Yes.

Q.   Okay.  And -- and if you look at Page 6 of the Exhibit number 7 there is a -- a stipulation of facts that the -- the United States and Leonel Castillo have stipulated to be true and correct.  And that they



PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0088

discuss use of a Facebook raffle mechanism from September of 2022 through May 23rd of 2023.  And that Leonel Castillo was, essentially, obtaining regular course of income and profit and livelihood from dealing in firearms by raffling them off and, therefore, should have been engaged in -- licensed as a Federal Firearms Licensee, correct?

A.  Correct.

Q.  Okay.  And it indicates at the bottom of that page that the firearms were held in the -- held -- or transferred into possession of two Federal Firearms Licensee's, MAO and OA, and that he -- even though he didn't take -- take physical possession of the firearms himself, in most cases he was able to procure firearms.

There's nothing in the plea agreement indicating that Mr. Leonel Castillo conspired with Outdoorsman's Attic to willfully aid and abet him in engaging in business of dealing in a firearms, correct?

MR. BROWNE:  You can answer.  It's okay

THE WITNESS:  Uh-huh?

Correct.

BY MR. ALLAN:

Q.  Are you aware also of a prosecution of Carlos Anaya?

A.  I am.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Hearing, taken on September 25, 2024

86

Q.   All right.  And I would like to show you what's been marked as documents.  Document number 11, 12, and 13.  These are documents related to the Criminal Prosecution of Carlos Anaya.

MR. BROWNE:  Can I -- just one thing?  Do you have a marked copy?  For the administrating officer?  I mean, does it tell you his Exhibit number?

MR. BROWN:  11?

MR. BROWNE:  Okay.

MR. BROWN:  Yeah, I have 11 and 12.

MR. ALLAN:  Yeah, they're all marked -- they should be all marked in the bottom.

MR. BROWN:  Yeah.

MR. BROWNE:  Mine didn't get marked, so --

MR. ALLAN:  I didn't give you yours.  Just -- oh, oh, okay.  Yeah.  So some of them -- I -- I had to handwrite in the morning.

MR. BROWNE:  Okay.

MR. ALLAN:  Just missed.  Sorry about that.

MR. BROWNE:  I was just wondering, want to make sure the hearing officer has them.

MR. ALLAN:  Yeah, he's -- he's got the good ones.

MR. BROWNE:  Okay.

BY MR. ALLAN:

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0090

Q.   Now, the -- the indictment of Carlos Anaya references that he obtained a Colt 1911 Series 70 pistol bearing series -- serial number GV035287 from Westminster Arms, correct?

A.   Correct.

Q.   This would indicate that at some point that Series 70 1911 pistol was in the possession of Carlos Anaya, correct?

A.   Correct.

Q.   It also indicates that he transferred of -- I believe transferred that firearm to this -- hold on. I'm sorry.  Hold on one second.  Okay.  And it indicates that he -- in para -- count number 3 on Page 2 that he lied on the Form 4473 as far as whether he was the actual purchaser of that firearm, correct?

A.   Correct.

Q.   And by doing so he would've committed perjury, correct?

A.   Correct.

Q.   And there's references to Carlos Anaya having provided a firearm to Carlos -- Leonel Castillo.  I don't think it specifically identifies the Colt 1911 pistol, but is that one of --

A.   I've never -- okay.

Q.   -- but is that one of the -- the firearms that

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0091

Hearing, taken on September 25, 2024

was allegedly provided to Leonel Castillo?

A.    Correct.

Q.    Okay.  And then turning to Exhibit number 12, on Page number 6, again, the -- the United States and Defendant Carlos Anaya stipulated to certain facts, including that Carlos Anaya had completed a Form 4473 to obtain the Colt 1911 pistol bearing serial number GV035287 from Westminster Arms, a federally firearms-licensed firearms dealer, and then subsequently disposed of it to Leonel Castillo having knowledge that Leonel Castillo had been convicted of a crime punishable by imprisonment for more than one year, correct?

A.    Correct.

Q.    And the same thing with regard to a SIG Sauer P320 pistol bearing serial number FCU337571, which he also acquired from Westminster Firearms, completing a 4473 indicating that he was the actual purchaser and then disposed of it to Leonel Castillo, correct?

A.    Correct.

Q.    Based on your understanding of the firearms raffles being conducted by Leonel Castillo, he was interested in transferring possession of firearms to raffle winners in order to earn a profit from that, correct?

A.    Correct.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0092

Hearing, taken on September 25, 2024

89

Q.   And in order to ensure that firearms were properly transferred, he was using a Federal Firearms Licensee to conduct a background check and 4473 forms on the raffle winners, correct?

A.   Correct.

Q.   Would it make any difference for purposes of his scheme whether he brought the firearms, the -- the SIG P320 and the Colt 1911 to Outdoorsman's Attic or Jorge Miranda bought them?

A.   No.

Q.   And during your connect -- your discussions with Leonel Castillo he informed you that he had told Bill Paddock that he was a convicted felon?

A.   Yes, he did.

Q.   And did he explain to you why he would've conveyed that information to Bill Paddock?

A.   Because he was concerned that he would get in trouble.

Q.   If -- if he was concerned that he would get into trouble, why would he disclose to somebody that he's about to commit a crime?  Let me rephrase that.

At -- at what point did Leonel Castillo advise that he told Bill Paddock that he was a convicted felon?

A.   He said very early on when he was -- started working with Mr. Paddock.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0093

Q.   Okay.  And if he was concerned about being -- getting in trouble, why would he confess to committing a crime to somebody he had recently met?

A.   I don't have an answer to that.

Q.   If -- would it be easier for him to get away with his crime if he never mentioned that he was a convicted felon or a prohibited person?

A.   I don't know.

Q.   You said when you spoke to Mr. Paddock on, I believe, May 23rd, 2023, which -- the date that -- which you executed the search warrant and then subsequently came to Outdoorsman's Attic and seized certain firearms, that he said he had not spoken to Mr. Castillo for a period of weeks; is that correct?

A.   That's correct.

Q.   And then he -- during that same conversation he said that he spoke to Castillo that day?

A.   Correct.

Q.   Okay.  That discussion would've been well over a year ago.  Do you have any written materials from the time of that memorializing that discussion?

A.   I don't know.  I do have -- there is an ROI. I don't know if it's associated -- if we had lumped it in with the execution of the search warrant.

Q.   And when is the last time you reviewed the

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0094

ROI?

A.   I don't know.

Q.   Has it been within the week?

A.   No.

Q.   So you're, basically, going on your memory from approximately a year and a half ago as to what Mr. Paddock told you?

A.   Yes.

Q.   Okay.  And did you have a discussion with Mr. Paddock about the information that you had on Leonel Castillo engaging in the business of dealing in firearms without a license?

A.   Yes.

Q.   And what information did you convey to him at the time?

A.   Mr. Paddock had told us that he had seen -- that Mr. Castillo had shown him a video of one of the raffles.

Q.   Great.  Did you have -- did you discuss -- have any discussions with Mr. Paddock about why -- what Mr. Castillo was doing would be considered illegal?

A.   I don't recall.

Q.   Okay.  Do you recall any discussions with Mr. Paddock about his involvement in the raffle other than having -- knowing that Mr. Castillo was conducting



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0095

a raffle, was using Outdoorsman's Attic to transfer firearms to the winners with the completion of a 4473 form and background check and had seen some of the raffles being conducted?

A.   Yes.

Q.   And what other information did you have?

A.   Oh, that -- that -- that was the information that I had.

Q.   Okay.

A.   Yeah.

Q.   Licensee's -- I'm sorry -- Government's Exhibit number 10, I believe, is a hands-on -- I believe, is a photo.  And that's a Photograph of Firearms on the Counter in -- at Outdoorsman's Attic; is that correct?

A.   Correct.

Q.   And you testified that you obtained that photograph from -- was it -- was that a search of a Facebook account associated with Leonel Castillo?

A.   Yes, it was.

Q.   Okay.  So was this something that was posted on his Facebook page?

A.   I believe he had sent that to a friend.

Q.   Okay.  And I'm just going to -- I'm not -- I'm not really familiar with all the things that Facebook

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0096

Hearing, taken on September 25, 2024

93

works.  So that would be like you send a message through Facebook?

A.  Yes.

Q.  And then it keeps a record of everything?

A.  Yes.

Q.  And was this the Facebook page that he was using for the firearms raffles?

A.  Yes, it was.

Q.  Okay.  Are you aware of the source of this picture?

A.  I am not.

Q.  Did you have any discussions with Leonel Castillo about the source of this picture?

A.  I don't recall if I did or not.

Q.  Okay.  And just so I'm not missing anything, other than the statements by Leonel Castillo, Carlos Anaya, and Jorge Miranda, and that one photograph of the -- I believe it might have been the Colt 1911 pistol in the hand of Leonel Castillo, is there any other evidence to support the allegations that -- that -- that are the basis of this revocation hearing?

A.  No.

MR. BROWNE:  Anything?  Okay.

MR. ALLAN:  Just give me one minute, please.

BY MR. ALLAN:

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0097

Hearing, taken on September 25, 2024

94

Q.   Did you conduct a -- a background check on Jorge Miranda and Carlos Anaya?

A.   Yes.

Q.   Were either of them prohibited persons?

A.   No.

Q.   During the course of the -- the background check of them did you obtain information on their driver's licenses?

A.   Yes.

Q.   To your knowledge, is the information listed in Licensee's Exhibits number 1, the -- the last page, a true and correct copy of Jorge Miranda's driver's license?

A.   Yes.

Q.   And does the information as far as the -- the full legal name and residential address match the "acquired from" information on Exhibit 1 in the top left-hand corner of each page?

A.   Yes.

Q.   And same thing with regard to Exhibit number 2.  We don't have an actual copy of Carlos Anaya's driver's license, but his license number and expiration date is listed along with his residential address.  I'm sure you don't remember his driver's-license number, but does that residential address appear correct, to your

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0098

Hearing, taken on September 25, 2024

95

knowledge?

A.   I don't recall.

Q.   Okay.  And assuming for the sake of argument that Leonel Castillo had not informed Outdoorsman's Attic that he was a convicted felon, there would be no reason to list firearms having been acquired from him as actually having been acquired from Jorge Miranda or Leonel -- or Carlos Anaya, correct?

A.   Correct.  Actually, I'd like to correct that answer.

Q.   Okay.

A.   Mr. Castillo could have done that to conceal the fact that he was dealing firearms without a license.

Q.   And can you just provide an overview of what exactly it was that Mr. Castillo was doing that required an FFL?

A.   He was -- through the regular course of business he was buying and selling firearms without a Federal Firearms Licensee -- without a Federal Firearms License.

Q.   And so the issue is that he -- he was making a profit through the -- the -- the purchase and sale of firearms, even though he never had physical possession of them?

A.   He did --


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0099

Hearing, taken on September 25, 2024

96

Q.   Or -- or assuming, regardless of whether or not he had physical possession of them --

A.   Correct.

Q.   -- if he was making a profit from the -- the purchase and sale of firearms he would have to have a Federal Firearms License?

A.   Correct.

Q.   When you came to the Outdoorsman's Attic on May 23rd, did you provide a copy of the receipts that's marked as Government's Exhibit number 9 to him?

MR. BROWNE:  That's just the one in the house, right?

THE WITNESS:  I do not believe I did.

MR. ALLAN:  Okay.

THE WITNESS:  I believe I showed him a photo of it.

BY MR. ALLAN:

Q.   Okay.  So you would've showed him a photograph of the receipt?

A.   I believe so.

Q.   Okay.  And just to clarify, the -- the date on the -- the top left-hand corner of that receipt is May 10 of 2023, correct?

A.   I can't tell on this copy.

MR. BROWN:  I see May 19.  To me it looks like

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0100

Hearing, taken on September 25, 2024

5-19.

BY MR. ALLAN:

Q.   It -- it -- can you tell that it -- it's a date of May in 2023?

A.   Yes.

Q.   Okay.  So that would indicate that Lee -- Mr. Paddock had had communications with Leonel Castillo the month that you were in the -- the store, correct?

A.   Not necessarily that he had direct communication -- that Mr. Paddock had -- had direct communication with Mr. Castillo, but that Mr. Castillo had been in the store.

Q.   Okay.

MR. BROWN:  Anything?

MR. ALLAN:  I have no further questions at this time.

MR. BROWN:  Counsel, any --

MR. ALLAN:  No.

MR. BROWN:  -- follow-up?

EXAMINATION OF MR. CLEMENS BY MR. BROWN

BY MR. BROWN:

Q.   Special Agent Clemens, can you again just -- just briefly discuss what Mr. Miranda said to you about the whole interaction with Outdoorsman's Attic?  Just -- just kind of kind of in general?  What -- what happened?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0101

Hearing, taken on September 25, 2024

98

What did Miranda tell you went on?

A.   I don't recall all those specific details. Mr. Miranda did say that he had a -- he had purchased -- he had acquired firearms from Outdoorsman's Attic. He was heavily involved in Mr. Castillo's raffles, so presumably he would go in and pick up firearms that he had won from the raffles.  And that he had also brought in firearms to Outdoorsman's Attic to be sold at the -- for the raffles.

Q.   For the raffle winners?

A.   For Mr. Castillo's raffles.

Q.   Okay.  And, again, Mr. Miranda told you that he had never been to Outdoorsman's Attic?

A.   No, Mr. Anaya had said that.

Q.   Okay.  And -- and same question for Mr. Anaya. Briefly what did he tell you about the whole involvement with Outdoorsman's Attic?

A.   He had said that he had never been there.

Q.   And, again, what did Castillo tell you about his involvement with Outdoorsman's Attic?

A.   Mr. Castillo had gotten involved with Outdoorsman's Attic to transfer firearms after he stopped using a previous FFL that he had been using.

Q.   What -- what did Mr. Castillo tell you about what Mr. Paddock was doing for the acquisitions and why

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0102

Hearing, taken on September 25, 2024

99

Mr. Paddock would have -- I'm sorry -- let me say that again.

What did Mr. Castillo tell you about what Mr. Paddock was doing for the acquisitions and why Mr. Paddock would have Castillo text or call Mr. Anaya [sic] to show his identification?  Was there some text or phone call about showing Mr. Anaya's identification?

A.   Mr. Castillo -- I don't believe Mr. Castillo -- I don't recall if Mr. Castillo specifically referenced coordinating with Mr. Paddock as to who the firearms would be logged in from.  Mr. Castillo did say that he would contact the people and let them know that he -- they were -- he was going to log in the firearms using their names.

Q.   And what -- what did -- when you interviewed Mr. Paddock what did -- what did he say about the whole situation and -- and these circumstances?

A.   Can you be more specific, sir?

Q.   What did Mr. Paddock tell you about his involvement with -- with Castillo?

A.   That he knew Mr. Castillo to raffle firearms online and that he had seen a video of one of the raffles.

Q.   Did Mr. Paddock ever tell you that he logged the -- the firearms in from -- from whomever came into

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0103

the store regarding the raffle -- regarding Castillo's raffle?  Or did he ever refer back to if these acquisitions were from Anaya or Miranda? Reference the raffle that Mr. Castillo was conducting?

A.    No, he did not.

Q.    What did Mr. Paddock say about the acquisitions in -- in general -- the acquisitions in question?

A.    I didn't ask -- to my recollection, I didn't ask about how the firearms are recorded as being acquired.  When I spoke to -- first time I spoke -- first and only time I spoke to Mr. Paddock, the only information we had was that Mr. Castillo had purchased several firearms from Outdoorsman's Attic.

Q.    And -- and, again, Anaya -- Anaya said he's never been there, period?

A.    Correct.  Never.

Q.    And -- but Miranda had said that he brought firearms in to Outdoorsman's Attic?

A.    Correct.

Q.    Referenced the raffle winners -- or referenced the raffle situation?

A.    Yes.

Q.    Okay.  And again, the -- the photograph in Government Exhibit 10, or ATF Exhibit 10, this was

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0104

acquired from Castillo's Facebook page?

A.    Yes.

Q.    And this business is Outdoorsman's Attic?

A.    Yes.

MR. BROWN:  Okay.  I have no further questions for Special Agent Clemens.

RECROSS-EXAMINATION OF MR. CLEMENS

BY MR. ALLAN:

Q.    Just one -- one follow-up question.  Just to confirm so it -- you -- you're not certain that Castillo told you that he told Paddock, I'm bringing in these firearms, log them in as being acquired from Carlos Anaya or from Jorge Miranda, correct?

A.    Correct.

MR. ALLAN:  Okay.  That was the only question.

MR. BROWN:  Okay.  Would you like to begin your -- your presentation?

MR. ALLAN:  I'm fine to start or take a break, whatever you prefer.

MR. BROWN:  Okay.  I'm -- I'm good to keep going if everybody else is.

THE WITNESS:  Okay.

MR. ALLAN:  Ready?

THE WITNESS:  Okay.

DIRECT EXAMINATION OF MR. PADDOCK

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0105

BY MR. ALLAN:

Q.   Would you please identify yourself for the record?

A.   My name's William L. Paddock, P-A-D-D-O-C-K. I'm the owner of the Outdoorsman's Attic.

Q.   And can you please provide a brief overview of what exactly the Outdoorsman's Attic is?

A.   So the Outdoorsman's Attic is a consignment store.  We started back in 2010.  A year into it, I ended up going and getting my FFL.  Sever -- several years after that, we moved into a different location, which we are in now.  We sell hunting, fishing, camping and firearms, that kind of stuff.

Q.   Okay.  And how many employees does Outdoorsman's Attic have?

A.   So when I first started, it was me, my mom and my dad.  My parents moved away several years ago and now my -- my daughter Halee works with us.

Q.   Okay.  And what percentage of sales at the Outdoorsman's Attic are firearms?

A.   Probably 15 to 20 percent.

Q.   Okay.  And where do you -- where does Outdoorsman's Attic acquire its firearms from?

A.   The vast majority is consignment.  People bring their stuff in and we sell it for them.  Some

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0106

stuff does come through distributors.  We order in new for potential customers, things that I think that are kind of unique, you know, lever guns, shotguns, that kind of thing.

Q.    And can you just explain what it means to sell something on consignment?

A.    Consignment, typically, we take a certain percentage of what we sell the item for.  Particular firearms we charge 15 percent if we sell it here in the store, 20 percent if we sell it online.

Q.    Okay.  And what else do you do with -- with -- with -- at -- at -- what else does Outdoorsman's Attic do with regard to firearms, other selling -- other than selling the ones that it has in inventory?

A.    We also do private-party transfers.

Q.    And can you explain what a private-party transfer is?

A.    So Colorado now prohibits face-to-face sales without a background check, and so we facilitate the private-party transfer.  The two customers come in, if it's a local thing.  They'll bring the firearm into me. The person that's actually purchasing will go through a background check.  Now we have a three-day waiting period here in Colorado.  So after the -- after we initiate the background check, 72 hours later, as long

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0107

as they're not prohibited, they can -- we can facilitate the transfer.

Q.    Okay.  Any other types of transfers that --

A.    We also do dealer transfers.  When people purchase stuff online or through, what I call big-box stores, gun will get shipped to us.  We'll log it in, call the person that -- that we sell it to, or that they're -- that they purchase it -- that they purchased. They'll come in and do a 4473.  Again, once -- as long as they're not prohibited, they'll go ahead and do it.

Q.    Okay.  Any other types of transfers?

A.    We've also done, you know, raffles and stuff like that for American Heroes in Action, Pheasants Forever, Boats Unlimited.  People such as that, too.

Q.    Okay.  And you also did raffles for Leonel Castillo?

A.    Correct.

Q.    Okay.  Can you explain what American Heroes in Action is?

A.    So American Heroes in Action is a non-profit. They -- they take injured vets out to hunting and fishing, things -- I've been -- been doing that for them for many years.

Q.    Okay.  How -- approximately how many firearms have you transferred to persons who won raffles or

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0108

Hearing, taken on September 25, 2024

auctions conducted by American Heroes in Action?

A.    Probably around 100.

Q.    Okay.  And what about persons who won raffles or auctions conducted by the organization -- other organizations you mentioned like Ducks Unlimited?

A.    Like Pheasant Forever and -- and Elks and all those guys, you know, probably half a dozen, you know, each of those guys.

Q.    Okay.  Like a half a dozen for each of them?

A.    Yeah.

Q.    Okay.  And when -- when you're doing a transfer for one of those organizations -- a firearm transfer for one of those organizations, how would that physically be conducted?

A.    So in the instance of like what for -- I'm sorry, ask the question one more time.

Q.    Yeah.  When -- when you're doing a let's -- let's say a -- a -- a transfer for an auction or a raffle that was conducted by American Heroes in Action, how would you go about physically handling the firearm and transferring it to the winner?

A.    Oh, so a lot of times it would show up from either a distributor or a dealer, or a distributor or a manufacturer, the gun would come in.  When the person won, they would come in, prove that they win.  I would

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0109

Hearing, taken on September 25, 2024

106

go ahead and conduct the 4473.  After -- as long as they're not prohibited, they would go ahead and take possession of the firearm after they paid the state background check and the transfer fee.

Q.  Okay.  And for some events would you, like, take a firearm to a banquet or a -- or -- or an event or something like that?

A.  Yeah.  Yeah, that was --

Q.  And what would you do with -- in connection with the firearm in that instance?

A.  So we would -- I -- so I didn't lose main -- so I'd maintain control of the firearm, I would be there present with the firearm.  You know, they would show the firearm there at their event.  I would take it back into possession or take it back to the shop after the -- the banquet or whatever was concluded and, you know, wait for the -- the -- the lucky winner to come in and -- and do their background check.

Q.  And would you also do transfers for somebody who would've won, let's say a -- a Ducks Unlimited raffle in another area --

A.  Correct.

Q.  -- and they lived in your area?

A.  Yeah.  So a lot of times what happens is these banquets are conducted somewhere other than where their

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0110

-- where their residence is, you know, like the Northern banquets, well a guy would drive from Colorado Springs. I happened to be closer, so they would transfer the firearm to me, you know, just to make it easier for the -- the -- the end customer.  They would come into my shop, do the background check and -- and do it that way.

Q.   Okay.  And you testified that you charge a fee for doing so?

A.   I do.

Q.   Can you explain what the basis of that fee is?

A.   So Colorado State law, we have to charge, I think presently it's now 12.50 for the background check. We charge -- charge what's considered a transfer fee. That's kind of my commission, if you will.  It's $35. And so -- so right now, I -- I lump it all together, it's $45, so --

Q.   Okay.  And is that the -- the same fee that you would charge a processor you would do if somebody bought something on GunBroker or --

A.   Yeah.  Yeah.

Q.   -- from the big-box store?

A.   Yeah.  It's pretty much standard.

Q.   Okay.  Are you familiar with Leonel Castillo?

A.   I am.

Q.   Can you just describe when you first met him?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0111

A.   I don't exactly know when he came in.

Q.   Just approximately.

A.   Yeah, probably January of '23.

Q.   And in what context did you first meet Mr. Castillo?

A.   He came in and he was interested in conducting some transfers for raffles that he was doing.  I told him I didn't know.  I don't know him.  I wanted to look into and see what he was doing.  So he said that he does all this stuff on Facebook Marketplace -- or not Facebook -- Facebook, and it's a private group.  I looked into his private group.  He -- I watched a couple of the raffles.  I was a bit concerned that it could be a straw purchase so that's why I watched it. He uses a random-number generator, some dice.  The people that are on there, they're all watching live. And after watching that several times, I concluded that the people that are actually winning are the ones that are going to end up with the firearm.  And so I -- I said that that'd probably be okay.

Q.   Okay.  And did he come in by himself?  You know, how did he know to come to Outdoorsman's Attic?

A.   He came in with another customer that I -- that I recognized.  Somebody that's been into my shop fairly frequent, so.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0112

Hearing, taken on September 25, 2024

109

Q.   Okay.  Now you -- you said he was conducting raffles using Facebook.  I -- I'm not sure exactly what the specific Facebook things.  Did -- did you consider that to be any different than the raffles you were doing for American Heroes in Action --

A.   No.

Q.   -- and the other entities?

A.   No.

Q.   And why is that?

A.   I figured that it's the same thing.  I am conducting the background check like a -- as a transfer. You know, so is -- the person that's coming in to get the gun, they do the background check.  As long as everything's okay, everything -- the gun goes back out the door.

Q.   And what was the source of the firearms that were being raffled by Leonel Castillo?

A.   Some would be from my shop.  You know, the -- the two -- two gentlemen, Anaya and Miranda, those two did drop off guns to me specifically for his raffle.

Q.   Okay.  Just -- just to stay on one subject at a time.

A.   Yeah.

Q.   You said somewhere from the shop --

A.   Right.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0113

Hearing, taken on September 25, 2024

110

Q.   -- how were -- how were firearms that -- that are in the shop, how would they come to be raffled?

A.   So he would come into the shop and he'd look through the glass and go, oh, yeah.  That one I could probably raffle and that one.  And so he would purchased some of those guns out of there.

Q.   Okay.  Is that an example of, for example, the ATF's Exhibit number 10?  Exhibit number, Exhibit number 9.  And you should have a copy of the ATF's Exhibits. And they should be numbered in the lower right-hand corner.

A.   9?

Q.   Yeah.

A.   Yep.

Q.   Is -- is that receipt a -- like an example of what would Leonel Castillo would do as far as purchasing firearms --

A.   Yeah.

Q.   -- from the store for purposes of the raffle?

A.   Yep.

Q.   Okay.  And then in addition to purchasing firearms -- when he purchased firearms from the store, what was done -- then done with those firearms?

A.   I would maintain possession of them.  I would watch the Facebook, the raffles.  And then once the --

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0114

once they would pick the winner, I would kind of know. And then those people would also show up in -- in my shop with a screenshot that's from Leo that said, hey, congratulations, you did win this item, and that's how I would know that -- that these are actually the people that -- that got the guns.

Q.   And as far as, you know, keeping the guns until the raffle winner came in, was that the same procedure you employed with American Heroes in Action --

A.   Correct.

Q.   -- and other entities?

A.   Yeah.

Q.   Okay.  And you mentioned that you also received -- obtained firearms from Carlos Anaya and Jorge Miranda for the raffle.

A.   Correct.

Q.   Can you describe what happened in that regard?

A.   Correct.  I don't -- so they -- they came in, according to my A&D records, dropped off these guns specifically for the -- the raffle.

Q.   Would they tell you -- say anything to you when they brought the guns in?

A.   Yeah.  They would say that these are for Leo Castillo's raffle or anything, and, you know, that's it. That's -- that's what they were for.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0115

Q.   Okay.  And do you -- in the -- the A&D records you have certain firearms listed as having been received from Carlos Anaya and Jorge Miranda.  Is there any possibility that those firearms had actually been acquired from somebody else?

A.   No.

Q.   And how can you be so sure?

A.   I -- I -- I trust my Bound Book 100 percent. You know, that's one of the reasons why we went from the -- the handwritten chicken scratch of my awful handwriting to the -- to the -- the new Electronic Bound Book.  It gives me the opportunity to put their driver's-license numbers, addresses, all that information in there, clear and neat.

Q.   If -- if I walked into the store with a firearm and said, I'm interested in, you know, either selling this on consignment or giving this for a raffle, what -- what would you physically go about doing in response?

A.   So I would -- I would ask you for your driver's license or some sort of ID, you know, that has your current address and I would log it in as such.

Q.   Okay.  Now looking at your A&D records, you had information on Carlos Anaya and Jorge Miranda, including their -- their full middle names, residential

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0116

addresses and each of their Colorado driver's-license numbers and expiration dates, correct?

A.    Uh-huh.

Q.    Where did you obtain that information?

A.    From -- from driver's licenses.

Q.    So did you physically see the driver's licenses of both of these individuals?

A.    So I mean, this is -- this is going from way back when, I can only assume that that's what we got them from.  I mean, that's the only way that we would have that kind of information.

Q.    Based on your practice and procedure, did you ever take firearms from somebody without physically seeing their driver's license?

A.    No.  No.

Q.    So even if you don't remember these specific transactions, are you able to testify that based on the standard practices and procedures of Outdoorsman's Attic, that you obtained a copy of the customer's driver's license and let -- before logging a firearm into the A&D records?

A.    That's correct.  Yeah.  We always want to make sure that who the person is in front of me is who they are.

Q.    Okay.  Would you please take a look at what we

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0117

Hearing, taken on September 25, 2024

have marked as Licensees Exhibit number 1?  And would you just identify what that is for the record?

A.    This is an excerpt from FastBound, listing George Antonio Miranda's firearms that he's brought into us.

Q.    Okay.  And what was the name of the person again?

A.    Jorge Antonio Miranda.

Q.    Okay.  And would you take a look at the -- the top right-hand corner of each of those documents?  And that has information on "acquired from," and does that have a name and address?

A.    Yep.

Q.    Is that the correct name and address of the person from whom you received each of the firearms listed in these documents --

A.    Yes.

Q.    -- and please take a look at the --

A.    Yeah.

Q.    -- each page of the firearms listed?

A.    That is correct.

Q.    And if you look at the last page, that's a copy of a driver's license?

A.    Yes.

Q.    Does that refresh your recollection that you

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0118

would have physically had a copy of at least Jorge Miranda driver's license at some point?

A.   That's correct.

Q.   And is a copy of that license maintained in your records?

A.   It is.

Q.   And would you please take a look at what has been marked as Licensees Exhibit number 2?

A.   Okay.

Q.   And just identify what that is for the record.

A.   This is an expert from our -- our -- our Bound Book.  Carlos Manuel Anaya.  These are all guns from him that were logged in from -- into our -- our Bound Book.

Q.   And again, if you take a look at the upper right-hand corner, it -- it says, "acquired from" and it has Carlos Manuel Anaya, and then it has a street address in Commerce City, Colorado.  And then looking down below it has licenses and it has information on a driver's-license number 10-260-0416, expiring on February 22nd, 2027?

A.   That's correct.

Q.   How did you in -- obtain the information to identify the -- the name, address, and driver's-license number of the person from whom the firearms identified in Licensee --

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0119

A.   This had to have been --

Q.   -- Exhibit number 2 were obtained?

A.   This would've had to have been pulled from a driver's license, you know, that was -- that was shown to us.

Q.   Okay.  If you have records showing that Carlos Manuel Anaya provided these firearms to Outdoorsman's Attic based on your practice and -- and procedures, even if you don't remember the specific transaction, are you able to testify that he would've been physically present in the store with those firearms and that you would've reviewed his driver's license?

A.   Yeah.

Q.   And would you please take a look at what we have marked as Licensees Exhibit number 3 and just identify that for the record?

A.   It's a 4473 from -- for Jorge Miranda.

Q.   Okay.  And take a look at the -- the entire Exhibit.

A.   There's also a report of multiple sale and disposition.  So, one, two -- so, there's three background checks there.

Q.   Okay.  Is -- are they corresponding to three different 4473 forms?

A.   Correct.  Yeah.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Hearing, taken on September 25, 2024

117

Q.   Okay.  And are each of those 4473 forms completed by Jorge Miranda?

A.   Right.  Correct.

Q.   When Jorge Miranda and Carlos Anaya would bring firearms in to be dropped off for the raffles, would you pay them for those firearms?

A.   No.

Q.   What was your understanding of what -- why they were bringing the firearms in?

A.   They were bringing them in for the raffle.

Q.   Okay.  Is it your understanding that they were -- that -- that they -- they knew of Leo Castillo and his raffles?

A.   I'm sorry, say that one more time.

Q.   It -- is it your understanding that they were both familiar with Leonel --

A.   Yes.

Q.   -- Castillo and the raffles that he was conducting?

A.   Yes.

Q.   Okay.  And I -- I think you testified as far as how you would know that somebody won a particular firearm in a raffle.  I think you said that the winner would come in with a screenshot of something.

A.   Mm-hmm.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0121

Hearing, taken on September 25, 2024

118

Q.    Would that be a screenshot from the Facebook raffle thing?

A.    Yes.

Q.    Did you also indicate that you tried to watch the raffles?

A.    We did.  Yeah.

Q.    Okay.  I believe at one point, Special Agent Clemens said that Leonel Castillo indicated that you were a member or -- or of -- of the -- the -- the Facebook group.  Were -- did -- did you have access to watch the videos?

A.    Yeah, that's the only way you could gain access, from what I understood, is that he would invite you into the group.  I requested that I did that for my security and peace of mind so that way I could make sure that these were not straw purchases.

Q.    And so your -- your concern was potentially that Leonel Castillo was having somebody straw purchase firearms --

A.    Right.

Q.    -- on his behalf?

A.    Yes.

Q.    And that's why you wanted to watch the -- the -- the videos and obtain information on what he was doing, correct?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0122

Hearing, taken on September 25, 2024

119

A.   That is correct.

Q.   Okay.  Did you ever participate in the -- the raffles being conducted by --

A.   No.

Q.   -- Leo Castillo?  And this is your understanding that he was doing raffles for other products in addition to firearms?

A.   Yeah.

Q.   Were you involved in any of those raffles?

A.   I was not.

Q.   Okay.  So you never paid any money to Leo Castillo to win -- for a chance to win any prizes?

A.   No.

Q.   Okay.  What would you do when somebody comes in and says, you know, I -- I won a firearm on one of the raffles being conducted by Leonel Castillo?

A.   I did it the exact same way that I did any other -- the other raffles.  I would make sure that the person that came in was the actual winner and then we would follow all the rules of the 4473.  They would do their background check.  I don't think at the time they implemented the -- the three day, then.  So once they would pass, they would go ahead and take the gun.  If they did not pass, then the gun would not be transferred period.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0123

Hearing, taken on September 25, 2024

120

Q.   Did you recall specific situations of somebody not passing?

A.   I do remember one.  Yeah.

Q.   And what was done --

A.   He came in --

Q.   -- with that firearm?

A.   The gun -- I told that -- I told Leo that the person that -- that won was prohibited and that we were not going to transfer that firearm.

Q.   And so that firearm just remained in the store?

A.   Yeah.

Q.   And how was Outdoorsman's Attic compensated for performing the -- the service of transferring firearms to the winners of the raffle conducted by Leonel Castillo?

A.    It would be the same transfer fee that I'd -- I had always charged.  Back then I think it was a little bit cheaper than it is now.  Right now, we're charging 45.  It was probably $35 back then.

Q.   Okay.  So Outdoorsman's Attic did not receive any extra compensation for the firearm raffles compared to transfers that it did for American Heroes in Action --

A.   No.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0124

Hearing, taken on September 25, 2024

121

Q.    -- or a transfer from a big-box store?

A.    No.

Q.    Approximately how many firearms did Outdoorsman's Attic transfer to winners of raffles held by Leonel Castillo?

A.    I'm guessing probably around 100.

Q.    Okay.  And when was the last time that a -- a firearm was transferred to a raffle winner?

A.    It would've been probably right prior to Jason coming in, May of '23.

Q.    Okay.  So May of 2023 would be the last type --

A.    Yeah.

Q.    -- of a transfer?  And why did the transfer stop?

A.    Special Agent Clemens came in, said that Leo was a prohibited person, which shocked me and that -- that he advised me, don't do it.

Q.    And were certain of that -- the -- did Special Agent Clemens seize certain firearms at that time?

A.    He did.  Yeah, he took some -- the -- the ones that were on the receipt, we located those immediately for him.  I did notify him that one was already transferred.  I believe I gave him the background check for that one that was transferred so if he needed to go

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0125

and -- go and get it or -- or figure it out, he was more than welcome to.

Q.    And was that a firearm that was transferred to a raffle winner?

A.    Correct.

Q.    Okay.  Prior to Special Agent Clemens' discussion with you on May 23rd, 2023, had Leonel Castillo advised you that he was a convicted felon or otherwise prohibited by law?

A.    No.

Q.    Did you have any reason to believe that he was a prohibited person?

A.    No.

Q.    If Leonel Castillo had advised you that he was a prohibited person, would you have agreed to conduct a --

A.    I would've never done anything like this.

Q.    In fact, one of the reasons why you wanted to verify this was -- manner in which it was being done was to ensure that you were not doing straw purchases for Leonel Castillo --

A.    Yeah.

Q.    -- correct?

A.    Yeah.

Q.    Okay.  And -- and would you please review the

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0126

Hearing, taken on September 25, 2024

123

document that's marked as Licensees Exhibit number 5?

A.   I am sorry, which one is this?

Q.   Licensees Exhibit number 5.  You can share mine if you want.

A.   Oh, okay.

Q.   All right.

A.   Yeah.

Q.   And would you please identify what that is for the record?

A.   So we made that for -- it shows all the guns that were seized by Officer Clemens here.  It lists one, two, three, four, five guns.

Q.   And how was that document created?

A.   Again, it was pulled off of our FastBound.

Q.   And who was -- who were those firearms listed as being disposed of to?

A.   They were not -- they were disposed to the ATF Denver Field Office.

Q.   Okay.  And I believe that's a two-page document.  Would you please take a look at the -- the second page of that as well?

A.   That's the carbon copy receipt that was left for us.

Q.   Now at the time of those firearms were received, who -- who owned those firearms?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0127

A.   I guess technically Leo Castillo owned those because he did purchase and pay for them.

Q.   And were they in the store for purposes of being transferred to a raffle winner?

A.   Correct.

Q.   Okay.  Have you had any contact with Leonel Castillo, Carlos Anaya, or Jorge Miranda since May of 2023?

A.   No.

Q.   Okay.  Did you have a -- did Outdoorsman's Attic have an ATF, FFL Compliance Inspection in 2024?

A.   We did.

Q.   Okay.  And who conducted that inspection?

A.   IOI Paa.

Q.   Okay.  And what was the results of that -- that inspection?

A.   You know, when -- when he came in, he said that the inspection went fairly well.  He gave me a -- a list of a couple of violations.  One that sticks out as I used a XL Energy bill for a verification of address.  That -- that was incorrect, so.

Q.   And would you please take a look at what's been marked as Licensee Exhibit number 4?

A.   Uh-huh.

Q.   And just identify that for the record?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0128

A.   Yep.  And that's the Original Report of Violations.

Q.   Okay.  At the time of the -- the -- the closing conference, did IOI Paa have any discussion with you regarding Carlos Anaya and/or Jorge Miranda?

A.   He did.  He asked me if I had -- if I recognized those two names, that kind of caught -- just came out of the blue.  I told him that I didn't really -- they didn't ring a bell.  This is, you know -- yeah.

Q.   Okay.  And did you have any interactions with IOI Paa after that closing conference?

A.   I did.  He returned in March and asked me to -- to talk to me.  He wanted to show me another list of violations.  Again, I was shocked.  This was the one for -- he asked me to sign it but I never received a copy of that one at that time.

Q.   Okay.  If you look at Government Exhibit number 7.

A.   Yeah.

Q.   Okay.  That is the -- the last version of the Report of Violations.  On Page number 2, it has a Violation number 3, date amended 3-27-2024.

A.   Yeah.  That's the one that he -- he came in with the Cease and Desist of Engaging in Deceptive Practices.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0129

Hearing, taken on September 25, 2024

126

Q.   Okay.  If Carlos Anaya and/or Jorge Miranda told the ATF that they had never been in Outdoorsman's Attic or that there's certain firearms listed in its A&D records that they had not transferred to Outdoorsman's Attic, would they be lying?

A.   Yeah.

Q.   And how do you know that?

A.   Because I trust my Bound Book.  You know, everybody that comes into our shop and everything, we check their driver's licenses or ID and record it as such.

Q.   Have you ever had somebody ask you to list a firearm you acquired from them in the name of somebody else?

A.   No.

Q.   Would you do so if somebody had --

A.   No.

Q.   -- requested that?  Does Outdoorsman's Attic takes its responsibility as a Federal Firearms Licensee seriously?

A.   That's one thing we've prided ourselves on. Until this all happened, everything, I -- I thought that I was 100 percent on the up and up, taking care of my business, and everything.  I -- I pride myself on not letting bad guys win, you know, getting -- getting their

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0130

Hearing, taken on September 25, 2024

127

-- getting guns into -- to the wrong hands.  So yeah, I do take this extremely seriously.

Q.   You had a -- a report of violations after a 2018 compliance inspection.  Did you take any response -- any actions to improve procedures after that time?

A.   Yeah, I did.  I -- that's one of the reasons why we started with the FastBound program was to try and reduce any kind of clerical errors or anything that could -- could help me.  You know, we also -- we also joined NSSF's Premium Retailer Program, where they -- they -- they have a whole library of stuff where you can watch on how to spot a -- a straw purchase, you know, don't lie for the other guy, that kind of thing, you know, the -- the best practices.

And we also had a -- Wally Nelson, who was a ATF Deputy Assistant Director come to our store and review all our records as part of one of the premium retailer membership programs, because that's how serious I -- I -- I want to be.  I don't want to be here, guys.  I -- I don't want to be here.  This is the -- this is -- this is not the Outdoorsman's Attic.

Q.   During the period from January 2023 to May 2023, when Outdoorsman's Attic was transferring firearms to persons who won raffles conducted by Leonel Castillo, was it willfully aiding and abetting him to engage in

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0131

the business of dealing in firearms without a federal firearms license knowing that he was required to have an FFL?

A.   No.  No, I -- I -- I -- I never -- it never even occurred to me.  This is the furthest from my mind. I thought that it was the same as any of my other raffle things.  You know, whether it's American Heroes in Action, Pheasants Forever, or any of those, I thought that I was doing right by making sure that at the end of the day, that person that came in got their background check, make sure that they're -- they're not prohibited and they got out -- out the door with it. That's -- I think that's the whole reason why I'm -- why -- why we do this.

MR. ALLAN:  No further questions at this time.

MR. BROWN:  Counsel?

MR. BROWNE:  I just have a couple.

CROSS-EXAMINATION OF MR. PADDOCK

BY MR. BROWNE:

Q.   You took a photo of Jorge Miranda that you got?

A.   Uh-huh.

Q.   Correct?  And why did you take that photo?

A.   So in the -- the transition from our paper book to our -- to a -- to the electronic book, when we

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0132

get multiples of guns coming in, I wanted to make sure if it was a new customer, we'd -- we quickly scan a -- a driver's license, attach it to all the guns and everything, and they would sit there until the end of the day so we could log them in.

Q. Okay. And then for Mr. Anaya, I didn't see a photo. Did you have photos of Mr. Anaya?

A. I could not come up with one.

Q. Okay.

A. No.

Q. In the raffles that were run, did you ever bid in -- in any of the raffles?

A. No, not that I'm aware of. No, I -- I -- there's no reason for me to bid in them.

Q. In your transfer fees, do you ever vary the amount in your transfer fee for --

A. Occasionally, I -- if -- if I have people that have been doing business for me for years and everything, I would reduce the fee for them. Like, for instance, you have three or four guns coming in. The first gun is the $45 transfer fee, that includes the background check. The second gun will be an additional $15 of that, and then it'll continue to go that way. Rather than $45 each gun, I think that's a little excessive for -- for what I do.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0133

Hearing, taken on September 25, 2024

130

Q.   Did you ever vary the fees, that you remember, for any of these raffles?

A.   I would probably reduce stuff, if anything.

Q.   Did Mr. Castillo ever indicate to you that his raffle was for any organization?

A.   No.

Q.   You said that you were worried about Leo Castillo doing straw purchases, why was that?

A.   Just -- that's just the nature of the business.  You know, when -- when people come in and -- and talk about these kinds of things, that's what I'm concerned about most.  Whether it's this raffle or whether it's this woman that's coming into my shop that want -- all of a sudden wants an AK, I've -- I've learned from videos and all that that you -- you have to ask the questions.  The last thing I want is to be that dealer that does that.

Q.   And to transfer, I wasn't clear, was it 100 raffles or 100 firearms ballpark that you said?

A.   Oh, I'm sorry, probably 100 -- probably 100 firearms.

Q.   Okay.

MR. BROWNE:  I don't have any other questions.

REDIRECT EXAMINATION OF MR. PADDOCK

BY MR. ALLAN:

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0134

Hearing, taken on September 25, 2024

131

Q.   Just have one clarification question.  You were asked whether you have ever bid on any of the guns and you said that not that you're aware of.  Is there a potential that you bid on some of these guns with Leonel Castillo?

A.   I really don't think so.  No.  No.

Q.   Just -- is it a no or you're not sure?

A.   It's a no.  It's a no.

Q.   Okay.

A.   We can just say no.

        MR. ALLAN:  I have no further question.

            EXAMINATION OF MR. CLEMENS AND MR. PADDOCK

BY MR. BROWN:

Q.   I have a couple of follow-up for Special Agent Clemens and then Mr. Paddock, I'd like to ask you a couple questions.

        Special Agent Clemens, did Mr. Castillo discuss with you about transferring firearms to someone else for his raffle because he could not because he was prohibited?

A.   (Special Agent Clemens) Can you phrase that a --

Q.   Sure.  In your -- in your interview or conversations with Mr. Castillo, was he forthcoming

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0135

about conducting these raffles and that the firearms would -- would have to be transferred to someone else because he was prohibited and he -- he could not be engaged in the business of the firearms?

A. (Special Agent Clemens) Mr. Castillo was forthright in his business activities and how he ran the raffles and his possession of firearms. Does that answer your question?

Q. Thank you. And did Mr. Castillo tell you he, himself transferred firearms to Mr. Paddock?

A. (Special Agent Clemens) Yes.

Q. Okay. And was -- was the assumption there that Castillo walked into Outdoorsman's Attic gave firearms to Mr. Paddock?

A. (Special Agent Clemens) Yes.

Q. Okay. Thank you.

Mr. Paddock, did you yourself ever meet or -- or take in guns from either Miranda or Anaya? Have you met these guys?

A. (Mr. Paddock) You know, I don't know. You know, it -- it's been so many years, or it's been over a year. I have to say according to my Bound Book and everything, yes, I did, whether it was me or my daughter.

Q. Because there were -- with the 15 transactions

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0136

that -- that we're discussing, did you ever wonder why there was, you know, repeated acquisitions from this guy named Mr. Miranda and this guy named Mr. Anaya, did you ever question, hey, are these -- are these new customers?  Are these individuals who -- who like guns? Did you ever wonder why you had multiple transactions from Miranda and Anaya?

A.    (Mr. Paddock) No, because those were attached or associated to Leo's raffle so I knew where those guns were going.

Q.    Okay.  So -- so you knew that the transactions involving Miranda and Anaya were for --

A.    (Mr. Paddock) Correct.

Q.    -- Castillo's raffle?

A.    (Mr. Paddock) Correct.

Q.    But you don't -- you don't remember ever meeting Mr. Anaya or Mr. Miranda?

A.    (Mr. Paddock) Yeah.  I mean, I can't say for certainty.

Q.    Does your daughter know these guys or she met him?

A.    (Mr. Paddock) Yeah, I mean, I don't know.

Q.    Your -- your daughter conducted some of the -- the -- the --

A.    (Mr. Paddock) Back --

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0137

134

Q.    -- transfers on the 4473s --

A.    (Mr. Paddock) Correct.

Q.    -- correct?  So did -- did you ever have a conversation with her about --

A.    (Mr. Paddock) Yeah.

Q.    -- Miranda or Anaya?

A.    (Mr. Paddock) She recognizes the names.

Q.    Do you have other employees that would've made the acquisitions in your FastBound record?

A.    (Mr. Paddock) No.

Q.    So it'd either been you or your daughter?

A.    (Mr. Paddock) Correct.

Q.    When you -- when you met Castillo or -- or started talking with him, did you ever ask him or talk to him about why he didn't drop off the guns to your business, or why he was never involved insofar as providing you the firearms or why he was never -- as -- as -- as -- as you state, he -- he -- he never dropped off firearms.  Did you ever ask him about why he wasn't really involved in any of that aspect of it --

A.    (Mr. Paddock) No.

Q.    -- other than running the raffle?

A.    (Mr. Paddock) Yeah, there's no -- no.

Q.    And -- and -- and yours -- you state you did not know Castillo was a -- was prohibited?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0138

Hearing, taken on September 25, 2024

135

A.    (Mr. Paddock) Correct.

Q.    At no time, that was never discussed with him?

A.    (Mr. Paddock) No.  No.  Law is I can't just run a background check on people.  You know, I don't --

Q.    No, I just mean if it came up in conversation --

A.    Oh, yeah.

Q.    -- when you met him and started talking about the raffle?

A.    No.

Q.    And if he ever mentioned anything about, you know, his aspect of -- of all this?

A.    No.

Q.    Other than what was presented today, do you have anything in -- in your records or any internal documents or -- or video or anything of Mr. Anaya coming into the store or providing any information to you, verifying he's the representative of the -- the raffle, delivering the firearms to you to be transferred to the raffle winner?

A.    No.

Q.    And -- and you said a few minutes ago, you -- you -- you don't have a -- an identification copy for Anaya?

A.    I do not.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0139

Hearing, taken on September 25, 2024

136

Q.   And then, again, can you tell me how you got Miranda's ID, the -- the picture there?

A.   We probably scanned it.

Q.   Okay.

My apologies I have another follow-up question for Special Agent Clemens.  The firearms that were seized during the warrant at Castillo's place, where -- where were those -- those from, where -- why were they seized?

A.   (Special Agent Clemens) The firearms we took from Outdoorsman's Attic?

Q.   Yes.

A.   (Special Agent Clemens) Those -- those were found at Castillo's.  The receipt was it Castillo's. The firearms were out at Outdoorsman's Attic.

Q.   Okay.  And why were they seized?

A.   (Special Agent Clemens) Because Castillo had purchased them.

Q.   Okay.

Mr.  Paddock, did you -- did you ever discuss with Mr. Castillo as to why he bought the firearms on paper but never took them away from the premises?

A.   (Mr. Paddock) Because it was --

Q.   Never took them or never tried to, you know, do a transfer?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0140

Hearing, taken on September 25, 2024

137

A.    (Mr. Paddock) Because it was a -- it -- it was a raffle.  It was set up that way.  You know, the -- the way that I look at it is, this -- the -- the way that like American Heroes in Action, they'll have the gun shipped to me.  There's no real reason for them, one of their agents or whoever come in, do a background check, take the gun.  And then when the -- the winner wins that gun, then again, bring that gun back to me and do a private-party transfer at that point, so that new winner gets another background check.  Because Colorado you can't just hand guns off to each other now.  And so that's -- that's the reason why it was done.  Does that make sense?

Q.    Yeah.  And so some firearms referenced the -- the -- the raffle.

A.    (Mr. Paddock) Uh-huh.

Q.    Castillo purchased the firearms on paper and you held them --

A.    Right.

Q.    -- there at the store.  Others that were related to the raffle, Miranda and Anaya, dropped off to you, were those ones that were won in the raffle?

A.    Those were -- those were to be raffled off.

Q.    To be raffled off.

A.    Correct.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0141

Q.   So somehow Miranda and -- and Anaya got these guns from somewhere?

A.   Yeah.

Q.   And they came in and said, hey, these are for Castillo's raffle.  And then --

A.   Then I would --

Q.   -- eventually a winner will come in to -- to --

A.   Correct.

Q.   -- get it.

A.   And then I would follow through Leo's raffle and everything and -- and see who won that.  And then that person did -- that's when we would conduct the 4473.

Q.   Thank you.

Special Agent Clemens, can you -- can you tell me anything about Mr. Castillo indicating that Mr. Paddock would have Castillo text or call Mr. Anaya to show identification?  Was there -- was there a conversation ever with Castillo about Castillo calling, talking to Mr. Paddock saying, hey, I need -- or -- or - - or -- or Paddock needs Anya's identification.  Text it to him, call it in, give him the number.

A.   (Special Agent Clemens) I don't recall if there was or not.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0142

MR. BROWN:  Okay.  I don't think I have any further questions.  Any -- anything else before we wrap up?

MR. ALLAN:  Just two follow up questions.

MR. BROWN:  Sure.

FURTHER DIRECT EXAMINATION OF MR. PADDOCK

BY MR. ALLAN:

Q.  As -- because even though Castillo didn't bring firearms into the store to give you to raffle off, he would purchase stuff in inventory for purposes of the raffle?

A.  Correct.

Q.  So it wasn't just Anaya and --

A.  No.

Q.  -- Miranda that were providing the guns.  It was also guns you have in inventory, specifically being bought by Castillo?

A.  Correct.

Q.  And as far as having dealt with Carlos Anaya and Jorge Miranda with acquiring the firearms from them listed on Licensees Exhibits number 1 or 2, either you or your daughter would have dealt with them in person in the store.  It's just that you don't have a specific -- specific recollection of having with them --

A.  Correct.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0143

Q.    -- and based on your discussions with her, she doesn't have a specific recollection --

A.    Correct.

Q.    -- of having dealt with them either?

A.    Yeah.

Q.    But you can testify that based on your -- the source policies and procedures and the information in the A&D records, that one or the other of you personally interacted with them?

A.    That's correct.

MR. ALLAN:  No further questions.

RE-EXAMINATION OF MR. PADDOCK

BY MR. BROWN:

Q.    Before I wrap up, one thing I'm having trouble with is -- okay, the -- the -- the raffle is going on, Anaya, Miranda bring in firearms for the raffle. Castillo purchases them.  You hold them.  But yet you or your daughter don't remember Miranda or Anaya as coming into your store?

A.    I mean, I --

Q.    I mean, we have the 15 transactions --

A.    Correct.  Yeah.  I mean.

Q.    -- between Anaya and Miranda, so.  And then we have a picture of Miranda's ID but --

A.    Right.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0144

Q.    -- nobody knows these guys or remember them coming in and there's no other documents about the raffle or that -- that they would've provided you?

A.    I mean, I -- I would -- I -- right now, if he -- if -- if they -- if you brought in Anaya and Miranda right here or anything, I could probably say, yeah, that's those two, you know.  But I -- I don't exactly -- exactly understand what you're asking as far as back then or --

Q.    Either -- either you or your daughter would've dealt with these two --

A.    Correct.

Q.    -- two men?

A.    Correct.

Q.    And -- and nobody seems to -- to -- to remember anything about them much.

A.    Yeah, I mean, I -- I would -- I would remember that those guns would've come in.  We would've had them stacked there with their name, stuck a -- a sticky note that we always used to do, or I think, and shuttle them into the back.  One, right before we close, we would start going through all the guns processing them, putting them into the book.  You know, I wish I could provide you a -- a written receipt or something like that but that's not what we did.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0145

Hearing, taken on September 25, 2024

142

Q.   And you -- you never received a call or anything or text, e-mail from Castillo about providing you with a picture of Anaya's ID --

A.   No.

Q.   -- or anything like that, so that you could log it into a record?

A.   No.

Q.   Okay.  I -- I don't have anything else. Before I wrap up, I have some information here --

MR. ALLAN:  I just have one quick question.

FURTHER DIRECT EXAMINATION OF MR. PADDOCK

BY MR. ALLAN:

Q.   There was a reference to like 15 transactions, but if you look at Licensees Exhibit number 1, Jorge Antonio Miranda would've only been in the store on three occasions to drop off firearms for purposes of the raffle being organized by Leonel Castillo on January 5, 2023, February 2, 2023, and February 3, 2023, correct?

A.   Correct.

Q.   And it -- was Jorge Miranda a regular customer or somebody that you recognize or deal with on a regular basis?

A.   I mean, other than -- than those three things and then he did -- was that -- that's Miranda?

Q.   Miranda.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0146

A.   And he did win guns off the raffle as well.

Q.   And these -- the dates that he was in there are from more than a year and a half ago, correct?

A.   Yeah.

Q.   Do you remember most of the customers in your store that are not regulars?

A.   No.

Q.   And with regard to Carlos Manuel Anaya based on Licensees Exhibit number 2, he was only in the store on five occasions on January 6, 2023, January 7, 2023, January 12, 2023, April 27, 2023 and May 5, 2023, all of which are approximately a year and a half ago.  Was -- is Carlos Manuel Anaya a regular customer or somebody that you know?

A.   No.

Q.   Would you expect to have any recollection of having dealt with him?

A.   No.

MR. ALLAN:  Nothing further.

FURTHER EXAMINATION OF MR. PADDOCK

BY MR. BROWN:

Q.   And -- and sorry, one last question to follow-up on that.

You were -- you were conducting business to help -- to help the raffle or to facilitate the transfer

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0147

Hearing, taken on September 25, 2024

144

for the raffle winners.  You didn't have anything that identified the individuals that were related to this raffle?  Oh, this is Castillo's raffle but Miranda and Anaya are representatives for the -- this -- this raffle that Castillo runs.  Nothing to segregate or separate them from just another customer that came in to buy a gun, as -- as -- as part of the - - the raffle.  You were involved with facilitating the transfers.  You didn't have a list or -- or -- or something to note that oh, this is Mr. Miranda.  This is reference to the Castillo raffle.  Oh, this is Mr. Anaya.  He's -- he's a part of the Castillo raffle business.

A.   Probably at the only time is when the guns were in -- then when we would've taken them in, we probably would've made a note on a sticky and everything saying this is for the Castillo raffle, everything.  And then once that goes in the book, you know, that's it.

Q.   Okay.

A.   Yeah.  You know, all the guns that -- that we would raffle or that -- that Castillo would raffle and everything, we did maintain a separate -- in the back, everything so I could go and say, okay, that's -- that's that one, just for ease of trying to find them.

MR. BROWN:  Okay.  We ready to wrap up?  Okay.

I have some information here.  Got to -- got to get

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0148

Case No. 1:25-cv-00112-GPG-CYC     Document 21-1     filed 05/15/25     USDC Colorado
pg 69 of 70
Hearing, taken on September 25, 2024
145

to you.  I'll make my final decision based on the information provided at the hearing today and -- and the record before me.  If the decision is that the license is not to be revoked, you will receive a written notice of that decision.  In the event that is determined that the license will be revoked, you'll -- you will receive a Final Notice of Denial of Application Revocation, Suspension and/or Fine of Firearms License.  That's just the -- the name of the -- the form, not -- not all those come into play there.  You'll also receive a copy of my findings and conclusions.  If you receive a Final Notice, you may file a request in Federal District Court in the district where you conduct business under the provisions of Section 923 F3, Title 18 United States Code for De Novo hearing.  This request must be submitted within 60, 6-0, days of the receipt of the Final Notice.

Is there anything else anyone would like to add to the record?  If there is nothing further anyone likes to add, the time is 12:07 p.m.  This hearing --

(HEARING CONCLUDED AT 12:07 P.M. MT)

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0149

Hearing, taken on September 25, 2024

146

CERTIFICATE OF REPORTER

STATE OF COLORADO

I do hereby certify that the hearing in the foregoing transcript was taken on the date, and at the time and place set out on the Stipulation page hereof by me and that the said matter was recorded by me and then reduced to typewritten form under my direction, and constitutes a true record of the transcript as taken, all to the best of my skills and ability. I certify that I am not a relative or employee of either counsel, and that I am in no way interested financially, directly or indirectly, in this action.

SOPHIE LEONA SUMMER MCCUIEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234006779
MY COMMISSION EXPIRES FEBRUARY 22, 2027

SOPHIE MCCUIEN,

COURT REPORTER/NOTARY

COMMISSION EXPIRES ON: 02/22/2027

SUBMITTED ON: 10/08/2024

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0150