Hearing, taken on September 25, 2024

147

**$**

**$15** 129:23

**$35** 107:14 120:20

**$45** 107:16 129:21,24

**0**

**01** 15:7

**1**

**1** 10:8,9 22:21 49:9 64:20 66:16,20 76:10 78:15,20,21 94:11,17 114:1 139:21 142:14

**10** 10:3,18 59:22 66:2 67:4 92:12 96:23 100:25 110:8

**10-260-0416** 73:1 115:19

**100** 105:2 112:8 121:6 126:23 130:18, 19,20

**11** 9:14 10:5,8, 19 22:25 23:2,3 24:13 27:11,17 67:5 76:11 78:11 86:2,8,10

**11A** 38:21

**12** 17:18 22:16 66:8 67:6 86:3, 10 88:3 143:11

**12.50** 107:12

**12:07** 145:21, 23

**12A** 38:23

**12D-2** 38:23

**13** 66:10,17 67:7 86:3

**15** 24:6 33:8 44:18,20,21 102:21 103:9 132:25 140:21 142:13

**15583** 72:22

**15th** 79:24

**16** 65:17

**17th** 7:7

**18** 22:1 145:15

**1800** 7:7

**19** 96:25

**1911** 66:5 87:2, 7,22 88:7 89:8 93:18

**19A** 38:24

**19B** 38:24

**19C** 38:24

**1st** 63:24

**2**

**2** 10:10 22:1 25:22 27:17 31:2 38:20,21 64:22 66:21 72:15,17 78:5, 6,13,18 87:13 94:21 115:8 116:2 125:21 139:21 142:18 143:9

**20** 102:21 103:10

**2010** 46:17 102:9

**2011** 9:20 15:14,22 16:1

**2015** 46:18

**2017** 11:5

**2018** 9:21,22 15:19 19:21 20:1,13 38:13 127:4

**2020/'23** 79:1

**2022** 79:24 85:2

**2023** 23:4 24:14 34:16 35:18 37:20,23 63:25 67:10,19 75:22 79:1,2,6, 25 80:1 83:18 85:2 90:10 96:23 97:4 121:11 122:7 124:8 127:22, 23 142:18 143:10,11

**2024** 7:6 9:24 14:7 20:21,24 31:19 32:16 33:8 38:5 39:12,18 65:4 124:11

**2027** 73:2 115:20

**20th** 14:7

**22** 12:1 73:2

**22nd** 115:20

**23** 108:3 121:10

**23rd** 67:10,19 83:18 85:2 90:10 96:9 122:7

**24** 39:18

**250** 19:13

**25th** 7:5

**27** 7:19 21:19 143:11

**27th** 33:8

**29th** 79:24,25

**2nd** 23:4 24:13 34:16 35:18 37:20,23 75:22 79:1,12

**3**

**3** 10:11 21:18 38:22,23 64:25 66:22 79:21

83:13 87:13 116:15 125:22 142:18

**3-27-2024** 125:22

**3rd** 79:1

**4**

**4** 9:20 10:12 15:23 38:20 65:2 66:23 84:17 124:23

**4473** 19:9 38:17 39:4,7,15 56:12 63:4 64:25 65:15,18 66:3 79:21 87:14 88:6,17 89:3 92:2 104:9 106:1 116:17, 24 117:1 119:20 138:14

**4473s** 22:15 45:1,4 134:1

**45** 120:20

**478** 7:20

**478.128(c)** 21:19

**5**

**5** 9:21 10:13 19:22 64:6,8,10 65:4 66:14,24 78:18,25 83:16, 20,23,24 123:1, 3 142:17 143:11

**5-19** 97:1

**5300.4** 7:18,21

**556** 76:4

**5th** 79:6

**6**

**6** 9:22 10:14 20:11 38:13

65:11 66:25 83:9,19,25 84:22 88:4 143:10

**6-0** 145:17

**60** 145:17

**7**

**7** 9:24 10:15 20:18 30:19 39:16 65:13 66:6 67:1 83:11 84:16,23 125:18 143:10

**70** 66:5 87:2,7

**72** 103:25

**7th** 65:4

**8**

**8** 9:25 10:16 27:7 65:15 67:2

**80022** 72:23

**80202** 7:8

**85** 12:25

**9**

**9** 10:1,17 47:23 65:17 67:3 76:4 84:4 96:10 110:9,12

**923** 145:15

**950** 7:7

**98th** 72:23

**9:00** 7:5

**A**

**A&d** 19:4 22:13 23:8,16,23,25 31:9 32:23 35:3 36:25 38:16 39:14 42:13 64:21 65:6

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0151

72:18 111:19 112:1,23 113:21 126:3 140:8

**A-L-L-A-N** 8:11

**A-R-T** 8:25

**a.m.** 7:5

**abet** 58:8 85:17

**abetted** 25:22 52:13 58:4

**abetting** 22:2 39:19 81:3 127:25

**Academy** 12:6 28:20,24

**accepts** 43:24

**access** 34:2 118:10,13

**accompanied** 54:25

**account** 92:19

**accurate** 8:4

**acknowledge** 42:23

**acknowledged** 20:23 26:9

**acknowledgement** 14:19 15:25 19:24 42:21

**acknowledging** 20:15

**acquire** 73:4 102:23

**acquired** 24:20 27:16 31:12 32:22 34:16 36:18 42:14 43:20 44:24 64:24 72:19,21 73:11 78:23,24 79:16 88:16 94:17 95:6,7 98:4 100:11 101:1,

12 112:5 114:11 115:15 126:13

**acquiring** 47:14 139:20

**acquisition** 18:23 19:2,4 23:3 30:5 33:9 37:20 42:15 64:23 78:22

**acquisition-purchaser** 65:2

**acquisitions** 37:12 44:6,15 64:21 98:25 99:4 100:3,7 133:2 134:9

**Act** 24:9 30:14

**Action** 104:13, 19,20 105:1,19 109:5 111:9 120:24 128:8 137:4

**actions** 127:5

**active-duty** 11:24,25

**activities** 41:22 132:6

**actual** 87:15 88:17 94:21 119:19

**add** 33:8,25 39:18 145:19, 21

**adding** 39:23 40:4

**addition** 80:3 110:21 119:7

**additional** 12:8 32:17 39:23 40:4 129:22

**address** 8:1 23:12 37:3 72:22 75:13 94:16,23,25 112:22 114:12,

14 115:17,23 124:20

**addresses** 112:13 113:1

**adjourned** 40:20

**administrating** 86:6

**administrative** 7:15 49:6 82:25

**admitted** 49:25 53:1 59:15 79:13

**adoption** 38:16 39:3

**Advent** 36:6

**advertised** 54:13

**advise** 43:9 76:14 89:22

**advised** 23:21 25:5 27:19 121:18 122:8, 14

**agent** 9:7 24:23 26:6,15 27:10,12 34:19, 25 35:3,4,21 36:5,9,23 37:8 42:12 46:4,11, 12,16,23 47:4 48:21 61:2 65:7,9 97:22 101:6 118:7 121:16,20 122:6 131:15, 18,22 132:5,11, 15 136:6,10,13, 17 138:16,24

**agents** 68:3 137:6

**agreed** 122:15

**agreement** 65:13 66:9 83:6 84:17 85:15

**Agreements** 83:12

**ahead** 104:10 106:1,2 119:23

**aid** 58:7 85:17

**aided** 25:22 52:13 58:4

**aiding** 22:1 39:19 81:2 127:25

**Air** 11:22,24,25

**AK** 130:14

**Alabama** 12:7 28:20 29:2

**Alcohol** 7:12

**algorithms** 54:1

**Allan** 8:11 27:24,25 28:2, 4,9,15 42:3,5 45:19 49:10 60:19,20 61:1, 2,3,10,15,19,22 62:1,7,13,18 63:2,6,10,17,21 64:1,5,11,16,19 65:22 66:2 67:8,12,16,20, 25 68:5,11,14, 19,25 69:3,7, 10,19,24 70:1, 4,9,14,19,24 71:2,5,8,15,18, 22 72:2,5,11 73:9,15,19,24 74:2,6,9,12,15, 21 75:1,7,11, 16,20,24 76:9, 14,17,25 77:3, 7,13,18,23 78:3,7,9,14,17, 19 79:10,15,19 80:16,24 81:5, 7,10,23 82:3 85:22 86:11,15, 19,22,25 93:24, 25 96:14,17 97:2,15,18 101:8,15,18,23 102:1 128:15 130:25 131:11 139:4,7 140:11 142:10,12

143:19

**allegations** 93:20

**alleged** 77:19

**allegedly** 75:4 82:5 88:1

**alleges** 58:3

**amended** 21:3 30:24,25 31:1, 3,6 33:6 34:6 39:17 125:22

**American** 104:13,18,20 105:1,19 109:5 111:9 120:23 128:7 137:4

**amount** 53:9 129:16

**Analysis** 17:12

**Analyst** 11:17 62:2

**Anaya** 23:9,10 27:13,17,19 31:15,21 32:11, 21 33:1 36:5, 10,14,20 37:1, 9,13 40:23 42:20,24 49:24 50:15,23,25 51:1 52:5,6 64:24 66:7,9,12 68:7,14 69:4, 15,17 71:19,24 72:2,8,19,22 73:5,11 75:8 78:13 85:24 86:4 87:1,8,20 88:5,6 93:17 94:2 95:8 98:14,15 99:5 100:3,15 101:13 109:19 111:14 112:3, 24 115:12,16 116:7 117:4 124:7 125:5 126:1 129:6,7 132:18 133:3,7, 12,17 134:6 135:16,24

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0152

137:21 138:1, 18 139:13,19 140:16,18,23 141:5 143:8,13 144:4,11

**Anaya's** 73:21 94:21 99:7 142:3

**and/or** 7:17 32:21 125:5 126:1 145:8

**answers** 8:5 18:16 74:19

**Antonio** 78:23 114:4,8 142:15

**Anya's** 138:22

**apologies** 136:5

**app** 53:13

**applicant** 16:8

**application** 9:20 15:20 16:2 19:18 145:8

**applied** 12:21

**approximate** 19:10

**approximately** 11:21 14:4 19:13 31:18 33:7 67:17 91:6 104:24 108:2 121:3 143:12

**April** 79:25 143:11

**AR** 76:4

**area** 29:15 33:10 39:24 40:3 106:21,23

**argument** 95:3

**Arms** 80:17,19, 20 82:5,11,18 83:1 87:4 88:8

**arrived** 59:13

**aspect** 134:20 135:12

**assigned** 13:21,23 29:12, 17

**assist** 26:11,23

**assistance** 71:11

**Assistant** 127:16

**assisted** 44:11

**assisting** 41:9, 23

**assume** 113:9

**assuming** 44:25 95:3 96:1

**assumption** 132:12

**assured** 51:22

**ATF** 7:18,21 8:21 10:8 11:3, 4,5,11,13,14,18 12:3,9 16:8 17:12,15 21:16 46:10,13,16,17, 21 47:4 48:21 65:8 70:20 81:16 83:1 100:25 123:17 124:11 126:2 127:16

**ATF's** 7:6 110:8,9

**attach** 129:3

**attached** 133:8

**attempting** 71:11

**attention** 25:4 26:18

**Attic** 8:15 10:1, 2,3 13:21 15:6 26:10,11 27:15 30:1,16 31:7 34:17,21 35:20 36:6,13,16,24 37:23,24 39:13 41:6 47:8,15 48:6,8,11,12 49:17 50:2,20,

22 51:2,25 52:6 55:19,21 56:3, 15 57:1,4 58:4, 25 59:6,9 60:5 61:5,8,17 63:4 64:2 67:9,22 68:2,9,15,22 69:5,14 70:15, 22 71:20 72:3 73:4,6,10 74:23 75:9,18,22 76:12,15 77:10, 15,24 78:12 79:6,9,11,14,17 80:2,7 82:6 83:17 84:8 85:17 89:8 90:12 92:1,14 95:5 96:8 97:24 98:4,8,13,17, 20,22 100:14, 19 101:3 102:5, 7,8,15,20,23 103:12 108:22 113:19 116:8 120:13,21 121:4 124:11 126:3,5,18 127:21,23 132:13 136:11, 15

**Attic's** 10:5 78:21

**attorney** 8:11 9:15 61:3

**attorneys** 61:4

**auction** 105:18

**auctions** 41:17 43:10 105:1,4

**audible** 8:5

**authority** 7:12

**avoid** 54:1

**aware** 31:15 40:14,17,18,21, 23,25 41:1,3, 15,17,21 58:14, 18 62:14 71:2,5 73:9 75:7 85:23 93:9 129:13 131:3

**awful** 112:10

---

**B**

---

**B-R-O-W-N-E** 8:25

**back** 48:3 60:24 66:13 100:2 102:9 106:14,15 109:14 113:9 120:18,20 133:25 137:8 141:8,21 144:21

**background** 28:6,17 55:4 56:12 89:3 92:3 94:1,6 103:19, 23,25 106:4,18 107:6,12 109:11,13 116:22 119:21 121:24 128:10 129:22 135:4 137:6,10

**bad** 126:25

**ball** 53:12

**ballpark** 12:23 19:10 130:19

**balls** 53:12

**banquet** 106:6, 16

**banquets** 106:25 107:2

**Barabba** 65:18

**based** 18:8 32:20 33:9 36:12,17,21 37:7,13 38:8 39:2,11 41:4,22 61:6 71:22 72:5 81:24 88:20 113:12,17 116:8 140:1,6 143:8 145:1

**basement** 17:1

**basic** 12:5 22:3

**basically** 16:24 17:3 19:5 21:12 26:6 27:11 33:22 91:5

**basis** 33:8 37:11 39:23 68:19 74:12 75:25 76:17 77:4 81:11 84:11 93:21 107:10 142:22

**bearing** 87:3 88:7,15

**began** 20:21

**begin** 101:16

**begun** 7:4

**behalf** 8:8,21 48:11 118:21

**believed** 51:12

**bell** 42:25 80:18 125:9

**beneficial** 75:2

**bid** 129:11,14 131:2,4

**big-box** 104:5 107:21 121:1

**bill** 31:20 41:5 51:12 75:9 89:13,16,23 124:20

**bit** 43:15 108:13 120:19

**blank** 38:22,23

**blue** 125:8

**Boats** 104:14

**book** 112:8,12 115:12,13 126:8 128:25 132:22 141:23 144:17

**booking** 77:22

**bottom** 16:25 85:9 86:12

**bought** 89:9



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0153

107:19 136:21 139:17

**Boulder** 11:23

**Bound** 112:8, 11 115:11,13 126:8 132:22

**boxes** 16:12 20:3

**break** 45:21 60:21 101:18

**briefly** 48:16 97:23 98:16

**bring** 26:17 37:22,23 43:25 102:25 103:21 117:5 137:8 139:9 140:16

**bringing** 51:24 77:15 101:11 117:9,10

**brokers** 12:19

**brought** 24:20 25:3 43:13 48:3 50:2 68:8,21 69:4,13 70:15, 22 76:11,15,23 77:9 78:12 79:5,8,10,13 83:1 89:7 98:7 100:18 111:22 114:4 141:5

**Brown** 7:4,8 8:16,19 9:8,11 10:7,21,23 27:24 28:5,7, 11,12,14 42:9 45:16,21 60:19, 22 64:9,13,18 66:15,19 81:20, 25 86:8,10,13 96:25 97:14,17, 19,20,21 101:5, 16,20 128:16 131:14 139:1,5 140:13 143:21 144:24

**Browne** 8:20, 24,25 9:5,9,11, 13 10:20,24 11:1 27:22 28:1

42:1,7 45:10, 18,20,24 46:3,9 49:11 53:4,15, 19,24 54:6,11, 13,16,20,22 55:6,9,11,14, 16,20,23 56:4, 10,14,18,25 57:2,6,9,12,15, 18,21,23,25 58:2,10,20,24 59:2,5,8,18,21, 24 60:6,10,14, 17 62:21,24 65:20 66:1 80:10,15,22 85:19 86:5,9, 14,18,20,24 93:23 96:11 128:17,19 130:23

**Browns** 28:13

**Brunswick** 47:6

**building** 16:18, 20,25 17:2

**Bureau** 7:12 17:12,17 45:13

**business** 14:10 15:2,13 16:21 18:14 19:6 23:5 24:21 25:23 41:11 48:15 52:14,19 58:5 81:4 85:18 91:11 95:18 101:3 126:24 128:1 129:18 130:10 132:4,6 134:16 143:24 144:12 145:14

**businesses** 16:18

**buy** 144:6

**buying** 53:16, 21 95:18

---

**C**

---

**C-L-E-M-E-N-S** 46:7

**C-O-L-L-I-N-S** 66:4

**calibers** 76:4

**call** 13:5 14:9 18:1 19:5 28:10 29:23 77:19 99:5,7 104:5,7 138:18,23 142:1

**called** 59:16 69:2 76:21 77:11,14,23

**calling** 138:20

**camping** 102:12

**carbon** 123:22

**card** 15:2

**care** 126:23

**career** 12:1 46:17

**Carlos** 23:9 27:13,17,19 31:15,21 32:11, 21 33:1 36:5, 10,14,19 37:1, 8,9,13 40:23 41:10 42:24 49:24 50:23,25 52:4 64:24 66:7,9,11 68:7, 14 69:4,15,17 71:19 72:2,8, 19,21 73:11 75:8 85:23 86:4 87:1,7,20,21 88:5,6 93:16 94:2,21 95:8 101:12 111:14 112:3,24 115:12,16 116:6 117:4 124:7 125:5 126:1 139:19 143:8,13

**case** 33:20,25 40:12 60:4 61:20 62:21,23 65:12,14 66:8, 9,12 69:23 71:14,23 83:6

**cases** 71:16 85:14

**Castillo** 25:23 26:7 29:20 31:16 32:12 33:4 40:6 41:10,15,16,21, 24 42:20,22 43:3,7,8 47:17 48:6,24 49:18, 23 50:1,8,18,20 51:1,7,11,13, 14,18,21 52:13, 15,21,22,24 53:1,5,9,22 54:24 56:2,7, 18,21 57:19 58:5,15,17 59:5,8,10,14,15 61:13 62:9 65:12,14 68:6, 8,16,21,23 69:3,14,25 70:11,21,25 73:14,16,17,24 74:9 76:6,7,15, 20,21 77:1,4,9, 11,14,23 80:6 81:3 82:4,15, 17,23 83:3,6, 11,12,13 84:8, 17,24 85:3,16 87:21 88:1,10, 11,18,21 89:12, 22 90:13,17 91:11,17,21,25 92:19 93:13,16, 19 95:4,12,15 97:7,11 98:19, 21,24 99:3,5,8, 9,11,20,21 100:4,13 101:10 104:16 107:23 108:5 109:17 110:16 117:12,18 118:8,18 119:5, 12,16 120:16 121:5 122:8,14, 21 124:1,7 127:24 130:4,8 131:5,18,25 132:5,9,13 134:13,25 136:17,21

137:17 138:17, 18,20 139:8,17 140:17 142:2, 17 144:5,11,12, 16,20

**Castillo's** 43:12 47:20 52:18 58:13 59:3,19 60:9,10 63:22 67:14 68:1 69:18,20 98:5,11 100:1 101:1 111:24 133:14 136:7, 14 138:5 144:3

**catching** 54:1

**caught** 125:7

**caused** 31:9

**CBI** 17:20 45:11

**CBI-AUDIT** 45:8

**CBI-TRANSACTION** 45:4

**Cease** 125:24

**Center** 47:6

**certainty** 133:19

**CFR** 21:19

**chance** 25:18 81:25 119:12

**changed** 40:14

**charge** 103:9 107:7,11,13,18

**charged** 120:18

**charging** 120:19

**chart** 83:25 84:18

**cheaper** 120:19

**check** 16:7 55:4,5 56:13 57:18 89:3 92:3

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0154

94:1,7 103:19, 23,25 106:4,18 107:6,12 109:11,13 119:21 121:24 126:10 128:11 129:22 135:4 137:6,10

**checked** 20:3 22:17

**checks** 116:22

**chicken** 112:10

**circumstance s** 41:13 99:17

**cited** 20:15 22:1 25:21 49:4

**City** 72:23 115:17

**Civil** 7:18

**claim** 36:14 37:12,13,17,21 39:19 68:15 72:9

**claiming** 34:15 77:14 81:11

**claims** 68:20 71:19

**clarification** 131:1

**clarify** 14:17 35:24 70:1 96:21

**classes** 29:3

**clear** 8:4 112:14 130:18

**Clemens** 9:7 24:24 26:6 27:10,12 34:19, 25 35:3,4,21 36:5,10,23 37:8 42:12 46:4,6,8 60:25 61:2 65:7,10 97:20, 22 101:6,7 118:8 121:16, 20 123:11 131:12,16,18,

22 132:5,11,15 136:6,10,13,17 138:16,24

**Clemens'** 122:6

**clerical** 127:8

**close** 141:21

**closer** 107:3

**closing** 31:19 125:4,11

**Code** 7:19 145:16

**coincide** 35:22

**Collins** 66:3,4

**Colorado** 7:8 16:17 17:17 37:4 45:13,15 72:23 103:18, 24 107:2,11 113:1 115:17 137:10

**Colt** 66:5 70:11 87:2,22 88:7 89:8 93:18

**combination** 82:16

**comfortable** 23:22

**Commerce** 72:23 115:17

**commission** 107:14

**commit** 89:21

**committed** 87:17

**committing** 90:2

**common** 71:8, 9

**communicatio n** 97:10,11

**communicatio ns** 97:7

**compared** 120:22

**comparing** 83:22

**compensated** 120:13

**compensation** 120:22

**complete** 56:11,12

**completed** 12:4 13:15 21:1 63:4 65:1,15,18 66:3 67:22 68:1,4 79:22 88:6 117:2

**completing** 21:14 88:16

**completion** 92:2

**compliance** 9:21,23 14:9 15:18 19:18,20 29:18 30:7 31:8 34:3 41:7 124:11 127:4

**conceal** 73:13 95:12

**conceding** 34:20

**concern** 118:17

**concerned** 51:19 89:17,19 90:1 108:13 130:12

**concluded** 81:16 106:16 108:17 145:23

**conclusion** 71:24 72:8

**conclusions** 145:12

**conduct** 14:2 16:9 29:12 30:13 89:3 94:1 106:1 122:15 138:13 145:14

**conducted**

12:22 13:8 17:7 39:12 63:23 67:13,18,21 68:2 82:23 88:21 92:4 105:1,4,14,19 106:25 119:3, 16 120:15 124:13 127:24 133:23

**conducting** 21:14 31:8 32:15 34:2 41:22 61:7 62:10 82:14 91:25 100:4 108:6 109:1,11 117:19 132:1 143:24

**conference** 31:19 125:4,11

**confess** 90:2

**confidential** 34:8

**confirm** 101:10

**confirmation** 9:19

**congratulation s** 55:2 111:4

**connect** 89:11

**connection** 72:7 75:11 106:9

**considered** 34:8 91:21 107:13

**consignment** 102:8,24 103:6, 7 112:17

**consisting** 10:6

**consists** 9:16, 17 10:1,4

**conspired** 85:16

**consultant** 23:22

**contact** 14:24 15:3 17:11,17 45:14 99:12 124:6

**contacted** 59:9

**context** 108:4

**continue** 129:23

**control** 24:9 30:14 106:12

**conversation** 21:25 31:24 35:2 37:7 43:2, 14 59:12 90:16 134:4 135:5 138:20

**conversations** 37:8 131:25

**convey** 91:14

**conveyed** 89:16

**convicted** 47:13 48:25 50:12 51:21 62:17 73:24 88:11 89:13,23 90:7 95:5 122:8

**cooperation** 44:8 63:13

**cooperative** 18:21 44:10

**coordinating** 99:10

**copy** 18:24 23:20 73:6 79:3 86:6 94:12,21 96:9,24 110:9 113:19 114:23 115:1,4 123:22 125:15 135:23 145:11

**corner** 72:20 94:18 96:22 110:11 114:10 115:15

**correct** 16:13 17:5 18:22

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0155

19:16 20:4 22:5,7,9 25:2 26:16,19 28:21 29:6,8 30:21 31:16,17 32:19 34:18 36:1,7,8 37:15 39:21,22 40:8,9 44:5,7, 21 45:2 56:17 57:8,11,14 59:20 60:13 67:23 68:9,10 70:12,13,17 71:21 72:3,4 73:17,18,25 74:1,4,5,24,25 75:5,23,24 76:13,16 77:5,6 80:4,5 81:14, 16,17 82:19,20 84:4,5,20,25 85:7,8,18,21 87:4,5,8,9,15, 16,18,19 88:2, 12,13,18,19,24, 25 89:4,5 90:14,15,18 92:15,16 94:12, 25 95:8,9 96:3, 7,23 97:8 100:17,20 101:13,14 104:17 106:22 111:10,16,18 113:2,22 114:14,21 115:3,21 116:25 117:3 118:25 119:1 122:5,23 124:5 128:23 133:13, 15 134:2,3,12 135:1 137:25 138:9 139:12, 18,25 140:3,10, 22 141:12,14 142:18,19 143:3

**corrected** 38:16

**correctly** 45:6 76:19

**corroborated** 74:19

**corrupt** 75:4

**Counsel** 8:12, 19 9:1 42:5 97:17 128:16

**count** 38:1 87:13

**counter** 17:1 92:14

**County** 11:23

**couple** 7:25 28:5,16 59:14 108:12 124:19 128:17 131:15, 17

**Court** 145:13

**cover** 14:19

**covered** 16:3, 12 20:5

**COVID** 29:1,3, 10

**created** 123:13

**credible** 74:7, 10

**crime** 17:12 88:11 89:21 90:3,6

**criminal** 24:16 26:7 29:21,23, 24 30:8,10,11, 15 32:17 33:13, 16,22 40:11 41:1 47:7 49:7, 17,18 50:4,7 61:7,11 62:21 69:22 86:3

**criminal-enforcement** 21:16,23

**criminally** 40:24

**CROSS-EXAMINATION** 28:3 60:25 128:18

**current** 11:7 12:18 112:22

**custody** 56:24

**customer** 32:2 80:3 107:5 108:23 129:2 142:20 143:13 144:6

**customer's** 113:19

**customers** 103:2,20 133:5 143:5

---

**D**

---

**dad** 102:17

**daily** 13:4

**data** 17:13

**database** 38:6

**date** 7:5 31:3 35:1,5,15,18,22 37:1 73:2 76:1 79:23,24,25 90:10 94:23 96:21 97:4 125:22

**dated** 16:7 79:23

**dates** 23:9 31:6 35:11 78:25 79:2,7,11 113:2 143:2

**daughter** 18:1 25:18 27:4 48:16 102:18 132:24 133:20, 23 134:11 139:22 140:18 141:10

**day** 19:14 24:18,21 34:18 35:7,14 67:21 90:17 119:22 128:10 129:5

**days** 44:24 145:17

**De** 145:16

**deal** 14:16 15:10 17:21

48:11 71:13 142:21

**dealer** 12:21 15:7 47:14 75:4 88:9 104:4 105:23 130:17

**dealers** 12:15, 18

**dealing** 18:19 21:24 22:2 25:24 26:8 39:19 40:7 41:11 49:2 50:10 52:14,19 56:3 58:6 81:23 85:4,18 91:11 95:13 128:1

**dealt** 27:4 48:14 56:2 80:6 139:19,22 140:4 141:11 143:17

**Deceptive** 125:24

**deciding** 34:6

**decision** 145:1,3,5

**decisions** 18:14

**defendant** 62:15,20 71:10 88:5

**Defendant's** 66:10

**defendants** 81:12

**delivered** 35:19

**delivering** 135:19

**Denial** 145:7

**denied** 36:6

**Denver** 7:6,8, 10 11:9,17 123:18

**deny** 79:5,10

**denying** 35:1, 9,12 75:17

**Department** 7:14 11:22 46:23

**depending** 53:9,10

**depends** 71:14

**Deputy** 127:16

**describe** 107:25 111:17

**description** 53:24

**Desist** 125:24

**details** 98:2

**determined** 21:24 145:6

**dice** 108:15

**difference** 89:6

**difficulty** 18:18

**digital** 17:11 23:20

**digitized** 17:11

**direct** 10:25 46:8 97:9,10 101:25 139:6 142:11

**direction** 7:11

**directly** 54:25 72:24

**Director** 7:9 127:16

**disclose** 62:19 89:20

**discovered** 63:15

**discuss** 85:1 91:19 97:23 131:19 136:20

**discussed** 135:2

**discussing** 133:1



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

discussion 31:20 33:10,18 34:24 79:15 90:19,21 91:9 122:7 125:4

discussions 32:25 33:3,15 36:21,22 39:24 40:2 79:4 89:11 91:20,23 93:12 140:1

display 60:4

disposed 31:12 88:9,18 123:16,17

disposing 68:16

disposition 18:24 19:2,4 23:4 38:8 65:5 78:22 116:21

dispositions 45:1

dispute 78:3,9 80:1

distributor 105:23

distributors 103:1

district 145:13, 14

Division 7:6,10 8:19 9:1 11:9, 17 32:17

document 10:1 17:15 20:19 23:15 27:8,9,15 34:9 47:23 65:5 72:16 78:10 84:18 86:2 123:1,13,20

documents 17:10 72:7 86:2,3 114:10, 16 135:16 141:2

door 109:15

128:12

dozen 105:7,9

drive 107:2

driver's 37:4,5 43:23 73:6 75:13 79:3 94:8,12,22 112:21 113:5,6, 14,20 114:23 115:2 116:4,12 126:10 129:3

driver's-license 73:1 94:24 112:13 113:1 115:19, 23

drop 109:20 134:15 142:16

dropped 111:19 117:5 134:18 137:21

Ducks 105:5 106:20

duties 12:14 13:20

duty 11:7

—————

E

—————

e- 23:20

e-mail 13:4 15:3 142:2

e-mailing 23:23

early 89:24

earn 88:23

ease 144:23

easier 90:5 107:4

East 72:22

easy 64:19

electronic 18:9,25 19:1 38:16 39:4,7,13 72:18 112:11

128:25

eligible 57:25

Elks 105:6

employed 11:3 111:9

employee 18:1 25:12,13,16 27:1

employees 17:24 102:14 134:8

employment 11:19

end 13:11 107:5 108:18 128:9 129:4

ended 13:12 26:7 102:10

Energy 124:20

enforcement 24:16 29:22,23, 25 33:13,16,22 47:6

engage 25:23 41:11 52:14 58:5 127:25

engaged 41:9 85:6 132:4

engaging 52:18 81:3 85:18 91:11 125:24

ensure 89:1 122:20

enter 10:7 36:24 38:4 64:9 66:15

entered 40:15

entire 16:24 23:23 31:1 37:11 116:18

entities 109:7 111:11

entries 31:11 33:9

errors 21:14 127:8

essentially 18:13 21:13 29:4 85:3

establish 70:10

event 106:6,14 145:5

events 106:5

eventually 138:7

everything's 109:14

evidence 7:23 8:20 10:9,10, 11,12,13,14,15, 16,17,18,19 47:13 48:3 66:20,21,22,23, 24,25 67:1,2,3, 4,5,6,7 69:22 70:15,21 81:21 93:19

exact 76:3 119:17

EXAMINATIO N 10:25 42:8 46:8 97:20 101:25 130:24 131:12 139:6 142:11 143:20

excerpt 114:3

excessive 129:25

exchange 71:12

executed 48:2 59:16 90:11

execution 47:19 60:8 90:24

exhibit 9:18, 20,21,22,23,25 10:1,3,5,9,10, 11,12,13,14,15, 16,17,18,19 15:23 19:22

20:11,18 22:21, 25 23:2,3,15 24:13 26:2 27:6,7,10,17 30:19 34:10 38:13 39:16 47:23 49:9 59:22 64:6,9, 20,22,25 65:2, 4,11,13,14,17 66:2,6,8,10,14, 20,21,22,23,24, 25 67:1,2,3,4,5, 6,7 72:14,17 76:11 78:5,11, 13,15,20 79:20 83:9,11,15,19, 20,21,23,24,25 84:4,16,23 86:7 88:3 92:12 94:17,20 96:10 100:25 110:8 114:1 115:8 116:2,15,19 123:1,3 124:23 125:17 142:14 143:9

Exhibits 9:14 10:8 64:12 66:16 94:11 110:9 139:21

exists 75:13

expect 143:16

expert 115:11

expiration 72:25 73:2 94:22 113:2

expiring 115:19

explain 12:14 53:4 74:15 77:20 89:15 103:5,16 104:18 107:10

explaining 12:12

Explosives 7:13

exterior 51:5

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0157

**extra** 120:22

**extremely** 127:2

---

**F**

---

**F3** 145:15

**face-to-face** 103:18

**Facebook** 41:17 43:10 53:5,6 54:1,8 60:9 62:9,14 63:19 85:1 92:19,22,25 93:2,6 101:1 108:10,11 109:2,3 110:25 118:1,10

**Facebook's** 60:11

**facilitate** 82:6 103:19 104:1 143:25

**facilitating** 144:8

**fact** 22:24 37:5 50:9,21 73:13, 15 95:13 122:18

**facts** 84:23 88:5

**factual** 37:16

**fairly** 108:25 124:18

**false** 21:19 24:7 31:10 33:9 36:14,19,24 37:12 49:15,20 50:13

**falsifying** 30:5

**familiar** 39:6,8, 9 70:24 80:19 92:25 107:23 117:16

**familiarity** 40:11

**fashion** 41:19

**Fastbound** 39:6,13 114:3 123:14 127:7 134:9

**father's** 50:17

**FCU337571** 88:15

**February** 14:6 20:21 23:4 24:13 34:16 35:18 37:19,23 73:2 75:22 79:1,12 115:20 142:18

**federal** 7:19 11:20,21 12:21 14:20 15:25 19:24 25:24 39:20 40:7 47:5,8 58:6 82:19,22 85:6, 11 89:2 95:19 96:6 126:19 128:1 145:13

**federally** 88:8

**fee** 106:4 107:7,10,13,17 120:17 129:16, 19,21

**fees** 129:15 130:1

**felon** 47:13 48:25 50:12 51:14,21 62:17 73:25 89:13,23 90:7 95:5 122:8

**felons** 74:6

**felony** 74:4

**felt** 23:22

**FFL** 8:15 15:13 23:21 41:22 56:1 57:19 80:6,9 95:16 98:23 102:10 124:11 128:3

**Field** 7:6,10 11:9,17 123:18

**figure** 122:1

**figured** 109:10

**file** 17:9 145:13

**final** 21:3,6 145:1,7,12,18

**finalized** 21:7

**find** 44:12 49:13,19 74:6,9 144:23

**findings** 145:11

**fine** 7:18 51:23 101:18 145:8

**fire** 37:22

**firearm** 27:16 43:20 47:9 53:9,24 55:1,3 56:9,13 64:21 73:10 87:11,15, 21 103:21 105:12,20 106:3,6,10,12, 13,14 107:4 108:19 112:16 113:20 117:23 119:15 120:6,9, 10,22 121:8 122:3 126:13

**firearms** 7:13 12:15,16,20,21, 24 13:2 14:20 15:8,10 16:1 18:7 19:6,13,25 23:5,9 24:14, 19,21 25:6,9,24 26:11,24 27:18 31:11 32:22 34:15,21 35:1, 10,14,19,22,25 36:18 37:1,20, 22,24 39:20 40:7 41:11 42:13 43:11,18 44:12,16 47:14, 15,21 48:7 49:1 50:1,2,10,11, 18,22,24 51:25 52:14,19 53:2,8 54:5 55:24 56:19,22 58:6

60:4 64:3,24 65:6,9 67:9,23 68:7,17,21 69:5,13 70:22 72:19 74:22 75:4,21 76:1,10 77:10,16,24,25 78:4,10,23,24 79:5,8,11,14,16 80:3,4 81:3 82:7,14,19,22 83:2,14,16,17 84:2,6,18,19 85:5,6,10,11, 13,14,18 87:25 88:9,16,20,22 89:1,2,7 90:12 91:11 92:2,14 93:7 95:6,13, 18,19,23 96:5,6 98:4,6,8,22 99:10,13,21,25 100:10,14,19 101:12 102:13, 20,23 103:9,13 104:24 109:16 110:1,17,22,23 111:14 112:2,4 113:13 114:4, 15,20 115:24 116:7,11 117:5, 6,9 118:19 119:7 120:15 121:3,20 123:15,24,25 126:3,19 127:23 128:1,2 130:19,21 131:19 132:1,4, 7,10,14 134:17, 19 135:19 136:6,10,15,21 137:14,17 139:9,20 140:16 142:16 145:9

**firearms-** 88:8

**Firm** 8:12 61:3

**firsthand** 24:25

**fishing** 102:12 104:22

**FLETC** 28:23,

25 29:3,9

**floor** 16:22,25

**FN** 65:16

**focus** 7:22 62:12

**follow** 14:25 58:12 119:20 138:11 139:4

**follow-up** 97:19 101:9 131:15 136:5 143:23

**Force** 11:22, 24,25

**Forever** 104:14 105:6 128:8

**forfeiture** 83:15 84:13

**form** 7:18,21 16:1 19:9,25 21:13 41:18 63:4 65:15,17 66:3 87:14 88:6 92:3 145:10

**formal** 12:2

**format** 17:11

**forms** 18:8 45:5 64:25 79:22 89:3 116:24 117:1

**forthcoming** 131:25

**forthright** 74:14,16 132:6

**forwarded** 26:14

**found** 21:12,23 22:8 24:11 25:25 26:8 40:7,16 136:14

**frame** 15:15

**frequent** 108:25

**friend** 51:12 92:23



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0158

friendship 51:8

front 25:9 43:21 113:23

full 8:9,22 22:11 37:2 94:16 112:25

furthest 128:5

future 15:1

**G**

gain 118:12

gave 24:22 63:12 68:7 70:16 74:19 121:24 124:18 132:13

GCA 49:16

general 43:18 97:25 100:7

generally 74:6 82:10 83:16

generator 108:15

gentlemen 109:19

George 114:4

Georgia 28:23, 25 47:6

give 8:9,21 15:2 22:25 59:24 75:3 86:15 93:24 138:23 139:9

giving 112:17

glass 110:4

Glynco 28:23, 25

gold 69:16

good 86:22 101:20

Google 51:4

government

71:11 75:3 84:12 100:25 125:17

Government's 38:13 59:22 76:11 84:4 92:11 96:10

granted 7:22

Great 91:19

Gregory 9:4

ground 17:2

grounds 40:4

group 53:6,7 54:10 58:19,21, 22 108:11,12 118:10,14

guess 17:25 29:22 30:3,12 35:13 124:1

guessing 121:6

guilt 40:15

guilty 21:23 26:8 40:7,15,16 81:15

gun 16:25 24:9 30:14 55:14,16, 18 56:5,10 104:6 105:24 109:13,14 119:23,24 120:7 129:21, 22,24 137:4,7,8 144:7

Gunbroker 107:19

guns 25:19 53:20 55:6,12 57:2,7,10 103:3 109:20 110:6 111:6,7,19,22 115:12 123:10, 12 127:1 129:1, 3,20 131:2,4 132:18 133:5,9 134:15 137:11 138:2 139:15, 16 141:18,22

143:1 144:13, 19

gunsmith 16:19

gunsmithing 15:11

guy 107:2 127:13 133:2,3

guys 105:7,8 126:25 127:19 132:19 133:20 141:1

GV035287 87:3 88:8

**H**

Halee 41:5 102:18

half 91:6 105:7, 9 143:3,12

hand 69:18,20 70:8 93:19 137:11

handling 105:20

hands 127:1

hands-on 92:12

handwrite 86:17

handwriting 112:11

handwritten 112:10

happen 71:15

happened 21:8 97:25 107:3 111:17 126:22

hard 18:24

he'll 9:9

head 8:6

headquartered 28:25

hearing 7:4,11, 15,16,22,23 9:17,18,19 23:1 49:5 59:25 81:21 86:21 93:21 145:2,16, 22,23

hearsay 81:24

heavily 98:5

held 85:10 121:4 137:18

Heroes 104:13, 18,20 105:1,19 109:5 111:9 120:23 128:7 137:4

hey 55:1 111:3 133:4 138:4,21

hide 50:9

hinge 19:12

hold 15:6,7 87:11,12 140:17

holding 69:18, 20 70:5,8

Homeland 46:23,25

honestly 43:4

hours 103:25

house 58:13 59:3,19 67:14, 21 68:1 96:11

hunting 102:12 104:21

Huntsville 12:6 28:20 29:2

**I**

ID 25:7,10 112:21 126:10 136:2 140:24 142:3

identification 99:6,7 135:23 138:19,22

identified 24:19 78:4 84:19 115:24 144:2

identifies 72:21 73:1 87:22

identify 23:2 38:20 48:21 62:3 102:2 114:2 115:10, 23 116:16 123:8 124:25

identifying 23:12

illegal 91:21

immediately 121:22

implemented 119:22

imported 12:20

importers 12:18

importing 39:20

Impose 7:18

imprisonment 88:12

improve 127:5

inaccuracies 31:10

included 23:11

includes 129:21

including 37:3 78:25 88:6 112:25

income 85:4

inconsistencies 45:7,8

incorrect 124:21

indicating 20:5 36:25



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0159

85:16 88:17 138:17

**indication** 41:20 73:3

**indicted** 40:24

**indictment** 65:11 66:7 83:5,7,10,13 87:1

**indictments** 84:19

**individuals** 69:12 70:20 113:7 133:5 144:2

**indoor** 60:11

**indoors** 60:12

**industry** 7:9 9:3 11:8,10,12 12:4,14,17 16:3 46:18,19 48:4

**inform** 36:25

**informal** 7:16 81:21

**information** 15:4 18:6,8,15 21:15 22:6 24:8,22 25:16 26:5,14 27:12 30:4 32:17 33:13,23 34:18 35:21 36:5,9,24 41:8,14 42:11 49:16,19 63:12 69:8,11 72:12 73:5 74:21 75:4,12 89:16 91:10,14 92:6,7 94:7,10,15,17 100:13 112:14, 24 113:4,11 114:11 115:18, 22 118:24 135:17 140:7 142:9 144:25 145:2

**informed** 51:13 52:2 89:12 95:4

**initial** 16:2 28:5,17 32:15, 16 38:4 44:13

**initially** 62:8

**initiate** 103:25

**injured** 104:21

**ins** 39:9

**inside** 54:3 58:18,20 60:4

**inspection** 9:20,22,23,24 12:23 13:8,18, 21 14:2,5,6,8,9, 14,15 15:5,16, 19,20 17:7,9 18:3,19 19:17, 18,20 20:9,14, 21 22:8,10 29:18,19 30:7,8 31:8,14 32:15 34:3 39:12 41:7 44:9 124:11,13, 16,18 127:4

**inspections** 12:17,23 13:1,3 14:11 15:17 19:19

**instance** 21:18,21 50:16, 17 105:15 106:10 129:20

**instances** 27:18 44:20

**instructed** 81:18

**instructing** 81:5

**instructions** 45:6

**Intelligence** 46:19 48:5

**inter** 43:1 51:17

**interact** 18:4

**interacted** 140:9

**interaction** 97:24

**interactions** 41:5 125:10

**interested** 88:22 108:6 112:16

**interior** 51:5

**interject** 45:10

**internal** 135:15

**interview** 43:1 50:22 51:2 59:15 131:24

**interviewed** 42:17 59:9 99:15

**interviews** 24:16 49:23 50:14 68:6

**introduce** 8:8, 21 9:2,9

**inventory** 14:12 19:6,11, 12 22:11 44:12, 13 103:14 139:10,16

**investigating** 52:17 63:11,17

**investigation** 21:23 26:7,9,13 27:13 29:13,20, 25 30:3,9,11,16 33:14,24 35:6 36:22 47:8,12 49:17,18 61:7, 12 62:12 63:18 71:23 72:6 80:10,21,22 81:1,9,12,16 82:1,24

**investigations** 12:17 17:18 33:19,21 45:14 50:4

**Investigative** 11:16 24:15

**Investigator** 9:3 11:8,11,12

12:3,5,9,11,15 16:3,8 19:25 20:17 27:23 42:10 46:18 49:5

**invite** 118:13

**invited** 53:7

**involved** 41:18 47:7 52:5 98:5, 21 119:9 134:16,20 144:8

**involvement** 27:6,7 91:24 98:16,20 99:20

**involving** 133:12

**IOI** 20:16 28:5, 7,8,16,19 29:1 34:2 58:11 62:2 65:3 124:14 125:4,11

**IOIS** 28:22

**issuance** 7:21

**issue** 12:20 34:6 35:11,18 52:17 95:21

**issued** 7:18 16:4 21:11 30:24 33:7 65:3

**issues** 7:25 14:17 28:18 31:9,15 42:1 82:17

**issuing** 32:15

**item** 103:8 111:4

**items** 38:22,24 65:8

_____

**J**

_____

**J-A-S-O-N** 46:6

**J-O-S-H-U-H-A** 61:24

**January** 78:25 79:6 108:3 127:22 142:17 143:10,11

**Jason** 9:7 24:23 26:6 34:19 46:4,6 121:9

**jeopardize** 82:1

**joined** 127:10

**joining** 11:18

**Jorge** 23:6 24:14,16 31:15, 20 32:2,5,7,21 33:1 34:14,25 35:3,5,20 37:20 41:2 49:24 64:22 65:1 68:6,14 69:4,14 75:16,17 76:25 78:23 79:22 89:9 93:17 94:2,12 95:7 101:13 111:15 112:3,24 114:8 115:1 116:17 117:2,4 124:7 125:5 126:1 128:20 139:20 142:14,20

**Josh** 61:21

**Jr** 8:15

**June** 13:12

**Justice** 7:14

_____

**K**

_____

**K-A-R-D-E-L-L** 66:4

**Kardell** 66:3

**keeping** 111:7

**kind** 14:8 17:1 43:18 44:8 46:21 47:3 51:8 53:4,13,16,20 97:25 102:13 103:3,4 107:14 111:1 113:11

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

125:7 127:8,13

**kinds** 130:11

**kitchen** 47:21

**knew** 25:6
31:25 32:1,3,7
42:23 43:7,8
44:13 49:1
50:19,23,25
74:20,23 82:11
99:21 117:12
133:9,11

**knowing** 32:4
41:12 42:22
91:25 128:2

**knowingly**
26:23 44:4

**knowledge**
25:1 30:15,18
34:10,11 35:9,
17 37:17 38:3
63:3 68:20 71:9
76:18 77:8 81:2
84:12 88:10
94:10 95:1

---

**L**

---

**Lacie** 14:1
29:12,15 33:11

**land** 53:14

**law** 8:12 41:24
47:5 50:7 61:3
107:11 122:9
135:3

**lead** 41:8

**learn** 47:18
51:16

**learned** 47:25
48:6 62:8 63:7,
10 130:15

**led** 21:17

**Lee** 97:6

**left** 123:22

**left-hand**
72:20 94:18
96:22

**legal** 94:16

**Leo** 51:1 58:13
60:9,10 62:8
73:14,16,17
84:7 111:3,23
117:12 119:5,
11 120:7
121:16 124:1
130:7

**Leo's** 133:9
138:11

**Leon** 83:13

**Leonel** 25:23
26:7 29:20
31:16 32:12
33:4 40:6
41:10,21,24
47:17 52:13,18,
20 58:5 61:12
67:14 68:6,8,
16,21 69:3,14
70:10,21,25
74:9 76:15 77:9
81:3 82:4 83:3,
6,10,12 84:7,
17,24 85:3,16
87:21 88:1,10,
18,21 89:12,22
91:10 92:19
93:12,16,19
95:4,8 97:7
104:15 107:23
109:17 110:16
117:16 118:8,
18 119:16
120:16 121:5
122:7,14,21
124:6 127:24
131:4 142:17

**letting** 27:25
126:25

**level** 16:20
17:2

**lever** 103:3

**library** 127:11

**license** 7:17,24
12:21 14:16
15:6,7,22 16:5,
15 18:13,14,16
20:1 21:24 22:2
25:24 26:8,12

27:19 30:4
37:4,6 39:21
40:8 41:12,13
43:23,25 50:10
51:9 52:15,19
58:7 73:7 75:14
79:3 81:4 91:12
94:13,22 95:13,
20 96:6 112:21
113:14,20
114:23 115:2,4
116:4,12 128:2
129:3 145:4,6,9

**licensed** 12:19
23:5 24:21
57:23,25 85:6
88:9

**licensee** 8:7,
13 9:17 14:18,
20,22 15:12,17
16:2,4,12,22,24
17:13,15,16,19,
22 18:19,23
19:8 20:6,14
21:20 22:1
23:17,18 24:7
25:5,22 26:20
47:9 52:12
55:24 57:9 58:3
59:25 64:6,9
82:19,22 83:24
85:7 89:3 95:19
115:25 124:23
126:19

**licensee's**
9:14 25:4 26:18
30:13 51:9
64:20,22,24
65:2,4,11,12,
14,17 66:2,6,8,
10,16 72:14,17,
25 78:5 79:20
83:15,20,21,22
84:16 85:12
92:11 94:11

**licensees**
12:18 13:3
39:10 114:1
115:8 116:15
123:1,3 139:21
142:14 143:9

**licensees'**
60:12

**licenses**
12:20,24 72:25
94:8 113:5,7
115:18 126:10

**licensing**
19:15

**lie** 127:13

**lied** 72:9 87:14

**light** 21:22

**likes** 145:21

**lines** 61:17

**list** 17:12 73:10
83:14 95:6
124:19 125:13
126:12 144:9

**listed** 17:23
32:22 34:15
42:14 50:11
76:10 78:10
84:3 94:10,23
112:2 114:16,
20 123:15
126:3 139:21

**listing** 114:3

**lists** 72:21
78:24 123:11

**live** 53:11
108:16

**lived** 106:23

**livelihood** 85:4

**local** 103:21

**located** 7:6,7
16:16 44:14
47:13,20 55:3,7
58:12 60:8 70:5
121:22

**location** 16:14
102:11

**locations** 29:9

**log** 17:19 45:8
99:13 101:12
104:6 112:22
129:5 142:6

**logged** 35:15
42:13 99:11,24
115:13

**logging** 77:25
113:20

**long** 11:3,10
15:12 46:12,25
103:25 104:9
106:1 109:13

**longer** 82:18,
21

**looked** 44:25
53:13 108:12

**lose** 106:11

**losses** 17:16

**lot** 105:22
106:24

**lower** 16:19
110:10

**lucky** 106:17

**lump** 107:15

**lumped** 90:23

**lying** 71:25
126:5

---

**M**

---

**M-A-R-C-O-S**
65:24

**made** 8:2,4
21:20 24:7
32:20 69:12
72:9 73:16
123:10 134:8
144:15

**mailed** 23:21

**main** 28:18
33:25 106:11

**maintain**
106:12 110:24
144:21

**maintained**
36:13 40:10
115:4

**maintaining**
14:11

**majority**
102:24

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

make 14:20 18:14 34:14 50:10 55:3 64:19 68:11 86:20 89:6 107:4 113:22 118:15 119:18 128:11 129:1 137:13 145:1

makes 76:3

making 95:21 96:4 128:9

manner 29:19 82:22 122:19

Manuel 72:22 73:11 115:12, 16 116:7 143:8, 13

manufacture 12:19

manufacturer 105:24

manufacturers 12:18

manufacturing 39:20

MAO 85:12

March 31:19 32:16 33:8 38:5 65:4 79:24 125:12

Marcos 65:18, 24

mark 16:12 72:12 83:8

marked 30:24 34:9 47:22 64:6 66:14 72:13,14 78:20 79:20 83:9 84:3 86:2, 6,11,12,14 96:10 114:1 115:8 116:15 123:1 124:23

Marketplace 108:10

marks 16:7

match 83:16 94:16

materials 33:17 71:23 90:20

matter 61:5

means 103:5

mechanism 85:1

media 49:2

meet 108:4 132:17

meeting 82:9 133:17

member 63:11 118:9

membership 127:18

Memorandum 66:11

memorializing 90:21

memory 91:5

men 141:13

mentioned 18:10 44:3 62:1 90:6 105:5 111:13 135:11

message 55:1 56:7 93:1

met 12:13 90:3 107:25 132:19 133:20 134:13 135:8

middle 37:3 112:25

millimeter 76:5

mind 118:15 128:5

mine 62:16 86:14 123:4

minute 45:11 59:24 93:24

minutes 42:18 45:24 135:22

Miranda 23:6 24:15,17 31:15, 20 32:2,5,7,21 33:1 34:14,25 35:3,5,20 37:21 41:2 42:23 43:17 49:24,25 50:15,16,19 64:22 65:1 68:6,15 69:1,4, 14 75:16,17 76:20,25 78:3, 15,24 79:4,8, 16,22 80:2 89:9 93:17 94:2 95:7 97:23 98:1,3,12 100:3,18 101:13 109:19 111:15 112:3, 24 114:8 115:2 116:17 117:2,4 124:7 125:5 126:1 128:20 132:18 133:3,7, 12,17 134:6 137:21 138:1 139:15,20 140:16,18,23 141:5 142:15, 20,24,25 144:3, 10

Miranda's 76:9 79:3 94:12 114:4 136:2 140:24

missed 86:19

missing 93:15

Mm-hmm 117:25

models 76:4

Modern 80:17, 19,20 82:5,11, 18 83:1

mom 102:16

money 119:11

month 97:8

months 17:18 22:16 47:5

morning 59:17 86:17

move 82:2

moved 29:8 102:11,17

moving 45:23

MT 145:23

multiple 22:17 23:9 35:4 116:20 133:6

multiple-sale 17:14

multiples 129:1

_____

**N**
_____

name's 102:4

named 133:3

names 32:1,3, 4 99:14 112:25 125:7 134:7

narrowed 35:5

National 12:6 28:19,24

nature 7:16 38:9 130:9

neat 112:14

necessarily 97:9

needed 18:16 121:25

Nelson 127:15

NICS 17:18,19 45:15

NICS-TRANSACTION 45:9

nod 8:5

non-licensee 25:23 52:13 58:4,10

non-profit 104:20

Northern 107:1

note 141:19 144:9,15

notice 7:17 9:15,18 22:21 25:21 38:2 52:11 145:5,7, 12,18

noticed 44:17

notify 121:23

November 20:1 79:23

Novo 145:16

NSSF's 127:10

number 21:18 25:21 38:21,22, 23 39:16 44:16 53:10,14 64:6, 7,10,20,22,25 65:2,4,11,13, 14,17 66:2,6,8, 10,14 72:15,17, 25 73:1 78:5, 20,21 79:20,21 83:9,11,16,25 84:16,23 86:2,7 87:3,13 88:3,4, 7,15 92:12 94:11,20,22,24 96:10 110:8 114:1 115:8,19, 24 116:2,15 123:1,3 124:23 125:18,21,22 138:23 139:21 142:14 143:9

numbered 110:10

numbers 45:4, 9 112:13 113:2

_____

**O**
_____

OA 61:12 85:12

obtain 56:13, 19,22 88:7 94:7 113:4 115:22 118:24

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0162

**obtained** 87:2 92:17 111:14 113:19 116:2

**obtaining** 85:3

**Occasionally** 129:17

**occasions** 24:6 34:22 35:4 142:16 143:10

**occurred** 56:16 128:5

**October** 40:20

**office** 7:7 11:23 17:9 48:4 123:18

**officer** 7:10 11:20,22 23:1 59:25 86:6,21 123:11

**official** 21:4,6

**officially** 7:4

**older** 17:10

**on-site** 21:12

**on-the-job** 12:8,10 13:9, 13,15

**one-page** 20:12

**ongoing** 30:8, 10 62:21 80:10 81:8,12 82:24

**online** 99:22 103:10 104:5

**open** 33:23

**operates** 16:19 17:1

**Operation** 12:15

**operations** 7:9 9:3 11:8,11,12 12:4 16:3 30:4 46:18,19 48:4

**opportunity** 112:12

**opposed** 40:16 69:14

**Optics** 80:18, 19,20 82:6,11, 18 83:2

**oral** 33:15,18

**order** 88:23 89:1 103:1

**ordinary** 45:3

**organization** 105:4 130:5

**organizations** 105:5,12,13

**organized** 142:17

**original** 15:22 38:25 65:3 125:1

**Outdoors** 35:11

**Outdoorsman's** 8:15 9:25 10:2,3,5 13:21 15:6 26:10 27:15 30:1,16 31:7 34:17,21 35:10,20 36:6, 13,16,24 37:23, 24 39:13 41:6 47:8,15 48:6,7, 10,11 49:17 50:2,20,22 51:2,25 52:6 55:19,20 56:3, 15 57:1,3 58:3, 25 59:6,9 60:4 61:4,7,17 63:4 64:2 67:9,22 68:2,9,15,21 69:5,13 70:15, 22 71:20 72:3 73:3,5,10 74:22 75:8,18,21 76:12,15 77:10, 15,24 78:12,21 79:6,9,11,14,17 80:2,7 82:6 83:17 84:8 85:17 89:8 90:12 92:1,14

95:4 96:8 97:24 98:4,8,13,17, 20,22 100:14, 19 101:3 102:5, 7,8,15,20,23 103:12 108:22 113:18 116:7 120:13,21 121:4 124:10 126:2,4,18 127:21,23 132:13 136:11, 15

**outs** 39:9

**overview** 95:14 102:6

**owned** 84:7 123:25 124:1

**owner** 8:15 102:5

**owners** 14:16 82:17

—————————

**P**

—————————

**P-A-A** 9:4

**P-A-D-D-O-C-K** 8:18 102:4

**p.m.** 145:21,23

**P320** 65:19 88:15 89:8

**Paa** 9:4,6 10:21,25 27:23 28:3,7,8,16 42:8,10 65:4 124:14 125:4, 11

**Paddock** 8:14, 17 17:23 25:17 31:20 41:5,14 42:17,19 43:1, 6,15,16 44:2,3, 9 48:13,20 50:24 51:9,13, 20,22 52:20 58:13,17 59:12 75:9 89:13,16, 23,25 90:9 91:7,10,16,20, 24 97:7,10

98:25 99:1,4,5, 10,16,19,24 100:6,12 101:11,25 102:4 128:18 130:24 131:13, 16 132:10,14, 17,20 133:8,13, 15,18,22,25 134:2,5,7,10, 12,21,23 135:1, 3 136:20,23 137:1,16 138:18,21,22 139:6 140:12 142:11 143:20

**pages** 9:16,19, 25 10:6 15:24 20:19

**paid** 84:8 106:3 119:11

**paper** 128:24 136:22 137:17

**para** 87:13

**parents** 102:17

**part** 7:20 13:20 26:1,4 56:15 63:13 82:24 127:17 144:7, 12

**participate** 119:2

**partner** 48:4 58:11 61:19

**pass** 55:3,4 119:23,24

**passing** 120:2

**Paul** 7:8

**pawn** 12:19

**pay** 53:8 56:23 57:12 117:6 124:2

**peace** 118:15

**people** 39:8 41:17 43:9 53:20 54:14 99:12 102:24 104:4,14

108:15,17 111:2,5 129:17 130:10 135:4

**percent** 102:21 103:9,10 112:8 126:23

**percentage** 102:19 103:8

**perform** 20:8

**performing** 120:14

**period** 37:25 55:22 90:14 100:16 103:24 119:25 127:22

**perjury** 87:17

**person** 18:5, 10,11,12,14 19:9 20:23 23:13 24:19 25:6,7,9 26:22 43:21,22,23 44:1 47:16 51:10 55:12 56:4 62:3 63:2, 3,7,11 75:12 90:7 103:22 104:7 105:24 109:12 113:23 114:6,15 115:24 119:19 120:8 121:17 122:12,15 128:10 138:13 139:22

**personal** 82:17

**personally** 43:9 49:25 50:19,21 70:22 76:8,12 140:8

**persons** 31:11, 12 94:4 104:25 105:3 127:24

**Peterson** 14:1 29:12,15 33:11 39:25 40:3

**Pheasant** 105:6

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0163

Hearing, taken on September 25, 2024

160

Pheasants 104:13 128:8

phone 13:4 99:7

phonetic 48:5

photo 10:3 55:1 60:3 92:13 96:15 128:20, 23 129:7

photograph 92:13,18 93:17 96:18 100:24

photos 51:4 53:8 129:7

phrase 131:22

physical 53:12 70:11 85:13 95:23 96:2

physically 55:16 56:21 57:6,10 70:5 76:22 105:14, 20 112:18 113:6,13 115:1 116:10

pick 98:6 111:1

picked 50:19 76:7

picture 43:24, 25 53:23 54:2,4 60:6,7,8,11,15 93:10,13 136:2 140:24 142:3

pictures 53:21 54:7 55:11

pistol 65:19 66:6 69:16,18, 20 70:6,12 87:2,7,23 88:7, 15 93:18

place 58:23 72:23 136:7

play 145:10

plea 40:15 65:13 66:8 83:6,11 84:16 85:15

pled 80:12,13 81:15

point 14:24 43:5 45:14 55:25 61:11 70:10 87:6 89:22 115:2 118:7 137:9

Police 11:20, 21

policies 140:7

position 50:25 75:20 76:9

possessing 49:1

possession 51:1 70:11 85:11,13 87:7 88:22 95:23 96:2 106:3,15 110:24 132:7

possibility 112:4

possibly 30:5

post 11:7 53:11 54:2

posted 92:21

postponed 71:6,10

potential 25:12 29:22 77:8 103:2 131:4

potentially 39:5 75:2 118:17

practice 113:12 116:8

practices 113:18 125:25 127:14

prefer 101:19

premises 48:3 60:12 136:22

premium 127:10,17

prepare 17:6

prepared 20:20 30:20

present 8:8 18:2 76:25 106:13 116:10

presentation 9:12 101:17

presented 25:7 73:6 135:14

presently 107:12

presents 43:22

presiding 7:11

pretty 107:22

prevented 39:3

previous 17:8 21:2 27:3 98:23

previously 12:24,25 56:2

pride 126:24

prided 126:21

print 23:18

printed 24:2

printing 23:23

printout 10:5 72:18 78:21

Printouts 64:20,23

prior 11:18,19 15:16 19:17 46:15,21 49:4 51:24 71:16 121:9 122:6

private 53:6 108:11,12

private-party 103:15,16,20 137:9

prizes 119:12

problem 50:6

procedural 7:25

procedure 16:11 81:21 111:9 113:12

procedures 83:1 113:18 116:8 127:5 140:7

proceed 9:12 10:23

proceeded 48:5

proceeding 7:15 49:6,7

proceedings 7:1 8:2 41:2

processing 141:22

processor 107:18

procure 85:14

producing 8:20

products 119:7

proffer 51:17 58:16 74:13,16 76:22 77:1,5

profit 85:4 88:23 95:22 96:4

program 12:10 29:1 127:7,10

programs 127:18

prohibited 49:1 90:7 94:4 104:1,10 106:2 120:8 121:17 122:9,12,15 128:11 131:21 132:3 134:25

prohibits 103:18

properly 89:2

Property 65:8

prosecuted 74:3

prosecuting 74:3

prosecution 70:25 85:23 86:4

prove 105:25

provide 14:24 18:8 33:17 35:24 70:14,16 71:11 95:14 96:9 102:6 141:24

provided 9:13, 14 18:6 23:16 24:16,23 26:5 29:7 33:13 34:17,21 35:1, 10 36:16 37:5 41:14 42:12 44:10 87:21 88:1 116:7 141:3 145:2

providing 134:17 135:17 139:15 142:2

provisions 7:19 145:15

pulled 51:4 116:3 123:14

pulling 38:21

punishable 88:11

purchase 48:7 82:5 95:22 96:5 104:5,8 108:14 118:18 124:2 127:12 139:10

purchased 76:3 98:3 100:13 104:8 110:5,22 136:18 137:17

purchaser 65:1 79:22

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0164

87:15 88:17

**purchasers** 56:21

**purchases** 118:16 122:20 130:8 140:17

**purchasing** 47:15 80:3 103:22 110:16, 21

**purpose** 77:19

**purposefully** 41:23

**purposes** 30:8,10 89:6 110:19 124:3 139:10 142:16

**put** 9:10 112:12

**putting** 141:23

---

**Q**

**question** 8:6 31:10 35:16 39:1 43:19 70:2 81:19 98:15 100:8 101:9,15 105:16 131:1, 11 132:8 133:4 136:5 142:10 143:22

**questions** 13:2,6 14:19 15:1 18:7,15 27:22 28:6,17 38:23,24 42:2,6 45:16 60:18 61:5 74:18 97:15 101:5 128:15 130:16, 23 131:17 139:2,4 140:11

**quick** 28:16 45:25 142:10

**quickly** 129:2

---

**R**

**R-E-N-Z-U-L-L-I** 8:12

**R-U-V-A-L-C-A-B-A** 65:25

**R-Y-A-N-S-P-R-A-T-T** 62:6

**raffle** 53:12,16 63:8,10,12,13, 19 85:1 88:23 89:4 91:24 92:1 98:10 99:21 100:1,2,4,21,22 105:19 106:21 109:20 110:5, 19 111:8,15,20, 24 112:17 117:10,23 118:2 120:15 121:8 122:4 124:4 128:6 130:5,12 131:20 133:9, 14 134:22 135:9,18,20 137:2,15,21,22 138:5,11 139:9, 11 140:15,16 141:3 142:17 143:1,25 144:1, 3,4,7,11,12,16, 20

**raffled** 48:8 55:24 82:7 109:17 110:2 137:23,24

**raffles** 53:3 58:14,16,18,23 62:9,14,16 82:13,23 83:3 88:21 91:18 92:4 93:7 98:5, 7,9,11 99:23 104:12,15,25 105:3 108:7,13 109:2,4 110:25 117:5,13,18 118:5 119:3,6, 9,16,18 120:22 121:4 127:24 129:11,12

**raffling** 85:5

**ran** 132:6

**random-number** 108:15

**RE-EXAMINATION** 140:12

**reach** 54:24 72:8

**read** 36:9

**ready** 10:20 101:23 144:24

**real** 45:25 54:4 137:5

**reason** 34:9 35:7 71:5 73:9 80:1 82:21 95:6 122:11 128:13 129:14 137:5, 12

**reasons** 36:23 82:15 112:9 122:18 127:6

**recall** 30:17 32:10,11,13 39:14 42:21 43:12 67:17 76:19,23 79:7, 18 82:8,10 91:22,23 93:14 95:2 98:2 99:9 120:1 138:24

**recalled** 50:16

**recalls** 76:2,5

**receipt** 9:25 10:2 47:20 48:1,18 57:15 58:12 65:8 67:22 84:3,20 96:19,22 110:15 121:22 123:22 136:14 141:24 145:17

**receipts** 84:20 96:9

**receive** 13:2 28:22 33:16 120:21 145:4,7, 11,12

**received** 10:9, 10,11,12,13,14, 15,16,17,18,19 21:15 28:19 33:18 36:4,25 41:7 66:20,21, 22,23,24,25 67:1,2,3,4,5,6,7 73:12 111:14 112:2 114:15 123:25 125:15 142:1

**receiving** 71:12

**recently** 90:3

**recognize** 142:21

**recognized** 108:24 125:7

**recognizes** 134:7

**recollection** 67:13 100:9 114:25 139:24 140:2 143:16

**recommendation** 38:11

**recommended** 38:8

**record** 7:3 8:2, 4,10,23 9:10 11:3 18:24 19:3,4,5 23:8, 16,23,25 35:4 38:16,21 39:14 42:13,15 44:1 45:12 46:1,2,5 60:23,24 61:23 62:4 65:5 93:4 102:3 114:2 115:10 116:16 123:9 124:25 126:10 134:9 142:6 145:3,20

**recorded** 25:7 100:10

**recordkeeping** 14:23

**records** 10:6 14:12,22 18:9 22:13 23:4 30:5 31:9 32:23 33:10 36:12,15, 25 38:15 41:4 43:22 44:19 49:19 50:24 52:4 64:21,23 65:6 72:18 78:22 111:19 112:1,23 113:21 115:5 116:6 126:4 127:17 135:15 140:8

**RECROSS-EXAMINATION** 101:7

**REDIRECT** 130:24

**reduce** 127:8 129:19 130:3

**refer** 51:11 100:2

**reference** 43:17 61:11 100:3 142:13 144:10

**referenced** 38:14 99:9 100:21 137:14

**references** 87:2,20

**referral** 22:4 29:22

**referred** 29:21, 24,25 30:2

**referring** 66:13

**refresh** 67:12 114:25

**regard** 37:12 74:10 75:16 88:14 94:20 103:13 111:17 143:8

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

regular 85:3 95:17 142:20, 21 143:13

regulars 143:6

regulate 12:16

Regulation 9:21,22

regulations 7:20 14:13,20 16:1 19:25 30:14 45:7

reiterated 51:18

related 27:10 29:19 30:16 39:19 41:2 61:12 65:19 66:5 82:13,22 86:3 137:21 144:2

relating 83:2

relationship 51:8 75:8

relayed 51:20

relied 34:5

remained 120:10

remember 14:4 43:5,6 94:24 113:16 116:9 120:3 130:1 133:16 140:18 141:1, 16,17 143:5

Renzulli 8:12 61:3

repair 15:11

repeat 38:25

repeated 133:2

rephrase 89:21

report 9:23,24 17:8 20:13,20, 25 21:6,7,15, 17,18 24:6

30:19,21,23,24, 25 31:1 32:16 33:7,19,21,24, 25 34:6 38:5 39:16 65:3 116:20 125:1, 21 127:3

reported 17:17 21:21 69:16

REPORTER 7:3 46:2 60:24 66:18

reports 24:15 36:8

representation 24:8 49:15

representative 135:18

representatives 144:4

representing 61:4

request 9:17 61:16 145:13, 16

requested 7:21 118:14 126:18

required 14:22 24:8 41:12 95:15 128:2

Reservist 11:25

residence 47:20 63:22 107:1

residential 37:3 75:13 94:16,23,25 112:25

respect 24:8 49:16

responded 43:21

response 8:6 25:4 112:19 127:4

responsibility 126:19

responsible 18:5,10,11,12, 13 20:23 51:10

result 7:20

results 124:15

retailer 127:10, 18

returned 125:12

revealed 21:16

review 7:16 9:21,22 17:9 22:11 36:12 40:11 44:13 71:22 122:25 127:17

reviewed 20:16 22:13 41:4 72:7,11 83:5 90:25 116:12

reviewing 24:15

revised 30:23

revocation 9:16 22:21 38:2 52:12 93:21 145:8

Revoke 7:17

revoked 7:24 145:4,6

rifle 65:17

right-hand 110:10 114:10 115:15

ring 42:24 80:18 125:9

ROI 33:25 90:22 91:1

role 47:11

roulette 53:13

routine 14:10

RP 17:23 20:1, 15

rules 81:21 119:20

run 129:11 135:4

running 29:1 41:17 134:22

runs 144:5

Ryan 48:5 62:5

_____

S

_____

S-H-E-R-M-A-N 61:25

S-T-U- 8:25

sake 95:3

sale 54:4 95:22 96:5 116:20

sales 22:17 102:19 103:18

Santiago 65:15

Sauer 65:19 88:14

scan 129:2

scanned 136:3

SCAR 65:16

scheme 89:7

scope 41:6 72:5,6 80:25

score 72:5

Scott 8:11 61:2

scratch 112:10

screenshot 56:7 111:3 117:24 118:1

search 47:19 48:2,23 58:24 59:2,16,18 60:9 61:16 63:16,22 67:14,17,20,25 90:11,24 92:18

second-level 81:24

Section 145:15

secured 48:3

security 46:24 47:1 118:15

seeking 84:12

segregate 144:5

seize 121:20

seized 64:2 65:9 67:9,23 83:17 84:7 90:12 123:11 136:7,9,16

seizure 84:20

sell 12:19 53:2 102:12,25 103:5,8,9,10 104:7

selling 26:12, 24 95:18 103:13,14 112:17

send 15:3 53:8 55:5 93:1

Senior 12:11

sense 137:13

sentence 40:19 71:8

sentenced 40:19 62:22 71:3 80:14 81:13

sentencing 66:11 71:6,10, 12 75:2

separate 144:5,21

September 7:5 63:24 85:2

serial 87:3 88:7,15

series 63:15 66:5 79:21

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

87:2,3,7

**service** 12:1 120:14

**session** 58:16 74:13,17 76:22 77:1

**sessions** 51:18

**set** 137:2

**sets** 54:17

**setting** 54:17

**Sever** 102:10

**shake** 8:5

**share** 123:3

**Sheridan** 16:16

**Sheriff's** 11:23

**Sherman** 61:21

**shipped** 104:6 137:5

**shocked** 121:17 125:14

**shop** 50:17 69:2 76:7,21 106:15 107:6 108:24 109:18, 24 110:2,3 111:3 126:9 130:13

**shortly** 59:16

**shotguns** 103:3

**show** 15:23 17:16 19:22 20:11,18 22:20 23:5 27:7,18 31:3 47:22 49:9 59:21 64:5 72:12 78:19 79:19 83:8 86:1 99:6 105:22 106:13 111:2 125:13 138:19

**showed** 24:14 96:15,18

**showing** 17:19 72:13 99:7 116:6

**shown** 58:15 91:17 116:4

**shows** 19:6 20:14 23:8 27:16 31:5 123:10

**shut** 29:3

**shuttle** 141:20

**sic** 49:16 65:18 66:6 79:1 99:6

**side** 21:16 42:15

**Sig** 65:19 88:14 89:8

**sign** 125:15

**signed** 16:7 19:25 20:15

**similar** 23:12

**simply** 56:23 75:20 81:12

**sir** 32:24 99:18

**sit** 129:4

**site** 41:15

**situation** 99:17 100:22

**situations** 120:1

**size** 19:11

**small** 15:11

**so-and-so** 56:8

**social** 49:2

**social-media** 53:2

**software** 38:17 39:4,7,13

**sold** 43:11 44:17 50:17 76:6 98:8

**sole** 73:19

**sort** 53:12,15 112:21

**source** 93:9,13 109:16 140:7

**space** 16:25

**Spartan** 38:5

**speak** 8:3 52:6

**speaking** 23:21

**special** 9:7 24:23 26:6 27:10,12 34:19, 25 35:2,4,21 36:5,9,22 37:8 42:3,12 46:4, 11,12,15 47:4 61:2 65:7,9 97:22 101:6 118:7 121:16, 19 122:6 131:15,18,22 132:5,11,15 136:6,10,13,17 138:16,24

**Specialist** 46:20 48:5

**specific** 35:10 37:1 41:20 43:19 49:3 79:7 98:2 99:18 109:3 113:16 116:9 120:1 139:23,24 140:2

**specifically** 18:17 38:19 41:10 43:12 50:15 65:16,19 66:5 76:2,5,23 82:8 87:22 99:9 109:20 111:20 139:16

**spell** 8:9,16,22 46:5 61:22 62:3 65:20

**spelled** 23:11

**spent** 47:5

**spoke** 48:16,20 50:23 90:9,17

100:11,12

**spoken** 59:13 90:13

**spot** 29:9 127:12

**spots** 53:10,15

**Spratt** 48:5 58:12 62:5

**Springs** 107:2

**stacked** 141:19

**stand-alone** 17:3

**standard** 16:11 29:18 30:6 107:22 113:18

**start** 14:5 21:10 22:24 27:25 49:13 101:18 141:22

**started** 8:1 14:6 29:1 46:17 89:24 102:9,16 127:7 134:14 135:8

**state** 26:20 45:15 106:3 107:11 134:18, 24

**stated** 27:20 35:5

**statement** 27:14 38:1 49:20 50:13 68:12 73:16,20 77:5,9

**statements** 21:20 24:7 32:20 49:15 69:10,12 70:20 73:22 93:16

**States** 7:13 65:12,14 66:7, 9,11 83:10,12 84:24 88:4 145:15

**stating** 75:25

**status** 40:11

**stay** 109:21

**stays** 54:9

**stemmed** 33:12

**sticks** 124:19

**sticky** 141:19 144:15

**stipulated** 84:25 88:5

**stipulation** 84:23

**stood** 31:13 45:5

**stop** 121:15

**stopped** 98:23

**store** 10:4 24:17 25:12 27:14,20 32:1 36:11,17 37:5, 9,14 43:17 44:14 51:5 55:18 56:8 77:12 97:8,12 100:1 102:9 103:10 107:21 110:19,22 112:15 116:11 120:11 121:1 124:3 127:16 135:17 137:20 139:9,23 140:19 142:15 143:6,9

**storefront** 16:16

**stores** 104:6

**straw** 56:21 108:14 118:16, 18 122:20 127:12 130:8

**street** 7:7 72:22 115:16

**strictly** 30:12

**structure** 17:4

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0167

**Stuart** 8:24

**stuck** 141:19

**stuff** 102:13,25 103:1 104:5,12 108:10 127:11 130:3 139:10

**subject** 17:14 76:18 83:14 109:21

**submitted** 16:2 17:15,20 145:17

**Subpart** 7:20

**subsequent** 43:2

**subsequently** 19:7 88:9 90:11

**substance** 31:23

**substantive** 28:18

**sudden** 130:14

**Suite** 7:7

**supervisor** 13:24 21:25 29:12,15 33:11 39:24 40:3

**support** 37:16 38:1 69:12 70:21 73:19 93:20

**suspect** 21:22

**Suspend** 7:17

**Suspension** 145:8

**switched** 82:5

**system** 39:10

---

**T**

---

**takes** 25:8 43:23 126:19

**taking** 58:23 126:23

**talk** 48:17 49:3 52:11,15,20,22 125:13 130:11 134:14

**talked** 14:16 19:17 20:2 36:19

**talking** 22:3,22 23:2 38:19 47:23 57:3 134:14 135:8 138:21

**technically** 124:1

**ten** 12:5 35:19 37:20 60:1 76:10 77:9,16

**testified** 28:18 29:11 30:20 32:14 71:18 92:17 107:7 117:21

**testify** 42:18 113:17 116:10 140:6

**testimony** 61:6 73:21 74:10

**text** 99:5,6 138:18,22 142:2

**that'd** 108:19

**thefts** 17:16

**thing** 9:13 24:2 27:2 37:19 53:17 86:5 88:14 94:20 103:4,21 109:10 118:2 126:21 127:13 130:16 140:14

**things** 13:6 14:15,17 92:25 103:2 104:22 109:3 128:7 130:11 142:23

**thought** 126:22 128:6,8

**three-day** 103:23

**ticket** 53:16

**time** 7:5 8:3,7 12:22 15:14 20:17 29:17 31:14,18 32:3 33:22 37:24 39:12,17 42:2 43:2 55:7,17,22 64:14 68:16 90:21,25 91:15 97:16 100:11, 12 105:16 109:22 117:14 119:21 121:7, 20 123:24 125:3,16 127:5 128:15 135:2 144:13 145:21

**times** 105:22 106:24 108:17

**tire** 50:17 76:7

**Title** 7:19 145:15

**Tobacco** 7:13

**today** 22:22 135:14 145:2

**told** 58:13 68:23 69:3,7 72:2 76:20,21 89:12,23 91:7, 16 98:12 101:11 108:7 120:7 125:8 126:2

**top** 16:23,25 72:20 94:17 96:22 114:10

**topic** 20:5

**topics** 16:4

**Torres** 65:16

**total** 12:1

**trace** 17:13

**tracking** 44:11

**training** 12:2,5, 6,9,10 13:9,14,

16 28:19,20,22, 24 29:5 47:3,6

**trans** 49:25

**transaction** 116:9

**transactions** 17:14,19 22:18 24:13,18 27:5 45:15 52:5 113:17 132:25 133:6,11 140:21 142:13

**transcript** 8:1

**transfer** 26:11 57:10 75:21,25 79:23,24,25 92:1 98:22 103:17,20 104:2 105:12, 13,18 106:4 107:3,13 109:11 120:9, 17 121:1,4,14 129:15,16,21 130:18 136:25 137:9 143:25

**transferred** 19:8 44:17,23 65:7 82:14 83:2 85:11 87:10,11 89:2 104:25 119:24 121:8, 24,25 122:3 124:4 126:4 132:2,10 135:19

**transferring** 49:25 74:22 88:22 105:21 120:14 127:23 131:19

**transfers** 43:10 82:7 103:15 104:3,4, 11 106:19 108:7 120:23 134:1 144:8

**transition** 128:24

**transitioned**

46:19

**trial** 40:16

**trouble** 51:19 82:12 89:18,20 90:2 140:14

**true** 36:19 37:10 84:25 94:12

**trust** 112:8 126:8

**turn** 25:20 49:12

**turning** 88:3

**two-page** 65:5 123:19

**type** 15:6,7 72:25 82:1 121:12

**types** 38:15 39:3 104:3,11

**typically** 53:11 54:25 56:6 103:7

---

**U**

---

**Uh-huh** 85:20 113:3 124:24 128:22 137:16

**understand** 14:21 49:5 141:8

**understanding** 34:13 36:4 39:2,11 84:6 88:20 117:8,11, 15 119:6

**understands** 23:1

**understood** 118:13

**unique** 103:3

**United** 7:13 65:12,13 66:7, 9,11 83:10,12 84:24 88:4 145:15

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0168

**unlicensed**
19:8 47:14

**Unlimited**
104:14 105:5
106:20

**unrelated**
82:15

**unusual** 54:17

**upper** 115:14

**USC** 22:1

_____

**V**
_____

**VA** 11:20

**vary** 19:14
129:15 130:1

**vast** 102:24

**verification**
124:20

**verify** 122:19

**verifying**
135:18

**version** 30:21
125:20

**vets** 104:21

**video** 53:11
58:15 69:17,20
70:7,19 91:17
99:22 135:16

**videos** 118:11,
24 130:15

**violate** 41:24

**violated** 30:13

**violation** 20:20
21:19 24:5,10
25:3,20,21,25
38:21,22,23
39:24 40:4
49:14 50:7
52:11,16 58:2
125:22

**violations**
9:23,24 20:13,
14,16 21:1,7,
12,13,15,17,18,
19,22 22:22

24:6 30:19,21,
23,25 31:5,6
32:16,18 33:7,9
34:6 38:1,5,9,
12,14,15,18,19
39:3,17 49:4,13
65:3 124:19
125:2,14,21
127:3

**Violent** 17:12

_____

**W**
_____

**wait** 106:16

**waiting** 103:23

**walk** 57:7

**walked** 56:12
112:15 132:13

**Wally** 127:15

**wanted** 108:8
118:23 122:18
125:13 129:1

**warrant** 47:19
48:2,23 58:24
59:2,17,18 60:9
61:16 63:22
67:14 90:11,24
136:7

**warrants**
63:16

**watch** 54:18
110:25 118:4,
11,23 127:12

**watched**
108:12,14

**watching**
108:16

**water** 45:25

**website** 53:13

**week** 80:13
91:3

**weeks** 12:5
59:14 90:14

**Westminster**
87:4 88:8,16

**wheel** 53:14

**whomever**
99:25

**willfully** 24:7
25:22 41:9,23
52:12 58:4 81:2
85:17 127:25

**William** 8:14
48:13 102:4

**win** 56:5
105:25 111:4
119:12 126:25
143:1

**winner** 54:23,
25 55:2 105:21
106:17 111:1,8
117:23 119:19
121:8 122:4
124:4 135:20
137:7,9 138:7

**winners** 88:23
89:4 92:2 98:10
100:21 120:15
121:4 144:1

**winning**
108:18

**wins** 54:20
137:7

**witnesses**
74:7

**woman** 130:13

**won** 55:12,14
56:8 62:16 98:7
104:25 105:3,
25 106:20
117:22 119:15
120:8 127:24
137:22 138:12

**wondering**
86:20

**words** 54:3

**work** 15:11
46:21

**worked** 11:23
50:16 61:20
71:16

**working** 39:9
89:25

**works** 93:1
102:18

**worried** 130:7

**would've** 16:1
25:16 30:7
87:17 89:15
90:19 96:18
106:20 116:3,
10,11 121:9
122:17 134:8
141:3,10,18
142:15 144:14,
15

**wrap** 139:3
140:14 142:9
144:24

**writing** 7:22

**written** 33:17
54:3 90:20
141:24 145:5

**wrong** 23:11
35:15 127:1

_____

**X**
_____

**XL** 124:20

_____

**Y**
_____

**year** 88:12
90:20 91:6
102:9 132:22
143:3,12

**years** 11:6,13,
15,16,21,22,24,
25 12:1,11
46:14 47:2
102:11,17
104:23 129:18
132:21

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

USA_0169

# EXHIBIT 1

USA_0170

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Notice to Revoke or Suspend License and/or Impose a Civil Fine

In the matter of License Number    5-84-005-01-6M-03814                                                    , as a/an

Dealer in Firearms Other than Destructive Devices                                                          issued to:

Name and Address of Licensee *(Show number, street, city, State and ZIP Code)*

The Outdoorsmans Attic, LLC
(The Outdoorsmans Attic)
2650 West Hampden Avenue
Sheridan, Colorado 80110

**Notice Is Hereby Given That:**

Pursuant to the statutory provisions and reasons stated in the attached page(s), the Director or his/her designee, Bureau of Alcohol, Tobacco, Firearms and Explosives, intends to take action on the license described above.

[✓]  The above identified license may be revoked pursuant to 18 U.S.C. 923(e), 922(t)(5) or 924(p).

[ ]  The above identified license may be suspended pursuant to 18 U.S.C. 922(t)(5) or 924(p).

[ ]  The above identified licensee may be fined pursuant to 18 U.S.C. 922(t)(5) or 924(p).

Pursuant to U.S.C. 923(f)(2) and/or 922(t)(5), you may file a request with the Director of Industry Operations, Bureau of Alcohol, Tobacco, Firearms and Explosives, at 950 17th Street, Suite 1800, Denver, Colorado 80202                                       , in duplicate, for a hearing to review the revocation, suspension and/or fine of your license. The request must be received at the above address within 15 days of your receipt of this notice. Where a timely request for a hearing is made, the license shall remain in effect pending the outcome of the hearing; and if the license is due to expire, the license will remain in effect provided a timely application for renewal is also filed. The hearing will be held as provided in 27 CFR Part 478.

If you do not request a hearing, or your request for a hearing is not received by ATF on time, a final notice of revocation, suspension, and/or imposition of civil fine (ATF Form 5300.13) shall be issued.

[✓]  Please see included brochure

| Date | Name and Title of Bureau of Alcohol, Tobacco, Firearms and Explosives Official | Signature |
|---|---|---|
| 07/01/2024 | Paul W. Brown   Director, Industry Operations | *Paul W. Brown* |

I certify that on the date shown below I served the above notice on the person identified below by:

[✓]  Certified mail to the address shown below.
Tracking Number: 70171070000089870483          Or

[ ]  Delivering a copy of the notice to the address shown below.

| Date Notice Served | Title of Person Serving Notice | Signature of Person Serving Notice |
|---|---|---|
| 07/01/2024 | Director, Industry Operations | *Paul W. Brown* |

Print Name and Title of Person Served                        Signature of Person Served *(if applicable)*

Address Where Notice Served

2650 West Hampden Avenue Sheridan, Colorado 80110

ATF E-Form 4500(5300.4)
Revised September 2014

THE OUTDOORSMANS ATTIC, LLC                                    ATF Form 5300.4 (4500)
5-84-005-01-6M-03814                                                           Page 2

Under the provisions of 18 U.S.C. § 923(e) and 27 C.F.R. § 478.73, notice is hereby given that the
Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") intends to revoke the Federal
firearms license held by The Outdoorsmans Attic, LLC ("Licensee"). Specifically, the Director,
Industry Operations, United States Department of Justice, ATF, Denver Field Division, has reason
to believe that Licensee willfully violated the provisions of the Gun Control Act of 1968, as
amended, 18 U.S.C. Chapter 44, and the regulations issued thereunder, 27 C.F.R. Part 478
(collectively, "GCA") as described herein.

## Compliance History

ATF issued a Federal firearms license to Licensee in 2011. Prior to the issuance of the license,
ATF reviewed the laws and regulations issued under the GCA. Subsequently, ATF conducted a
compliance inspection of Licensee in 2018, where the Licensee was cited for 4 violations, and
during which ATF again reviewed the firearms laws and regulations with Licensee.

## Current Inspection

On February 20, 2024, ATF began a compliance inspection of Licensee's premises that revealed
the following:

1. On 15 occasions, Licensee willfully made a false statement or representation with respect
   to information required by the GCA, in violation of 18 U.S.C. § 922(m) and 27 C.F.R. §
   478.128(c). See Appendix ¶ 1.

2. Licensee willfully aided and abetted a non-licensee, Leonel Castillo, to engage in the
   business of dealing firearms without a Federal firearms license in violation of 18 U.S.C.
   §§ 2 and 922(a)(1)(A).

USA_0172

In one instance, A&D entry 6712, Noreen Firearms, ULR, S/N: U3309, was recorded as being acquired from Carlos Anaua. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record.

In one instance, A&D entry 6713, FN USA, Scar 16S, S/N: L1C12437, was recorded as being acquired from Carlos Anaua. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record.

In one instance, A&D entry 6737, Colt, Government Model Series 70, S/N: GV035287, was recorded as being acquired from Carlos Anaya. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record.

In one instance, A&D entry 7477, Sig, P320, S/N: FCU337574, was recorded as being acquired from Carlos Anaya. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record.

In one instance, A&D entry 7508, SCCY, CPX-2, S/N: 410731, was recorded as being acquired from Carlos Anaya. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record.

In one instance, A&D entry 6843, SCCY, CPX-2, S/N: C193884, was recorded as being acquired from Jorge Miranda. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record.

In one instance, A&D entry 6844, Glock, G19, S/N: BUPF721, was recorded as being acquired from Jorge Miranda. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record.

In one instance, A&D entry 6845, Glock, G48, S/N: BLGY185, was recorded as being acquired from Jorge Miranda. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record.

In one instance, A&D entry 6846, Glock, G26, S/N: BELD125, was recorded as being acquired from Jorge Miranda. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record.

In one instance, A&D entry 6847, Glock, G19, S/N: BVTN563, was recorded as being acquired from Jorge Miranda. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record.

In one instance, A&D entry 6848, Glock, G19, S/N: BUWE718, was recorded as being acquired from Jorge Miranda. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record.

In one instance, A&D entry 6849, Smith & Wesson, M&P9, S/N: NMH7997, was recorded as being acquired from Jorge Miranda. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record.

In one instance, A&D entry 6850, FSAAP, FR-9, S/N: B00349, was recorded as being acquired from Jorge Miranda. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record.

In one instance, A&D entry 6851, FSAAP, FR-16, S/N: AD1495, was recorded as being acquired from Jorge Miranda. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record.

In one instance, A&D entry 6852, FSAAP, FR-9, S/N: B00196, was recorded as being acquired from Jorge Miranda. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record.

## EXPLANATION OF THE HEARING PROCESS



The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) has decided to deny your original or renewal application for a Federal firearms license, or to revoke, suspend and/or impose a civil fine on your existing license.

As stated on the enclosed Notice of Denial, Revocation, Suspension and/or Fine, you have the right to request a hearing. This brochure provides general guidance to assist you in making a decision on requesting a hearing, and to appropriately prepare for a hearing should you request one.

### Background
27 C.F.R. §§ 478.71 – 478.73

The Gun Control Act of 1968 (GCA) and its implementing regulations specify certain licensing requirements for those intending to engage in the business of importing, manufacturing, or dealing in firearms, or importing or manufacturing ammunition.

The GCA authorizes ATF to deny a license application when an inspection reveals the applicant is not qualified to receive or continue to hold the license. ATF may revoke a license when a licensee willfully violates the GCA or its implementing regulations.

For purposes of the regulatory provisions of the GCA, a "willful" violation occurs when the licensee knew of his or her legal obligations and either purposefully disregarded or was plainly indifferent to those requirements. ATF is not required to prove a licensee *intended* to violate the law.

Under limited circumstances, ATF may revoke or suspend a license and/or impose a civil fine against a licensee who knowingly violates certain provisions of the GCA.

### Hearing Request and Representation
27 C.F.R. §§ 478.74 and 478.76

You have the right to request a hearing. If you wish to do so, you must file a request, in writing, with the Director, Industry Operations (DIO) within 15 days after the receipt of the enclosed Notice.

An applicant or licensee may be represented at the hearing by an attorney, certified public accountant or other person recognized to practice before ATF as provided in 31 C.F.R. Part 8.

### Pre-Hearing Resolution
27 C.F.R. §§ 478.72 and 478.74

You may submit an offer to settle or other proposed resolution prior to the hearing. If you wish to present your offer in person, you must request to do so within the same 15 days as allotted for a hearing. A request for a pre-hearing resolution should be made in writing to the DIO. ATF is not obligated to grant requests for in-person meetings or proposals for resolution.

You may also submit offers of potential resolution to the DIO after the hearing, but before a final decision is rendered; however, the DIO will not entertain settlement offers at the hearing.

USA_0175

## EXPLANATION OF THE HEARING PROCESS

### Hearing Overview
27 C.F.R. §§ 478.72, 478.74, 478.76, 478.77

Upon receipt of a timely request and after consultation with you, ATF will set the date, time and place of the hearing. You will then receive formal notification via certified mail, return receipt request. Please be advised that ATF may reschedule a hearing for good cause, as determined by the DIO.

The DIO will preside over the hearing. The purpose of the hearing is to allow both parties to present, in an orderly manner, all relevant evidence and arguments regarding the proposed licensing action.

The hearing itself is informal in nature which means that formal courtroom procedures, including sworn testimony and rules of evidence are not followed. During the hearing, you will have the opportunity to submit facts and arguments for review and consideration. An ATF-hired court reporter will be present to transcribe the hearing. The resulting transcript, along with the exhibits presented at the hearing, constitute the official record of the hearing. You may order a copy of the transcript at your own expense. Video recording of the hearing is not permitted.

An ATF attorney will present evidence in support of the licensing action. The ATF industry operations investigator(s) who conducted your inspection and/or other ATF employees who have relevant information concerning your case may testify.

At the conclusion of the government's presentation, you will have the opportunity to respond. You should state your case as clearly and factually as possible. Your presentation should focus on the violation(s) described in the Notice you received. You may also bring other witnesses who are able to speak to the violation(s) cited in the Notice. Both you and the government have

the right to question all witnesses. Please note that all persons attending the hearing must bring a valid form of state or federal government issued identification (e.g., driver's license or passport) for entry.

In addition to oral testimony, you may also present written documentation. Regardless of its form, all evidence presented at the hearing must be relevant. Relevant evidence is evidence that tends to prove or disprove an issue at the hearing, such as whether the alleged violation occurred as stated in the Notice.

*NOTE:* **It is a violation of law to possess or cause to be present a firearm or other dangerous weapon in a Federal facility. 18 U.S.C. § 930(a). Violation of this law will result in termination of hearing proceedings and a referral to law enforcement.**

### After the Hearing
27 C.F.R. §§ 478.72, 478.74, 478.78

Following completion of the hearing, the court reporter will prepare a transcript of the hearing. After reviewing the transcript and all evidence submitted at the hearing, the DIO will make the final licensing decision for ATF.

Should the DIO determine that the allegation(s) contained in the Notice are substantiated, he or she may issue a Final Notice of Denial, Revocation, Suspension and/or Fine of Firearms License, which ATF would send to you via certified mail, return receipt requested.

You may appeal the DIO's final decision to the appropriate Federal district court within 60 days for de novo judicial review.

If you have any questions concerning the hearing, please contact the DIO for the ATF division in which you are located.

2

# EXHIBIT 2

USA_0177



July 3 2024


Attn Paul W. Brown. Director Industry Operations.

We respectfully request a Hearing regarding the Revocation of our Federal Firearm license number 5-84-005-01-6M-003814.

Please let me know if you need further information.


Sincerely,

Bill Paddock. Owner

2650 W. Hampden Avenue
Sheridan, CO 80110
(303) 781-3626
www.OutdoorsmansAttic.com

USA_0178

# EXHIBIT 3

USA_0179



U.S. Department of Justice

Bureau of Alcohol, Tobacco,
Firearms and Explosives

*Denver Field Division*

950 17th Street/Suite 1800
Denver, CO 80202
www.atf.gov

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | U.S. DEPARTMENT OF JUSTICE |
| IN THE MATTER OF THE NOTICE | * | BUREAU OF ALCOHOL, TOBACCO, |
| TO REVOKE OR SUSPEND LICENSE | * | FIREARMS AND EXPLOSIVES |
| AND/OR IMPOSE A CIVIL FINE | * | |
| | * | DENVER FIELD DIVISION |
| The Outdoorsmans Attic, LLC | * | |
| (The Outdoorsmans Attic) | * | |
| 2650 West Hampden Avenue | * | |
| Sheridan, Colorado 80110 | * | |
| FFL#: 5-84-005-01-6M-03814 | * | |
| | * | |

## NOTICE OF HEARING

The Outdoorsmans Attic, LLC
(The Outdoorsmans Attic)
2650 West Hampden Avenue
Sheridan, Colorado 80110
FFL#: 5-84-005-01-6M-03814

Dear Licensee:

On July 1, 2024, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) issued a Notice to Revoke, Suspend or Impose a Civil Fine, ATF E-Form 4500 (5300.4) to The Outdoorsmans Attic, LLC (The Outdoorsmans Attic), 2650 West Hampden Avenue, Sheridan, Colorado 80110.

On July 12, 2024, ATF timely received a formal written request for a hearing on the Notice to Revoke or Suspend License and/or Impose a Civil Fine from the Licensee.

Therefore, notice is given that on **Wednesday, September 25, 2024 at 9:00 A.M.,** a hearing on the matter will be conducted before the undersigned in accordance with the provisions of Title 18, United States Code, Section 923(f) and Title 27, Code of Federal Regulations, Part 478, Subpart E.   As provided in 27 C.F.R. § 478.76, an applicant or licensee may be represented at a hearing.  Further, an applicant or licensee may submit relevant evidence and have witnesses appear on its behalf.

-2-

The Outdoorsmans Attic, LLC

All persons attending the hearing must bring a form of state or federally issued identification (e.g., driver's license or passport) for entry. Additionally, all persons attending the hearing are prohibited from bringing firearms, explosives, or other dangerous weapons into the federal building where the hearing is to occur or onto federal property. *See* 18 U.S.C. § 930; 41 C.F.R. § 102-74, Subpart C.

In advance of a hearing, ATF will identify the documents it intends to use as evidence and requests that you do the same. Additionally, please complete the enclosed Hearing Confirmation postmarked within five business days and return it to the following address:

Paul W. Brown
Director, Industry Operations
Denver Field Division
Bureau of Alcohol, Tobacco, Firearms and Explosives
950 17th Street, Suite 1800
Denver, Colorado 80202

The Hearing Confirmation may also be e-mailed to paul.brown@atf.gov.

If there is an emergency delay on the day of the hearing, please contact ATF Division Counsel Stuart Browne at 303-880-7382.

Issued this 8th day of August, 2024.

*Paul W. Brown*

Paul W. Brown
Director, Industry Operations
Denver Field Division

Enclosure

USA_0181

The Outdoorsmans Attic, LLC, FFL#: 5-84-005-01-6M-03814

To:    Director, Industry Operations
       ATTN:  Paul W. Brown
       Denver Field Division
       950 17th Street, Suite 1800
       Denver, Colorado 80202

       paul.brown@atf.gov

## HEARING CONFIRMATION

I hereby confirm that the hearing on the Notice to Revoke or Suspend License and/or Impose a Civil Fine will be held at **9:00 A.M.** on **Wednesday, September 25, 2024**, at **ATF's Denver Field Division office, 950 17th Street, Suite 1800, Denver, Colorado 80202.**

I anticipate that the following persons will attend the hearing as my representative(s) or witness(es).

Bill Paddock

Scott C. Allan - RLF

_____

_____

_____

I understand that if I fail to appear for the hearing as scheduled, the hearing will occur in my absence.

Scott C. Allan                          Date: 8/30/24

The Outdoorsmans Attic, LLC

USA_0182

# EXHIBIT 4

USA_0183

## Acknowledgement of Federal Firearms Regulations
Page references are in ATF P 5300.4** (Sept. 2005)

| Licensee Name: | UI Number: |
|---|---|
| The Outdoorsman's Attic | 788070-2012-0028-B1B |

| TOPIC | 27 CFR & Other References | Page Number |
|---|---|---|
| **1. DEFINITIONS** | | |
| X  Engaged in the Business | 478.11 | 37 |
| X  Firearm Frame or Receiver | 478.11 | 37 |
| X  Identification Document | 478.11 | 38 |
| X  Curios or Relics / ATF P 5300.11** | 478.11 | 36-37 |
| X  Antique Firearm | 478.11 | 36 |
| X  Short Barreled Rifle & Shotgun | 478.11 | 40 |
| X  Ammunition | 478.11 | 36 |
| **2. REQUIRED RECORDS & REPORTS** | | |
| X  Acquisition and Disposition Record | 478.125(e) & ATF Ruling 2008-2 | 67 |
| X  Transaction Record/ATF F 4473** | 478.124 | 64-66 |
| X  Report of Multiple Handgun Sales/ATF F 3310.4** | 478.126a | 69 |
| X  Reporting Thefts or Losses/ATF F 3310.11** | 478.39a | 45 |
| X  Retention of Records | 478.129 | 69-70 |
| **3. CONDUCT OF BUSINESS** | | |
| X  NICS Requirements | 478.102 & 478.131 | 55-56 & 70 |
| X  Secure Gun Storage or Safety Device | 921(a), 922(z), & 923(d)(1)(G) | 8 & 16-18 |
| X  Child Safety Lock Act | 18 U.S.C. 922(z) | 16-17 |
| X  Sales or Deliveries between Licensees | 478.94 & 478.95 | 53 |
| X  FFL EZ Check | www.atfonline.gov/fflezcheck | |
| X  Gun Show Guidelines** | 478.100 | 55 |
| X  Out of State/Mail Order and Internet Sales | 478.96 | 53 |
| X  Prohibited Sales and Deliveries | 478.99 | 54-55 |
| X  Sales to Law Enforcement Officers | 478.134 | 70-71 |
| X  Sales to Resident/Non-resident Aliens / ATF P 5300.18** | General Info. # 5 | 157 |
| X  Youth Handgun Safety Act (YHSA)-Sales of handguns | 18 U.S.C. 922(x) | 15-16 |
| X  Youth Handgun Safety Act Poster and Notices** | 18 U.S.C. 922(x) & 478.103 | 15-16 & 56-57 |
| X  Obliterated Serial Number | 478.34 | 44 |
| **4. LICENSES** | | |
| X  Correction of Error | 478.48 | 49 |
| X  Posting of License | 478.91 | 51 |
| X  Renewal/Duration | 478.45 & 478.49 | 48 & 49 |
| X  Premises Covered | 478.50 | 49 |
| X  Reporting Changes of Address / ATF F 5300.38** | 478.52 | 49 |
| X  Reporting Changes in Trade Name | 478.53 | 49 |
| X  Reporting Changes of Control | 478.54 | 49 |
| X  Discontinuance of Business | 478.57 & 478.127 | 50 & 69 |
| **5. MISCELLANEOUS PROVISIONS** | | |
| X  Right of Entry and Examination | 478.23 | 41 |
| X  Tracing Request from ATF | 478.25a | 42 |
| X  "Straw" Purchase | 478.128 & General Info. # 15 | 69 & 166 |
| X  Compliance with State Law Publication / ATF P 5300.5** | 478.24 | 41-42 |
| X  Consignment of Firearms | 478.124(a), Q&A Section F15, | 64 & 183-184 |
| X  Personal Firearms / ATF P 3312.8** | 478.125a | 68 |
| X  Firearm Transportation | 478.38 | 45 |
| **6. STATE LAWS AND LOCAL ORDINANCES** | | |
| X  Review of basic concepts including licenses, waiting periods, concealed carry permits. | | |
| **7. GUNSMITH ACTIVITIES** | N/A | |
| X  Gunsmithing | 478.124(a), Q&A Section I | 64 & 185 |
| X  Gunsmith Recordkeeping | 478.124(a) & .125(e), ATF Ruling 77-1 | 64, 67 & 126 |
| X  Return of Repaired Firearm | 478.124(a), Q&A Section I | 64 & 185 |
| X  Firearms & Ammunition Excise Tax - Contact TTB | www.ttb.gov/firearms | 877-882-3277 |

** Provide a copy of the form or publication and explain the requirements for completing the forms.

Page 1 of 2

Exhibit 1

USA_0184

## Acknowledgement of Federal Firearms Regulations
Page references are in ATF P 5300.4** (Sept. 2005)

| Licensee Name: | UI Number: |
|---|---|
| The Outdoorsman's Attic | 788070-2012-0028-B1B |

| TOPIC | 27 CFR & Other References | Page Number |
|---|---|---|
| **8. FIREARMS & AMMUNITION MANUFACTURERS** N/A [X] | | |
| ☐ Manufacturer Definition | 478.11 and 479.11 | 38 & 83 |
| ☐ Markings | 478.92 & 479.102 | 51-53 & 92-93 |
| ☐ Records | 478.123 and 478.125(i) | 64 & 68 |
| ☐ Annual Firearms Manufacturing & Exportation Report / ATF F 5300.11** | | |
| ☐ Firearms & Ammunition Excise Tax-Contact TTB | www.ttb.gov/firearms | 877-882-3277 |
| ☐ NFA Firearms | 479.103 | 93 |
| ☐ Special Occupational Tax / ATF F 5630.7** | 479.31-479.37 | 85-87 |
| **9. NFA DEALER** N/A [X] | | |
| ☐ Authorized Operations | ATF Ruling 76-22 | 126 |
| ☐ NFA Firearms | Part 479 | 80-98 |
| ☐ General Information / ATF P 5320.8** | Q&A Section M | 187-190 |
| ☐ Forms used to transfer NFA items | NFA Forms 1,2,3,4 & 5** | |
| ☐ Special Occupational Tax / ATF F 5630.7** | 479.31-479.37 | 85-87 |
| **10. IMPORTER** N/A [X] | | |
| ☐ Importer Definition | 478.11 | 38 |
| ☐ Importation Acquisition & Disposition Record | 478.122 and 478.125(i) | 63-64 & 68 |
| ☐ Markings | 478.92 & 479.102 | 51-53 & 92-93 |
| ☐ ATF Forms 6 and 6A** | 478.112 | 58-59 |
| ☐ Firearm & Ammunition Excise Tax-Contact TTB | www.ttb.gov/firearms | 877-882-3277 |
| ☐ NFA Firearms | 479.111-479.113 | 94-96 |
| **11. EXPORTATION** N/A [X] | | |
| ☐ Arms Export Control Act of 1976 | 22 U.S.C. 2778 | 99-101 |
| **12. SCHOOL ZONE** N/A [⤬] | ATF P 5310.1** | |

☐ If the FFL's premises falls within 1,000 feet of a school zone, firearms in possession of FFL's customers must be unloaded and placed in a locked container or in a locked firearms rack that is on a motor vehicle. Also, the FFL should use specific means to ensure that their customers are not in violation of 18 U.S.C. 922(q). For example, the FFL could advise the customer of State permits/license options or the use of lockable containers.

**13. GENERAL QUESTIONS AND ANSWERS** 170-202

[X]

Investigator _Kris Babcock_ explained this information to me on _11 , 14 , 11_ and answered my questions regarding this information. I have received a copy of this for my records as a reference. I understand that this is only a general overview of the regulations and that I will be responsible for familiarizing myself with all of the laws and regulations governing my licensed firearms business.

_11-14-11_
Applicant's/Licensee's Signature and Date

_1/14/11_
ATF Investigator Signature and Date

**ATF Website: www.atf.gov**

**ATF Office Contact #: (        )**

**Additional ATF Publications**

ATF P 3317.2 - Safety Security Information for Federal Firearms Licensees

ATF P 5300.15 - Federal Firearms Licensee Quick Reference and Best Practices Guide

| | |
|---|---|
| Federal Firearms Licensing Center | 866-662-2750 |
| Firearms Tracing Center | 800-788-7133 |
| Firearms Imports Branch | 304-616-4550 |
| National Firearms Act (NFA) Branch | 304-616-4500 |
| Firearms Technology Branch | 304-260-1699 |
| Firearms Industry Programs Branch | 202-648-7190 |
| **REPORTING THEFTS** | 888-930-9275 |
| | 800-800-3855 |

Revised 8/25/11

Page 2 of 2

** Provide a copy of the form or publication and explain the requirements for completing the forms.

Exhibit I

USA_0185

# EXHIBIT 5

USA_0186

## Acknowledgement of Federal Firearms Regulations
Page references are in Federal Firearms Regulations Reference Guide (ATF P 5300.4 - December 2014)

| Licensee Name: | UI Number: |
|---|---|
| The Outdoorsmans Attic LLC | FCJ - 938 |

| TOPIC | 18 U.S.C., 27 CFR & Other References | Page Number |
|---|---|---|
| **1. REQUIRED RECORDS & REPORTS** | | |
| Acquisition and Disposition Record | 478.125(e) | 65 |
| Computerized Acquisition and Disposition Record | ATF Ruling 2016-1 | 170 |
| Transaction Record/ATF F 4473** | 478.124 | 63-64 |
| Identification Document | 478.11 | 37 |
| Report of Multiple Handgun Sales/ATF F 3310.4** | 478.126a | 67 |
| Report of Multiple Rifle Sales/ATF F 3310.12** | 923(g)(5)(A) & Demand Letter 3 | 22 |
| (CA, AZ, NM, and TX FFLs ONLY) | | |
| Reporting Thefts or Losses/ATF F 3310.11** | 478.39a | 45 |
| Retention of Records | 478.129 | 68-69 |
| **2. CONDUCT OF BUSINESS** | | |
| Firearm Frame or Receiver | 478.11 | 37 |
| NICS Requirements | 478.102 & 478.131 | 53-54 & 68 |
| | www.fbi.gov/hq/cjisd/nics/index.htm | |
| Secure Gun Storage or Safety Device | 921(a), 922(z), & 923(d)(1)(G) | 10,15-16 & 19-20 |
| Child Safety Lock Act | 18 U.S.C. 922(z) | 19 |
| Sales or Deliveries between Licensees | 478.94 & 478.95 | 51 |
| FFL EZ Check | www.atfonline.gov/fflezcheck | |
| Gun Show Guidelines** | 478.100 | 53 |
| Out of State/Mail Order and Internet Sales | 478.96 | 51-52 |
| Prohibited Sales and Deliveries | 478.99 | 52-53 |
| Ammunition - Age Requirements for Handgun Ammunition | 478.99(b)(1) | 52 |
| Sales to Law Enforcement Officers | 478.134 | 68-69 |
| Youth Handgun Safety Act- Sales of Handguns / Poster and Notices | 478.103 | 54-56 |
| Obliterated Serial Number | 478.34 | 44 |
| Short Barreled Rifle & Shotgun | 478.11 | 39 |
| **3. LICENSES** | | |
| Engaged in the Business | 478.11 | 36 |
| Correction of Error | 478.48 | 47 |
| Posting of License | 478.91 | 50 |
| Renewal/Duration | 478.45 & 478.49 | 46 & 47 |
| Premises Covered | 478.50 | 47 |
| Reporting Changes of Address / ATF F 5300.38** | 478.52 | 48 |
| Reporting Changes in Trade Name | 478.53 | 48 |
| Reporting Changes of Control | 478.54 | 48 |
| Discontinuance of Business | 478.57 & 478.127 | 48 & 67 |
| **4. MISCELLANEOUS PROVISIONS** | | |
| Right of Entry and Examination | 478.23 | 40 |
| Tracing Request from ATF | 478.25a | 41 |
| "Straw" Purchase | 478.128 | 67-68 |
| Curios or Relics / ATF P 5300.11** | 478.11 | 36 |
| Antique Firearm / Muzzleloader (Conversion Exceptions) | 478.11 & General Info, #7 | 35 & 185 |
| Consignment of Firearms | 478.124(a), Q&A Section G22 | 63 & 204 |
| Personal Firearms / ATF P 3312.8** | 478.125a | 66-67 |
| Firearm Transportation | 478.38 | 44 |
| **5. STATE LAWS AND LOCAL ORDINANCES** | | |
| Compliance with State Law Publication / ATF P 5300.5** | 478.24 | 40-41 |
| Review of basic requirements including additional licenses, waiting periods, concealed carry permits, and firearms permits. | | |
| **6. GUNSMITH ACTIVITIES** N/A | | |
| Gunsmithing Definition | 478.11 Engaged in the business (d) | 36 |
| Gunsmith Recordkeeping | 478.11, Q&A D15(b), ATF Ruling 76-1 | 63 & 65, 124 |
| Return of Repaired Firearms | 478.124, Q&A Section J | 63 & 205 |
| Firearms & Ammunition Excise Tax - Contact Tax & Trade Bureau | www.ttb.gov/firearms | 877/882-3277 |

USA_0187

## Acknowledgement of Federal Firearms Regulations
Page references are in Federal Firearms Regulations Reference Guide (ATF P 5300.4 - December 2014)

| Licensee Name: | FL Number: |
|---|---|
| The Outdoorsmans Attic LLC | FCI-938 |

| TOPIC | | 18 U.S.C., 27 CFR & Other References | Page Number |
|---|---|---|---|
| **7.** | **FIREARMS & AMMUNITION MANUFACTURERS** N/A ☑ | | |
| | Manufacturer Definition | 478.11 and 479.11 | 37 & 81 |
| | Markings | 478.92 , 479.102, Rulings 9-5, 12-1 & 13-3 | 50-51 & 89-90 |
| | Records | 478.123 & 478.125(i), ATF Ruling 10-8 | 63-66 & 156 |
| | Annual Firearms Manufacturing & Exportation Report / ATF F 5300.11** | | |
| | Firearms & Ammunition Excise Tax-Contact Tax & Trade Bureau | www.ttb.gov firearms | 877-882-3277 |
| | NFA Firearms | 479.103 | 90 |
| | Special Occupational Tax / ATF F 5630.7** | 479.31-479.37 | 82-84 |
| **8.** | **NFA DEALER** N/A ☑ | | |
| | Authorized Operations | ATF Ruling 76-22 | 124 |
| | NFA Firearms | Part 479 | 78-97 |
| | General Information / ATF P 5320.8** | Q&A Section N | 208-210 |
| | Forms used to transfer NFA items | NFA Forms 1,2,3,4 & 5** | |
| | Special Occupational Tax / ATF F 5630.7** | 479.31-479.37 | 82-84 |
| **9.** | **IMPORTER** N/A ☑ | | |
| | Importer Definition | 478.11 | 37 |
| | Importation Acquisition & Disposition Record | 478.122 & 478.125(i), ATF Ruling 11-1 | 62 & 160 |
| | Markings | 478.92/112(d)(2) & 479.102, Ruling 13-3 | 50/57 & 89-90 |
| | ATF Forms 6 and 6A** | 478.112 | 56-57 |
| | Firearm & Ammunition Excise Tax-Contact Tax & Trade Bureau | www.ttb.gov/firearms | 877-882-3277 |
| | NFA Firearms | 479.111-479.113 | 91-92 |
| **10.** | **EXPORTATION** N/A ☑ | | |
| | Arms Export Control Act of 1976 | 22 U.S.C. 2778 | 95-106 |
| **11.** | **SCHOOL ZONE** N/A ☑ | ATF P 5310.1** | |

☐ If the FFL's premises falls within a school zone, firearms in possession of FFL's customers must be unloaded and placed in a locked container or in a locked firearms rack that is on a motor vehicle. Also, the FFL should use specific means to ensure that their customers are not in violation of 18 U.S.C. 922(q). For example, the FFL could advise the customer of State permits license options or the use of lockable containers. Refer to 18 U.S.C. 921(a)25 on page 7 for the full definition of "School Zone".

**12. GENERAL QUESTIONS AND ANSWERS**  191-217

☐

Investigator _Tony Bradley_ explained this information to me on _11, 19, 18_ and answered my questions regarding this information. I have received a copy of this for my records as a reference. I understand that this is only a general overview of the regulations and that I will be responsible for familiarizing myself with all of the laws and regulations governing my licensed firearms business.

_____ 11/19/18
Applicant's Licensee's Signature and Date

_____ 11/19/18
ATF Investigator Signature and Date

Federal Firearms Regulations Reference Guide: www.atf.gov/file/11241/download

| | | |
|---|---|---|
| | Federal Firearms Licensing Center | 866-662-2750 |
| **ATF Website: www.atf.gov** | Firearms Tracing Center | 800-788-7133 |
| **ATF Office Contact #:** | Firearms Imports Branch | 304-616-4550 |
| | National Firearms Act (NFA) Branch | 304-616-4500 |
| **REPORTING THEFTS:** 888-930-9275 | Firearms and Ammunition Technology Branch | 304-260-1699 |
| 800-800-3855 | Firearms Industry Programs Branch | 202-648-7190 |
| | Distribution Center / Forms | 703-870-7526 |

*Revised 9/21/2016*

** Provide a copy of the form or publication (or refer to www.atf.gov for an e-copy) and explain the requirements for completing the forms.    Page 2 of 2

USA_0188

# EXHIBIT 6

USA_0189

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Violations**

FFL: THE OUTDOORSMANS ATTIC LLC
Inspection: FCI-938
Date Generated: 11/19/2018
RDS Key: 5-84-03814
Lead Industry Operations Investigator: Tony Bradley Jr

| | Regulation | Corrective Action(s) | Instance Details |
|---|---|---|---|
| 1 | 27 CFR 478.125(e): Failure to maintain an accurate/complete/timely acquisition and disposition record of firearms<br><br>Number of Instances: 1 | Accurately, completely & timely record all required future firearm disposition information.<br>Amend/Update A&D Record to accurately record all required firearm disposition information.<br>The violation was corrected immediately. | Disposition Not Recorded (Reconciled), SMITH & WESSON, 17, K726748, REVOLVER, 22 |
| 2 | 27 CFR 478.21(a): Failure to complete forms as prescribed<br><br>Number of Instances: 1 | Ensure that all ATF Form 4473 items, as required by form headings and instructions, are accurately completed on all future transactions.<br>The violation cannot be corrected. | ATF F 4473 Error/Omission, 11a, No, 1747/2453, Jim Delano, 2/8/2018 |
| 3 | 27 CFR 478.124(c)(1): Failure to obtain a completed ATF F 4473<br><br>Number of Instances: 2 | Ensure that all required ATF Form 4473 Section A items are completed/provided by the transferee/buyer on all future transactions.<br>The violation cannot be corrected. | ATF F 4473 Error/Omission, 12a, Blank Item, 1747/2453, Jim Delano, 2/8/2018<br>ATF F 4473 Error/Omission, 12d.2, Blank Item, 1978, Jeffrey Sucher, 10/31/2018 |
| 4 | 27 CFR 478.124(c)(3)(iv): Failure to record NICS contact information on an ATF F 4473<br><br>Number of Instances: 3 | Ensure that all required NICS/POC background check information is obtained, validated and accurately recorded on all future ATF Forms 4473, Section B.<br>The violation cannot be corrected. | ATF F 4473 Error/Omission, 19a, Blank Item, 1978, Jeffrey Sucher, 10/31/2018<br>ATF F 4473 Error/Omission, 19b, Blank Item, 1978, Jeffrey Sucher, 10/31/2018<br>ATF F 4473 Error/Omission, 19c, Blank Item, 1978, Jeffrey Sucher, 10/31/2018 |

**Signature(s)**

My signature below certifies that on Monday, November 19, 2018 ATF IOI Tony Bradley Jr reviewed the above information with me and answered my questions regarding this information. I understand I can receive a copy of this for my records. I understand that this is only a general overview of the violations and that I will be responsible for familiarizing myself with all of the laws and regulations governing my licensed/permitted business.

Printed Name:
WILLIAM PADDOCK
Signature Date:
Monday, November 19, 2018

1

USA_0190

EXHIBIT 7

USA_0191

Case No. 1:25-cv-00112-GPG-CYC   Document 21-2   filed 05/15/25   USDC Colorado   pg 42 of 49

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Violations**

USA_0192

**FFL:** THE OUTDOORSMANS ATTIC LLC
**Inspection:** FCI-51193
**Date Generated:** 5/24/2024
**RDS Key:** 5-84-03814
**Lead Industry Operations Investigator:** Gregory Paa

USA_0193

| Regulation | Corrective Action(s) | Number of Forms | Number of Instances | Date Amended |
|---|---|---|---|---|
| 27 CFR 478.124(c)(1): Failure to obtain a completed ATF F 4473 | • Ensure that all required ATF Form 4473 Section B items are completed/provided by the transferee/buyer on all future transactions.<br>• Execute and retain a complete and accurate ATF Form 4473 on all future firearm transactions. | 3 | 3 | |
| 27 CFR 478.124(c)(3)(i): Failure to verify or record Identification document on ATF F 4473 | • Execute and retain a complete and accurate ATF Form 4473 on all future firearm transactions. | 1 | 1 | |
| 27 CFR 478.128(c): False statement made by a licensee on any ATF record | • Cease and desist from engaging in deceptive practices. | | 15 | 03/27/2024 |
| 18 U.S.C. § 2 & 18 U.S.C. § 922(a)(1)(A): Aiding and abetting dealing, importing, manufacturing without a license | Cease and desist from willfully transferring firearms to non-licensees whose intent is to engage in the business of dealing firearms without a license. | | 1 | 05/24/2024 |

My signature below certifies that I acknowledge I have reviewed the above information. I understand that this is only a general overview of the violations and that I will be responsible for familiarizing myself with all of the laws and regulations governing my licensed/permitted business.

Signature _____ Date _5/28/24_____

Printed Name _____

USA_0194

Case No. 1:25-cv-00112-GPG-CYC   Document 21-2   filed 05/15/25   USDC Colorado   pg 44 of 49

USA_0195

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Violations Instance Details**

**FFL:** THE OUTDOORSMANS ATTIC LLC
**Inspection:** FCI-51193
**Date Generated:** 5/24/2024
**RDS Key:** 5-84-03814
**Lead Industry Operations Investigator:** Gregory Paa

| | Regulation/Violation | Instance Details | Version | Nature of Discrepancy |
|---|---|---|---|---|
| 1 | 27 CFR 478.124(c)(1): Failure to obtain a completed ATF F 4473 | 1: ATF F 4473 Error/Omission, 15, Incorrect, 2023-0546, Baltierra Casillas, Ramon, 5/9/2023 | 2022 | 1: Buyer used '2023' for birth year. |
| | | 2: ATF F 4473 Error/Omission, 21g, Blank Item, 2023-0515, Tarolli, Christopher, 5/2/2023 | 2022 | 2: Buyer failed to answer question 21g. |
| | | 3: ATF F 4473 Error/Omission, 21l, Blank Item, 2023-0944, Koiulz, Jared, 11/25/2023 | 2023 | 3: Buyer failed to answer Question 21l. |
| 2 | 27 CFR 478.124(c)(3)(i): Failure to verify or record Identification document on ATF F 4473 | 1: ATF F 4473 Error/Omission, 26b, Incorrect, 2023-0464, Zientek, Adrian, 4/20/2023 | 2022 | 1: Transferor accepted documentation that does not meet the requirements of a Supplemental Government Issued Document (Xcel Energy Bill). |

Case No. 1:25-cv-00112-GPG-CYC   Document 21-2   filed 05/15/25   USDC Colorado   pg 46 of 49

USA_0196

| 3 | 27 CFR 478.128(c): False statement made by a licensee on any ATF record | 1: In one instance, A&D entry 6712, Noreen Firearms, ULR, S N: U3309, was recorded as being acquired from Carlos Anaua. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record. <br><br> 2: In one instance, A&D entry 6713, FN USA, Scar 16S, S/N: L1C12437, was recorded as being acquired from Carlos Anaua. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record. <br><br> 3: In one instance, A&D entry 6737, Colt, Government Model Series 70, S/N: GV035287, was recorded as being acquired from Carlos Anaya. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record. <br><br> 4: In one instance, A&D entry 7477, Sig, P320, S/N: FCU337574, was recorded as being acquired from Carlos Anaya. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record. <br><br> 5: In one instance, A&D entry 7508, SCCY, CPX-2, S/N: 410731, was recorded as being acquired from Carlos Anaya. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record. <br><br> 6: In one instance, A&D entry 6843, SCCY, CPX-2, S/N: C193884, was recorded as being acquired from Jorge Miranda. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record. <br><br> 7: In one instance, A&D entry 6844, Glock, G19, S/N: BUPF721, was recorded as being acquired from Jorge Miranda. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record. | | 1: In one instance, A&D entry 6712, Noreen Firearms, ULR, S/N: U3309, was recorded as being acquired from Carlos Anaua. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record. <br><br> 2: In one instance, A&D entry 6713, FN USA, Scar 16S, S/N: L1C12437, was recorded as being acquired from Carlos Anaua. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record. <br><br> 3: In one instance, A&D entry 6737, Colt, Government Model Series 70, S/N: GV035287, was recorded as being acquired from Carlos Anaya. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record. <br><br> 4: In one instance, A&D entry 7477, Sig, P320, S N: FCU337574, was recorded as being acquired from Carlos Anaya. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record. |

Case No. 1:25-cv-00112-GPG-CYC   Document 21-2   filed 05/15/25   USDC Colorado   pg 47 of 49

8. In one instance, A&D entry 6845, Glock, G48, S/N: BLGY185, was recorded as being acquired from Jorge Miranda. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record.

9. In one instance, A&D entry 6846, Glock, G26, S/N: BELD125, was recorded as being acquired from Jorge Miranda. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record.

10. In one instance, A&D entry 6847, Glock, G19, S/N: BVTN563, was recorded as being acquired from Jorge Miranda. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record.

11. In one instance, A&D entry 6848, Glock, G19, S/N: BUWE718, was recorded as being acquired from Jorge Miranda. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record.

12. In one instance, A&D entry 6849, Smith & Wesson, M&P9, S/N: NMH7997, was recorded as being acquired from Jorge Miranda. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record.

13. In one instance, A&D entry 6850, FSAAP, FR-9, S/N: B00349, was recorded as being acquired from Jorge Miranda. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record.

14. In one instance, A&D entry 6851, FSAAP, FR-16, S/N: AD1495, was recorded as being acquired from Jorge Miranda. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record.

15. In one instance, A&D entry 6852, FSAAP, FR-9, S/N: B00196, was recorded as being acquired from Jorge Miranda. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record.

5. In one instance, A&D entry 7508, SCCY, CPX-2, S/N: 410731, was recorded as being acquired from Carlos Anaya. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record.

6. In one instance, A&D entry 6843, SCCY, CPX-2, S/N: C193884, was recorded as being acquired from Jorge Miranda. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record.

7. In one instance, A&D entry 6844, Glock, G19, S/N: BUPF721, was recorded as being acquired from Jorge Miranda. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record.

8. In one instance, A&D entry 6845, Glock, G48, S/N: BLGY185, was recorded as being acquired from Jorge Miranda. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record.

9. In one instance, A&D entry 6846, Glock, G26, S/N: BELD125, was recorded as being acquired from Jorge Miranda. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record.

10. In one instance, A&D entry 6847, Glock, G19, S/N: BVTN563, was recorded as being acquired from Jorge Miranda. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record.

USA_0197

USA_0198

| | | | 11: In one instance, A&D entry 6848, Glock, G19, S/N: BUWE718, was recorded as being acquired from Jorge Miranda. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record. |
| | | | 12: In one instance, A&D entry 6849, Smith & Wesson, M&P9, S/N: NMH7997, was recorded as being acquired from Jorge Miranda. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record. |
| | | | 13: In one instance, A&D entry 6850, FSAAP, FR-9, S/N: B00349, was recorded as being acquired from Jorge Miranda. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record. |
| | | | 14: In one instance, A&D entry 6851, FSAAP, FR-16, S/N: AD1495, was recorded as being acquired from Jorge Miranda. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record. |
| | | | 15: In one instance, A&D entry 6852, FSAAP, FR-9, S/N: B00196, was recorded as being acquired from Jorge Miranda. Utilizing the information disclosed in other ATF investigation, the licensee was cited with 27 CFR 478.128(c): False statement made by a licensee on any ATF record. |

ATF E-FORM 5030.5
Revision Date: October 2022

Case No. 1:25-cv-00112-GPG-CYC   Document 21-2   filed 05/15/25   USDC Colorado   pg 49 of 49

USA_0199

| | Regulation/Violation | Instance Details | Version | Nature of Discrepancy |
|---|---|---|---|---|
| 4 | 18 U.S.C. § 2 & 18 U.S.C. § 922 (a)(1)(A): Aiding and abetting dealing, importing, manufacturing without a license | 1: Licensee willfully aided and abetted a non-licensee, Leonel Castillo, to engage in the business of dealing firearms without a Federal firearms license. | | 1: Licensee willfully aided and abetted a non-licensee, Leonel Castillo, to engage in the business of dealing firearms without a Federal firearms license. |

ATF E-FORM 5030.5
Revision Date  October 2022