# EXHIBIT 8

USA_0200

# THE OUTDOORSMANS ATTIC

5-84-005-01-3M-03814 · 2650 W HAMPDEN AVE · SHERIDAN · CO · 80110

| | | | |
|---|---|---|---|
| Acquisition Date: | 1/12/2023 11:39:13 AM | Acquired From: | CARLOS MANUEL ANAYA |
| Type: | Private Party Transfer | | 15583 E 98TH PL |
| Purchase Order: | | | COMMERCE CITY, CO 80022 |
| Invoice: | | | US |
| Shipment Tracking: | | | |

Notes:

Licenses:

| Type | Number | Expiration |
|---|---|---|
| DL | 10-260-0416 | 2/22/2027 |

# THIS REPRINT MAY NOT MATCH THE RECEIPT PRINTED AT THE TIME OF ACQUISITION

Total Items: 1

| Item Number | Manufacturer | Importer | Model | Caliber | Serial | Type | Location |
|---|---|---|---|---|---|---|---|
| 6737 | COLTS PT. F.A. MFG CO USA | | GOVERNMENT MODEL SERIES 70 | 45 AUTO | GV035287 | PISTOL | |

USA_0201

# EXHIBIT 9

USA_0202



# EXHIBIT 10

USA_0204



# EXHIBIT 11

USA_0206

| 6843 | SCCY INDUSTRIES USA | CPX-2 | C193884 | PISTOL | 9 MM | 2/2/2023 | JORGE ANTONIO MIRANDA 3124 WHEELING ST AURORA, CO 80011 US | 2/3/2023 | MICHAEL NMN ESPARZA | 13054 LACKLAND DR DENVER, CO 80239 US 2023-0131 |
| 6844 | GLOCK AUSTRIA GLOCK USA | G19 | BUPF721 | PISTOL | 9 MM | 2/2/2023 | JORGE ANTONIO MIRANDA 3124 WHEELING ST AURORA, CO 80011 US | 2/2/2023 | MICHAEL NMN ESPARZA | 13054 LACKLAND DR DENVER, CO 80239 US 2023-0127 |
| 6845 | GLOCK AUSTRIA GLOCK USA | G48 | BLGY185 | PISTOL | 9 MM | 2/2/2023 | JORGE ANTONIO MIRANDA 3124 WHEELING ST AURORA, CO 80011 US | 2/7/2023 | DOROTHY MARIE VIGIL | 2506 S ARGONNE ST AURORA, CO 80013 US 2023-0145 |
| 6846 | GLOCK AUSTRIA GLOCK USA | G26 GEN 4 | BELD125 | PISTOL | 9MM | 2/2/2023 | JORGE ANTONIO MIRANDA 3124 WHEELING ST AURORA, CO 80011 US | 2/3/2023 | KIMBERLY LISA HALE | 14724 HIGH ST THORNTON, CO 80602 US 2023-0130 |
| 6847 | GLOCK AUSTRIA GLOCK USA | G19 | BVTN563 | PISTOL | 9 MM | 2/2/2023 | JORGE ANTONIO MIRANDA 3124 WHEELING ST AURORA, CO 80011 US | 2/3/2023 | OSCAR NMN CARRILLO GAYTEN | 1938 PAYNE CT LOT 251 AURORA, CO 80011 US 2023-0135 |

| 6848 | GLOCK AUSTRIA GLOCK USA | G19 | BJWEP18 | PISTOL | 9 MM | 2/2/2023 | JORGE ANTONIO MIRANDA 3124 WHEELING ST AURORA, CO 80011 US | 2/4/2023 | JOSE ANGEL OCHOA PEREZ | 250 S JULIAN ST DENVER, CO 80219 US 2023-0136 |
| 6849 | SMITH & WESSON | M&P9 M2.0 | NMH7597 | PISTOL | 9 MM | 2/2/2023 | JORGE ANTONIO MIRANDA 3124 WHEELING ST AURORA, CO 80011 US | 2/3/2023 | ROBERTO NMN LOPEZ DIAZ JR | 2367 BILLINGS ST AURORA, CO 80011 US 2023-0134 |
| 6850 | FSAAP USA | FR-9 | B00349 | PISTOL | 9MM | 2/2/2023 | JORGE ANTONIO MIRANDA 3124 WHEELING ST AURORA, CO 80011 US | 2/11/2023 | JESUS NMN GUTIERREZ FLORES | 1644 S DALE CT DENVER, CO 80219 US 2023-0177 |
| 6851 | FSAAP USA | FR-16 | A01495 | PISTOL | 5 56 | 2/2/2023 | JORGE ANTONIO MIRANDA 3124 WHEELING ST AURORA, CO 80011 US | 2/2/2023 | ALEXIS NMN CHAVEZ | 2551 W 92ND AVE LOT #396 DENVER, CO 80260 US 2023-0129 |
| 6852 | FSAAP USA | FR-9 | B00196 | PISTOL | 9MM | 2/2/2023 | JORGE ANTONIO MIRANDA 3124 WHEELING ST AURORA, CO 80011 US | 2/2/2023 | ALAN ARTURO CHAVEZ | 15646 E 51ST PL DENVER, CO 80239 US 2023-0128 |

| 6712 | NOREEN FIREARMS LLC USA | ULR | L-3309 | RIFLE | 50 BMG | 1/7/2023 | CARLOS MANUEL ANAIA 15583 E 98TH PL COMMERCE CITY, CO 80022 US | 1/7/2023 | SANTIAGO NMN TORRES BARBA | 5168 W COLUMBIA PL DENVER, CO 80236 US 2023-0024 | Acquire First Name changed from SERGIO, Acquire Middle Name changed from LIVIO, Acquire Last Name changed from ORDONEZ, Acquire Address 1 changed from 5199 S SHERIDAN BLVD, Acquire City changed from LITTLETON, Acquire Postal Code changed from 80123, on 1/7/2023 by FFLoutdoorattic@gmail.com |
| 6713 | FN USA | SCAR 16S | L1C12437 | RIFLE | 5.56 | 1/7/2023 | CARLOS MANUEL ANAIA 15583 E 98TH PL COMMERCE CITY, CO 80022 US | 1/7/2023 | SANTIAGO NMN TORRES BARBA | 5168 W COLUMBIA PL DENVER, CO 80236 US 2023-0024 | |
| 6737 | COLTS PT F.A. MFG CO USA | GOVERNMENT MODEL SERIES 70 | GV035287 | PISTOL | 45 AUTO | 1 12/2023 | CARLOS MANUEL ANAYA 15583 E 98TH PL COMMERCE CITY, CO 80022 US | 1/12/2023 | KARDELL LARON COLLINS | 4813 CHANDLER ST DENVER, CO 80239 US 2023-0045 | |
| 7477 | SIGARMS INC USA | P320 | FCU337574 | PISTOL | 9 MM | 4/27/2023 | CARLOS MANUEL ANAYA 15583 E 98TH PL COMMERCE CITY, CO 80022 US | 5/5/2023 | MARCOS IRINEO JOSE RUVALCABA | 2135 S DEPEW ST DENVER, CO 80227 US 2023-0538 | |
| 7508 | SCCY INDUSTRIES USA | CPX-2 | 410731 | PISTOL | 9MM | 5/5/2023 | CARLOS MANUEL ANAYA 15583 E 98TH PL COMMERCE CITY, CO 80022 US | 5/6/2023 | MONIQUE YVONNE LUCERO | 1245 S BELLAIRE ST DENVER, CO 80264 US 2023-0542 | |

USA_0208

Acquisition Receipt - FastBound

# THE OUTDOORSMANS ATTIC

5-84-005-01-6M-03814 · 2650 W HAMPDEN AVE · SHERIDAN · CO · 80110

Acquisition Date:    1/5/2023 10:58:57 AM          Acquired From:   Jorge Antonio Miranda
Type:                Private Party Transfer                          3124 wheeling st
Purchase Order:                                                      Aurora, CO 80011
Invoice:                                                             US
Shipment
Tracking:

Notes:

# THIS REPRINT MAY NOT MATCH THE RECEIPT PRINTED AT THE TIME OF ACQUISITION

Total Items: 4

| Item Number | Manufacturer | Importer | Model | Caliber | Serial | Type | Location |
|---|---|---|---|---|---|---|---|
| 6693 | GLOCK USA | | GLOCK 44 | 22 LR | AGZE207 | PISTOL | |
| 6694 | SMITH & WESSON | | M&P BODYGUARD BG380 | 380 AUTO | KJE2483 | PISTOL | |
| 6695 | GLOCK AUSTRIA | GLOCK USA | G19X | 9 MM | BVHW247 | PISTOL | |
| 6696 | GLOCK AUSTRIA | GLOCK USA | G19 | 9 MM | BXXFS487 | PISTOL | |

https://cloud.fastbound.com/95501/Items/AcquisitionReceipt/ab8ff50e-7018-4f07-b80d-af810128657e?Print=



EXHIBIT
1

USA_0209

# THE OUTDOORSMANS ATTIC

5-84-005-01-6M-03814 · 2650 W HAMPDEN AVE · SHERIDAN · CO · 80110

Acquisition Date: 2/2/2023 12:20:28 PM
Type:             Private Party Transfer
Purchase Order:
Invoice:
Shipment
Tracking:

Acquired From:  Jorge Antonio Miranda
3124 wheeling st
Aurora, CO 80011
US

Notes:

# THIS REPRINT MAY NOT MATCH THE RECEIPT PRINTED AT THE TIME OF ACQUISITION

Total Items: 1

| Item Number | Manufacturer | Importer | Model | Caliber | Serial | Type | Location |
|---|---|---|---|---|---|---|---|
| 6843 | SCCY INDUSTRIES USA | | CPX-2 | 9 MM | C193884 | PISTOL | |

USA_0210

9/24/24, 11:59 AM                                    Acquisition Receipt - FastBound

# THE OUTDOORSMANS ATTIC

5-84-005-01-6M-03814 · 2650 W HAMPDEN AVE · SHERIDAN · CO · 80110

Acquisition Date:  2/2/2023 12:24:02 PM         Acquired From:  Jorge Antonio Miranda
Type:              Private Party Transfer                        3124 wheeling st
Purchase Order:                                                  Aurora, CO 80011
Invoice:                                                         US
Shipment
Tracking:

Notes:

# THIS REPRINT MAY NOT MATCH THE RECEIPT PRINTED AT THE TIME OF ACQUISITION

Total Items: 6

| Item Number | Manufacturer | Importer | Model | Caliber | Serial | Type | Location |
|---|---|---|---|---|---|---|---|
| 6844 | GLOCK AUSTRIA | GLOCK USA | G19 | 9 MM | BUPF721 | PISTOL | |
| 6845 | GLOCK AUSTRIA | GLOCK USA | G48 | 9 MM | BLGY185 | PISTOL | |
| 6846 | GLOCK AUSTRIA | GLOCK USA | G26 GEN 4 | 9MM | BELD125 | PISTOL | |
| 6847 | GLOCK AUSTRIA | GLOCK USA | G19 | 9 MM | BVTN563 | PISTOL | |
| 6848 | GLOCK AUSTRIA | GLOCK USA | G19 | 9 MM | BUWE718 | PISTOL | |

USA_0211

9/24/24, 11:59 AM                                    Acquisition Receipt - FastBound

| Item Number | Manufacturer | Importer | Model | Caliber | Serial | Type | Location |
|---|---|---|---|---|---|---|---|
| 6849 | SMITH & WESSON | | M&P9 M2.0 | 9 MM | NMH7997 | PISTOL | |

# THE OUTDOORSMANS ATTIC

5-84-005-01-6M-03814 · 2650 W HAMPDEN AVE · SHERIDAN · CO · 80110

| Acquisition Date: | 2/2/2023 12:56:35 PM | Acquired From: | Jorge Antonio Miranda |
|---|---|---|---|
| Type: | Private Party Transfer | | 3124 wheeling st |
| Purchase Order: | | | Aurora, CO 80011 |
| Invoice: | | | US |
| Shipment | | | |
| Tracking: | | | |

Notes:

# THIS REPRINT MAY NOT MATCH THE RECEIPT PRINTED AT THE TIME OF ACQUISITION

Total Items: 3

| Item Number | Manufacturer | Importer | Model | Caliber | Serial | Type | Location |
|---|---|---|---|---|---|---|---|
| 6850 | FSAAP USA | | FR-9 | 9MM | B00349 | PISTOL | |
| 6851 | FSAAP USA | | FR-16 | 5.56 | A01495 | PISTOL | |
| 6852 | FSAAP USA | | FR-9 | 9MM | B00196 | PISTOL | |

# THE OUTDOORSMANS ATTIC

5-84-005-01-6M-03814 · 2650 W HAMPDEN AVE · SHERIDAN · CO · 80110

Acquisition Date: 2/3/2023 10:27:26 AM
Type: Private Party Transfer
Purchase Order:
Invoice:
Shipment
Tracking:

Acquired From: Jorge Antonio Miranda
3124 wheeling st
Aurora, CO 80011
US

Notes:

# THIS REPRINT MAY NOT MATCH THE RECEIPT PRINTED AT THE TIME OF ACQUISITION

Total Items: 1

| Item Number | Manufacturer | Importer | Model | Caliber | Serial | Type | Location |
|---|---|---|---|---|---|---|---|
| 6854 | GLOCK USA | | G17 GEN 5 | 9 MM | AFSV549 | PISTOL | |

USA_0214

9/24/24, 12:00 PM                    Acquisition Receipt - FastBound

# THE OUTDOORSMANS ATTIC

5-84-005-01-6M-03814 · 2650 W HAMPDEN AVE · SHERIDAN · CO · 80110

| | | |
|---|---|---|
| Acquisition Date: | 2/3/2023 10:35:44 AM | Acquired From: Jorge Antonio Miranda |
| Type: | Private Party Transfer | 3124 wheeling st |
| Purchase Order: | | Aurora, CO 80011 |
| Invoice: | | US |
| Shipment | | |
| Tracking: | | |

Notes:

# THIS REPRINT MAY NOT MATCH THE RECEIPT PRINTED AT THE TIME OF ACQUISITION

Total Items: 1

| Item Number | Manufacturer | Importer | Model | Caliber | Serial | Type | Location |
|---|---|---|---|---|---|---|---|
| 6855 | FSAAP USA | | FR-9 | 9 MM | B00192 | PISTOL | |

https://cloud.fastbound.com/95501/Items/AcquisitionReceipt/ea1c1f24-84f3-45e9-917a-af9e0121f333?Print=                    USA_0215        1/1

Acquisition Receipt - FastBound

# THE OUTDOORSMANS ATTIC

5-84-005-01-6M-03814 · 2650 W HAMPDEN AVE · SHERIDAN · CO · 80110

Acquisition Date: 2/3/2023 11:00:02 AM    Acquired From:  Jorge Antonio Miranda
Type:           Private Party Transfer                      3124 wheeling st
Purchase Order:                                             Aurora, CO 80011
Invoice:                                                    US
Shipment
Tracking:

Notes:

# THIS REPRINT MAY NOT MATCH THE RECEIPT PRINTED AT THE TIME OF ACQUISITION

Total Items: 1

| Item Number | Manufacturer | Importer | Model | Caliber | Serial | Type | Location |
|---|---|---|---|---|---|---|---|
| 6856 | PALMETTO STATE ARMORY | | PA-15 | 5.56 NATO | SCD479261 | RIFLE | |

Acquisition Receipt - FastBound

# THE OUTDOORSMANS ATTIC

5-84-005-01-6M-03814 · 2650 W HAMPDEN AVE · SHERIDAN · CO · 80110

| | |
|---|---|
| Acquisition Date: | 2/3/2023 11:02:07 AM |
| Type: | Private Party Transfer |
| Purchase Order: | |
| Invoice: | |
| Shipment | |
| Tracking: | |

Acquired From:    Jorge Antonio Miranda
3124 wheeling st
Aurora, CO 80011
US

Notes:

# THIS REPRINT MAY NOT MATCH THE RECEIPT PRINTED AT THE TIME OF ACQUISITION

Total Items: 1

| Item Number | Manufacturer | Importer | Model | Caliber | Serial | Type | Location |
|---|---|---|---|---|---|---|---|
| 6857 | KIMBER MFG INC | | MICRO380 | 380 ACP | T0055635 | PISTOL | |

USA_0217          1/1



USA_0218

9/24/24, 11:53 AM

Acquisition Receipt - FastBound

# THE OUTDOORSMANS ATTIC

5-84-005-01-6M-03814 · 2650 W HAMPDEN AVE · SHERIDAN · CO · 80110

Acquisition
Date:          1/6/2023 2:15:39 PM       Acquired From:   CARLOS MANUEL ANAYA
Type:          Private Party Transfer                      15583 E 98TH PL
Purchase                                                   COMMERCE CITY, CO 80022
Order:                                                     US
Invoice:
Shipment
Tracking:

Notes:

Licenses:

**TypeNumber**        **Expiration**
DL    10-260-0416   2/22/2027

# THIS REPRINT MAY NOT MATCH THE RECEIPT PRINTED AT THE TIME OF ACQUISITION

Total Items: 1

| Item Number | Manufacturer | Importer | Model | Caliber | Serial | Type | Location |
|---|---|---|---|---|---|---|---|
| 6704 | Q LLC DOVER, NH USA | | SUGAR WEASEL | 300 BLACKOUT | MD01119 | RIFLE | |

https://cloud.fastbound.com/95501/Items/AcquisitionReceipt/4d526426-f7d8-45db-9e40-af82015e6cc7?Print=



EXHIBIT
2

USA 0219

# THE OUTDOORSMANS ATTIC

5-84-005-01-6M-03814 · 2650 W HAMPDEN AVE · SHERIDAN · CO · 80110

Acquisition Date:      1/7/2023 1:02:37 PM        Acquired From:      CARLOS MANUEL ANAYA
                                                                      15583 E 98TH PL
Type:                  Private Party Transfer                         COMMERCE CITY, CO
Purchase Order:                                                       80022
                                                                      US
Invoice:

Shipment Tracking:

Notes:

Licenses:

| Type | Number | Expiration |
|------|--------|------------|
| DL | 10-260-0416 | 2/22/2027 |

# THIS REPRINT MAY NOT MATCH THE RECEIPT PRINTED AT THE TIME OF ACQUISITION

Total Items: 1

| Item Number | Manufacturer | Importer | Model | Caliber | Serial | Type | Location |
|-------------|--------------|----------|-------|---------|--------|------|----------|
| 6712 | NOREEN FIREARMS LLC USA | | ULR | 50 BMG | U3309 | RIFLE | |

USA_0220

# THE OUTDOORSMANS ATTIC

5-84-005-01-6M-03814 · 2650 W HAMPDEN AVE · SHERIDAN · CO · 80110

| | | | |
|---|---|---|---|
| Acquisition Date: | 1/7/2023 1:40:09 PM | Acquired From: | CARLOS MANUEL ANAYA |
| Type: | Private Party Transfer | | 15583 E 98TH PL |
| Purchase Order: | | | COMMERCE CITY, CO |
| Invoice: | | | 80022 |
| Shipment Tracking: | | | US |

Notes:

Licenses:

| Type | Number | Expiration |
|---|---|---|
| DL | 10-260-0416 | 2/22/2027 |

# THIS REPRINT MAY NOT MATCH THE RECEIPT PRINTED AT THE TIME OF ACQUISITION

Total Items: 1

| Item Number | Manufacturer | Importer | Model | Caliber | Serial | Type | Location |
|---|---|---|---|---|---|---|---|
| 6713 | FN USA | | SCAR 16S | 5.56 | L1C12437 | RIFLE | |

USA_0221

Acquisition Receipt - FastBound

# THE OUTDOORSMANS ATTIC

5-84-005-01-6M-03814 · 2650 W HAMPDEN AVE · SHERIDAN · CO · 80110

Acquisition Date:  1/12/2023 11:39:13 AM           Acquired From:  CARLOS MANUEL ANAYA
Type:             Private Party Transfer                           15583 E 98TH PL
Purchase Order:                                                    COMMERCE CITY, CO 80022
Invoice:                                                           US
Shipment
Tracking:

Notes:

Licenses:

| TypeNumber | | Expiration |
|---|---|---|
| DL | 10-260-0416 | 2/22/2027 |

# THIS REPRINT MAY NOT MATCH THE RECEIPT PRINTED AT THE TIME OF ACQUISITION

Total Items: 1

| Item Number | Manufacturer | Importer | Model | Caliber | Serial | Type | Location |
|---|---|---|---|---|---|---|---|
| 6737 | COLTS PT. F.A. MFG CO USA | | GOVERNMENT MODEL SERIES 70 | 45 AUTO | GV035287 | PISTOL | |

USA_0222

9/24/24, 11:56 AM                                    Acquisition Receipt - FastBound

# THE OUTDOORSMANS ATTIC

5-84-005-01-6M-03814 · 2650 W HAMPDEN AVE · SHERIDAN · CO · 80110

| | | | |
|---|---|---|---|
| Acquisition Date: | 4/27/2023 2:36:58 PM | Acquired From: | CARLOS MANUEL ANAYA |
| Type: | Private Party Transfer | | 15583 E 98TH PL |
| Purchase Order: | | | COMMERCE CITY, CO |
| Invoice: | | | 80022 |
| Shipment Tracking: | | | US |

Notes:

Licenses:

| TypeNumber | | Expiration |
|---|---|---|
| DL | 10-260-0416 | 2/22/2027 |

# THIS REPRINT MAY NOT MATCH THE RECEIPT PRINTED AT THE TIME OF ACQUISITION

Total Items: 1

| Item Number | Manufacturer | Importer | Model | Caliber | Serial | Type | Location |
|---|---|---|---|---|---|---|---|
| 7477 | SIGARMS INC USA | | P320 | 9 MM | FCU337574 | PISTOL | |

USA_0223

9/24/24, 11:56 AM                                      Acquisition Receipt - FastBound

# THE OUTDOORSMANS ATTIC

5-84-005-01-6M-03814 · 2650 W HAMPDEN AVE · SHERIDAN · CO · 80110

| | | | |
|---|---|---|---|
| Acquisition Date: | 5/5/2023 10:51:13 AM | Acquired From: | CARLOS MANUEL ANAYA |
| Type: | Private Party Transfer | | 15583 E 98TH PL |
| Purchase Order: | | | COMMERCE CITY, CO |
| Invoice: | | | 80022 |
| Shipment Tracking: | | | US |

Notes:

Licenses:

| Type | Number | Expiration |
|---|---|---|
| DL | 10-260-0416 | 2/22/2027 |

# THIS REPRINT MAY NOT MATCH THE RECEIPT PRINTED AT THE TIME OF ACQUISITION

Total Items: 1

| Item Number | Manufacturer | Importer | Model | Caliber | Serial | Type | Location |
|---|---|---|---|---|---|---|---|
| 7508 | SCCY INDUSTRIES USA | | CPX-2 | 9MM | 410731 | PISTOL | |

USA_0224

OMB No. 1140-0020

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Firearms Transaction Record

WARNING: The information you provide will be used to determine whether you are prohibited by Federal or State law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years imprisonment.

**Read the Notices, Instructions, and Definitions on this form.** Prepare in original only at the licensed premises (including business temporarily conducted from a qualifying gun show or event in the same State in which the premises is located) unless the transaction qualifies under 18 U.S.C. 922(c). **All entries must be handwritten in ink unless completed under ATF Rul. 2016-2. PLEASE PRINT.**

Transferor's/Seller's Transaction Serial Number (if any)

2022-5858

## Section A - Must Be Completed By Transferor/Seller Before Transferee/Buyer Completes Section B

| 1. Manufacturer and Importer (if any) (If the manufacturer and importer are different, include both.) | 2. Model (if designated) | 3. Serial Number | 4. Type | 5. Caliber or Gauge |
|---|---|---|---|---|
| 1. Romarm/Cugir Romania/CAT USA | Micro Draco | 22PMD-32449 | Pistol | 762x39 |
| 2. SCCY Industries USA | CPX-2 | C193884 | Pistol | 9mm |
| 3. | | | | |

6. Total Number of Firearms to be Transferred (Please spell total number e.g., one, two, etc. Do not use numerals.) ~~ONE~~ TWO

7. Check if any part of this transaction is a pawn redemption. ☐ Record Line Number(s) From Question 1:

8. Check if this transaction is to facilitate a private party transfer. ☒

## Section B - Must Be Completed Personally By Transferee/Buyer

9. Transferee's/Buyer's Full Name (If legal name contains an initial only, record the initial followed by "IO" in quotes. If no middle initial or name, record "NMN".)

| Last Name (including suffix, e.g., Jr, Sr, II, III) | First Name | Middle Name |
|---|---|---|
| Miranda | Jorge | Antonio |

10. Current State of Residence and Address (U.S. postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | State | ZIP Code | County/Parish/Borough |
|---|---|---|---|---|
| 3124 Wheeling St. | Aurora | CO | 80011 | Adams |

| 11. Place of Birth | 12. Height | 13. Weight (lbs.) | 14. Sex | 15. Birth Date | | |
|---|---|---|---|---|---|---|
| U.S. City and State -OR- Foreign Country: Denver, CO | Ft. 5 In. 10 | 234 | ☒ Male ☐ Female ☐ Non-Binary | Month 07 | Day 16 | Year 1994 |

16. Social Security Number (optional, but will help prevent misidentification) 573 73 2688

17. Unique Personal Identification Number (UPIN) or Appeals Management Database Identification (AMD ID) (if applicable)

| 18.a. Ethnicity | 18.b. Race (Select one or more race in 18.b. Both 18.a. and 18.b. must be answered.) |
|---|---|
| ☒ Hispanic or Latino | ☐ American Indian or Alaska Native  ☐ Black or African American  ☒ White |
| ☐ Not Hispanic or Latino | ☐ Asian  ☐ Native Hawaiian or Other Pacific Islander |

19. Country of Citizenship: (Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)
☒ United States of America (U.S.A)    ☐ Other Country/Countries (Specify):

20. If you are an alien, record your U.S.-issued alien or admission number (AR#, USCIS#, or I94#):

| 21. Answer the following questions by checking or marking either the "yes" or "no" box to the right of the questions: | Yes | No |
|---|---|---|
| a. Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you.** Exception: If you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a. and may proceed to question 21.b. | ☒ | ☐ |
| b. Are you under indictment or information in any court for a **felony**, or any other crime for which the judge could imprison you for more than one year, or are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial? | ☐ | ☒ |
| c. Have you ever been convicted in any court, including a military court, of a **felony**, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? | ☐ | ☒ |
| d. Are you a fugitive from justice? | ☐ | ☒ |
| e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning:** The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside. | ☐ | ☒ |

Previous Editions Are Obsolete

Page 1 of 6

STAPLE IF PAGES BECOME SEPARATED

ATF Fo
Revised

USA_0225

**EXHIBIT 3**

| | | Yes | No |
|---|---|---|---|
| f. | Have you ever been adjudicated as a mental defective **OR** have you ever been committed to a mental institution? | ☐ | ☑ |
| g. | Have you ever been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☑ |
| h. | Are you subject to a court order, including a Military Protection Order issued by a military judge or magistrate, restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? | ☐ | ☑ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence, or are you or have you ever been a member of the military and been convicted of a crime that included, as an element, the use of force against a person as identified in the instructions? | ☐ | ☑ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☑ |
| k. | Are you an alien **illegally** or **unlawfully** in the United States? | ☐ | ☑ |
| 21.l.1. | Are you an alien who has been admitted to the United States under a nonimmigrant visa? | ☐ | ☑ |
| 21.l.2. | If you are such an alien do you fall within any of the exceptions stated in the instructions? (U.S. citizens/nationals leave 21.l.2. blank) | ☐ | ☐ |

I certify that my answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 21.b. through 21.k. is prohibited from receiving or possessing a firearm. I understand that a person who answers "yes" to question 21.l.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 21.l.2. and provides the documentation required in 26.d. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law.

| 22. Transferee's/Buyer's Signature | 23. Certification Date | | |
|---|---|---|---|
| | Month 11 | Day 29 | Year 22 |

### Section C - Must Be Completed By Transferor/Seller Prior To The Transfer Of The Firearm(s)

24. Category of firearm(s) to be transferred (check or mark all that apply):

☑ Handgun   ☐ Long Gun (rifle or shotgun)   ☐ Other Firearm (frame, receiver, etc.)

25. If sale or transfer is at a qualifying gun show or event:

Name of Function: _____

City, State: _____

26.a. Identification (e.g., Virginia driver's license (VA DL) or other valid government-issued photo identification including military ID.)

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification (if any) | | |
|---|---|---|---|---|
| Colorado Drivers License | 10-255 0839 | Month 07 | Day 16 | Year 2027 |

26.b. Supplemental Government Issued Documentation (if identification document does not show current residence address or full legal name)

26.c. Official Military Orders Establishing Permanent Change of Station (PCS):

| PCS Base/City and State: | PCS Effective Date: | PCS Order Number (if any): |
|---|---|---|

26.d. Exception to the Nonimmigrant Alien Prohibition: If the transferee/buyer answered "yes" to 21.l.2. record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473:

| 27.a. Date the transferee's/buyer's identifying information in Section B was transmitted to NICS or the appropriate State agency: | 27.b. The NICS or State transaction number (if provided) was: |
|---|---|
| Month 11   Day 29   Year 2022 | 1U2PR3WYN<br>A2235UU93 |

27.c. The response initially provided by NICS or the appropriate State agency was:

☑ Proceed   ☐ Delayed [The firearm(s) may be transferred on _____ if State law permits (optional)]   ☐ Denied   ☐ Cancelled

27.d. Prior to transfer the following response(s) was/were later provided by NICS or the appropriate State agency:

☐ Proceed _____ (date)   ☐ Overturned
☐ Denied _____ (date)
☐ Cancelled _____ (date)
☐ No response was provided within 3 business days.

27.e. After the firearm was transferred, the following response was provided by NICS or the appropriate State agency (if applicable) on:

_____ (date)   ☐ Proceed   ☐ Denied   ☐ Cancelled

| 27.f. Name and Brady identification number of the NICS examiner. (optional) | 27.g. Name of FFL Employee Completing NICS check. (optional) |
|---|---|
| _____ (name)    _____ (number) | |

28. ☐ No NICS check is required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application.

STAPLE IF PAGES BECOME SEPARATED   ATF Form 4473 (5300.9) May 2020

USA_0226

29. ☐ No NICS check is required because the transferee/buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS.

| Issuing State and Permit Type | Date of Issuance (if any) | Expiration Date (if any) | Permit Number (if any) |
|---|---|---|---|
| | | | |

## Section D - Must Be Completed Personally By Transferee/Buyer

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section B, the transferee/buyer must complete Section D immediately prior to the transfer of the firearm(s).

**I certify that all of my responses in Section B of this form are still true, correct, and complete.**

| 30. Transferee's/Buyer's Signature | 31. Recertification Date | | |
|---|---|---|---|
| | Month | Day | Year |
| | | | |

## Section E - Must Be Completed By Transferor/Seller

| 32. For Use by Licensee | 33. Trade/corporate name and address of transferor/seller and Federal Firearm License Number (must contain at least first three and last five digits X-XX-XXXXX; hand stamp may be used) |
|---|---|
| | **The Outdoorsman's Attic, LLC**<br>2650 W. Hampden Ave.<br>Sheridan, Colorado 80110<br>**303-781-3626**  **FFL#**<br>**5-84-03814** |

**The Individual Transferring The Firearm(s) Must Complete Questions 34-36.**
**For Denied/Cancelled Transactions, The Individual Who Completed Section C Must Complete Questions 34-35.**

I certify that: (1) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections A, C and E is true, correct, and complete; and (3) this entire transaction record has been completed at the licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless this transaction has met the requirements of 18 U.S.C. 922(c). Unless this transaction has been denied or cancelled by NICS or State agency, I further certify on the basis of — (1) the transferee's/buyer's responses in Section B (and Section D, if applicable); (2) the verification of the identification recorded in question 26 (and the re-verification at the time of transfer, if Section D was completed); and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section B.

| 34. Transferor's/Seller's Name (please print) | 35. Transferor's/Seller's Signature | 36. Date Transferred | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| Hallee Paddock | Hallee Paddock | 11 | 29 | 2022 |

**REMINDER - By the Close of Business Complete ATF Form 3310.4 for Multiple Sales of Handguns Within 5 Consecutive Business Days**

### NOTICES, INSTRUCTIONS, AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. 923 may determine if he/she may lawfully sell or deliver a firearm to the person identified in Section B, and to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. The transferor/seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the transferor/seller must be familiar with the provisions of 18 U.S.C. 921-931 and the regulations in 27 CFR Parts 478 and 479. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the transferor/seller is presumed to know the applicable State laws and published ordinances in both the transferor's/seller's State and the transferee's/buyer's State. (See State Laws and Published Ordinances -Firearms (ATF Electronic Publication 5300.5) on https://www.atf.gov/.)

Generally, ATF Form 4473 must be completed at the licensed business premises when a firearm is transferred over-the-counter. Federal law, 18 U.S.C. 922(c), allows a licensed importer, manufacturer, or dealer to sell a firearm to a nonlicensee who does not appear in person at the licensee's business premises only if the transferee/buyer meets certain requirements. These requirements are set forth in section 922(c), 27 CFR 478.96(b), and ATF Procedure 2013-2 (or subsequent update).

After the transferor/seller has completed the firearms transaction, he/she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his/her permanent records. Such Forms 4473 must be retained for at least 20 years and after that period may be submitted to ATF. Filing may be chronological (by date of disposition), alphabetical (by name of purchaser), or numerical (by transaction serial number), as long as all of the transferor's/seller's completed Forms 4473 are filed in the same manner.

FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not completed after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his/her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name of transferee) or chronological (by date of transferee's certification) order.

If the transferor/seller or the transferee/buyer discovers that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and the transferor/seller or the transferee/buyer wishes to correct the omission(s) or error(s), photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. The transferor/seller should only make changes to Sections A, C, and E. The transferee/buyer should only make changes to Sections B and D. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of the transferor's/seller's permanent records.

#### Section A

**Questions 1-6. Firearm(s) Description:** These blocks must be completed with the firearm(s) information. All firearms manufactured after 1968 by Federal firearms licensees should be marked with a serial number. Should you acquire a firearm that is legally not marked with a serial number (i.e. pre-1968); you may answer question 3 with "NSN" (No Serial Number), "N/A" or "None."

If more than three firearms are involved in a transaction, please provide the information required by Section A, Questions 1-5, on ATF Form 5300.9A, Firearms Transaction Record Continuation Sheet. The completed Form 5300.9A must be attached to this ATF Form 4473.

STAPLE IF PAGES BECOME SEPARATED

ATF Form 4473 (5300.9)
Revised May 2020

USA_0227

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0003 (12/31/2024)

# Report of Multiple Sale or Other Disposition of Pistols and Revolvers

*(Please complete all information)*

| 1. Date of Report | 2a. Federal Firearms Licensee *(FFL)* Number |
|---|---|
| 11/29/2022 | 5-84-005-01-3M-03814 |

2b. Trade or Corporate Name and Full Address *(If you have complete information available on a rubber stamp, please place information here.)*

THE OUTDOORSMANS ATTIC LLC
THE OUTDOORSMANS ATTIC
2650 W HAMPDEN AVE
SHERIDAN, CO 80110

2c. Are any of the firearm(s) connected to another multiple sale? *(If yes, specify date.) (See instruction 2.)* ☐ Yes ☑ No  Date _____

2d. If you sold these firearms at a gun show or other qualifying event, identify the event and provide a complete address of the event.

3. Any combination of pistols and revolvers disposed of to the same unlicensed person at one time or during any five consecutive business days. *(See instruction 3.)*

| Manufacturer | Importer *(if any)* | Model | Serial Number | Type *(pistol or revolver)* | Caliber | Date Transferred |
|---|---|---|---|---|---|---|
| ROMARM/CUGIR ROMANIA | CAI USA | MICRO DRACO | 22PMD-32449 | PISTOL | 7.62 X 39 | 11/29/2022 |
| SCCY INDUSTRIES USA | | CPX-2 | C193884 | PISTOL | 9 MM | 11/29/2022 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

4. Transferee's Name *(Last, First, Middle)*

MIRANDA, JORGE ANTONIO

5. Full Residential Address *(Number, Street, City, County, State, ZIP Code)*
3124 WHEELING ST, AURORA, ADAMS, CO, 80011

| 6. Sex | 7a. Ethnicity | 7b. Race *(Check one or more boxes.) (See instruction 5.)* |
|---|---|---|
| Male | ☑ Hispanic or Latino<br>☐ Not Hispanic or Latino | ☐ American Indian or Alaska Native  ☐ African American or Black  ☑ White<br>☐ Asian  ☐ Native Hawaiian or Other Pacific Islander |

| 8. Identification Number | 9. Type of Identification *(ID)* | 10. ID State | 11. Date of Birth | 12. Place of Birth *(City, State, Country)* |
|---|---|---|---|---|
| 10-255-0839 | DRIVERS LICENSE | CO | 07/16/1994 | DENVER, CO, US |

13. If the buyer of the firearms listed in Item 4 is a person authorized to act on behalf of a corporation, company, association, partnership or other such business entity, you must complete the following, if applicable: *(See instruction 6.)*

**Name and Full Address of Business Entity**

14a. Identify the official designated by the State or local authorities where you, the FFL, will be forwarding Copy 2.

| Arapahoe County Sheriff | 13101 E Broncos Pkwy Centennial, CO 80112 |
|---|---|
| Name of Agency | Full Street Address, City, and State |

14b. Date Copy 2 was forwarded to Agency  11/29/2022

15. Additional Information Relating to the Transfer of the Firearms *(if applicable)*

| 16. Name of Employee Filling Out This Form | 17. Date This Form Was Completed |
|---|---|
| Halee Paddock | 11/29/2022 |

**Email form to multiplehandgunsalesforms@atf.gov.**

ATF Form 3310.4
Revised December 2021

USA_0228

OMB No. 1140-0020

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Firearms Transaction Record

**WARNING:** The information you provide will be used to determine whether you are prohibited by Federal or State law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years imprisonment.

**Read the Notices, Instructions, and Definitions on this form.** Prepare in original only at the licensed premises (including business temporarily conducted from a qualifying gun show or event in the same State in which the premises is located) unless the transaction qualifies under 18 U.S.C. 922(c). **All entries must be handwritten in ink unless completed under ATF Rul. 2016-2. PLEASE PRINT.**

Transferor's/Seller's Transaction Serial Number (if any)

**2023-0301**

### Section A - Must Be Completed By Transferor/Seller Before Transferee/Buyer Completes Section B

| 1. Manufacturer and Importer (if any) (If the manufacturer and importer are different, include both.) | 2. Model (if designated) | 3. Serial Number | 4. Type | 5. Caliber or Gauge |
|---|---|---|---|---|
| 1. Winchester | SXP TT Urban Viper defense | TRW022- 0484006SP | Shotgun | 12ga |
| 2. Radom Polana / Arms corp  Pioneer arms | SPORTER | PAC11810731 | Rifle | 7.62x39 |

6. Total Number of Firearms to be Transferred (Please spell total number e.g., one, two, etc. Do not use numerals.)     **TWO**

7. Check if any part of this transaction is a pawn redemption. ☐ Record Line Number(s) From Question 1:

8. Check if this transaction is to facilitate a private party transfer. ☐

### Section B - Must Be Completed Personally By Transferee/Buyer

9. Transferee's/Buyer's Full Name (If legal name contains an initial only, record the initial followed by "IO" in quotes. If no middle initial or name, record "NMN".)

| Last Name (including suffix, e.g., Jr. Sr. II, III) | First Name | Middle Name |
|---|---|---|
| Miranda | Jorge | Antonio |

10. Current State of Residence and Address (U.S. postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | State | ZIP Code | County/Parish/Borough |
|---|---|---|---|---|
| 3124 Wheeling | Aurora | Co | 80011 | Adams |

11. Place of Birth
U.S. City and State -OR- Foreign Country: **Denver CO**

12. Height: Ft. **5** In. **10**

13. Weight (lbs.): **234**

14. Sex: ☑ Male ☐ Female ☐ Non-Binary

15. Birth Date: Month **07** Day **16** Year **74**

16. Social Security Number (optional, but will help prevent misidentification): **523 - 95 - 2688**

17. Unique Personal Identification Number (UPIN) or Appeals Management Database Identification (AMD ID) (if applicable)

18.a. Ethnicity
☑ Hispanic or Latino
☐ Not Hispanic or Latino

18.b. Race (Select one or more race in 18.b. Both 18.a. and 18.b. must be answered.)
☐ American Indian or Alaska Native
☐ Asian
☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
☑ White

19. Country of Citizenship: (Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)
☑ United States of America (U.S.A)
☐ Other Country/Countries (Specify):

20. If you are an alien, record your U.S.-issued alien or admission number (AR#, USCIS#, or I94#):

21. Answer the following questions by checking or marking either the "yes" or "no" box to the right of the questions:

| | Yes | No |
|---|---|---|
| a. Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you.** Exception: If you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a. and may proceed to question 21.b. | ☑ | ☐ |
| b. Are you under indictment or information in any court for a **felony**, or any other crime for which the judge could imprison you for more than one year, or are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial? | ☐ | ☑ |
| c. Have you ever been convicted in any court, including a military court, of a **felony**, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? | ☐ | ☑ |
| d. Are you a fugitive from justice? | ☐ | ☑ |
| e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning:** The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside. | ☐ | ☑ |

Previous Editions Are Obsolete

Page 1 of 6

STAPLE IF PAGES BECOME SEPARATED

ATF Form 4473 (5300.9)
Revised May 2020

USA_0229

| | | Yes | No |
|---|---|---|---|
| f. | Have you ever been adjudicated as a mental defective **OR** have you ever been committed to a mental institution? | ☐ | ☑ |
| g. | Have you ever been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☑ |
| h. | Are you subject to a court order, including a Military Protection Order issued by a military judge or magistrate, restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? | ☐ | ☑ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence, or are you or have you ever been a member of the military and been convicted of a crime that included, as an element, the use of force against a person as identified in the instructions? | ☐ | ☑ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☑ |
| k. | Are you an alien illegally or unlawfully in the United States? | ☐ | ☑ |
| 21.l.1. | Are you an alien who has been admitted to the United States under a nonimmigrant visa? | ☐ | ☑ |
| 21.l.2. | If you are such an alien do you fall within any of the exceptions stated in the instructions? (U.S. citizens/nationals leave 21.l.2. blank) | ☐ | ☐ |

I certify that my answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 21.b. through 21.k. is prohibited from receiving or possessing a firearm. I understand that a person who answers "yes" to question 21.l.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 21.l.2. and provides the documentation required in 26.d. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law.

| 22. Transferee's/Buyer's Signature | 23. Certification Date | | |
|---|---|---|---|
| | Month 03 | Day 15 | Year 23 |

### Section C - Must Be Completed By Transferor/Seller Prior To The Transfer Of The Firearm(s)

| 24. Category of firearm(s) to be transferred (check or mark all that apply): | 25. If sale or transfer is at a qualifying gun show or event: |
|---|---|
| ☐ Handgun  ☑ Long Gun  ☐ Other Firearm (frame, receiver, etc.) (rifle or shotgun) | Name of Function: _____ City, State: _____ |

26.a. Identification (e.g., Virginia driver's license (VA DL) or other valid government-issued photo identification including military ID.)

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification (if any) | | |
|---|---|---|---|---|
| Colorado Drivers License | 10-225 0839 | Month 07 | Day 16 | Year 2027 |

26.b. Supplemental Government Issued Documentation (if identification document does not show current residence address or full legal name)

26.c. Official Military Orders Establishing Permanent Change of Station (PCS):

| PCS Base/City and State: | PCS Effective Date: | PCS Order Number (if any): |
|---|---|---|

26.d. Exception to the Nonimmigrant Alien Prohibition: If the transferee/buyer answered "yes" to 21.l.2. record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473:

| 27.a. Date the transferee's/buyer's identifying information in Section B was transmitted to NICS or the appropriate State agency: | 27.b. The NICS or State transaction number (if provided) was: |
|---|---|
| Month 03  Day 15  Year 2023 | 102VS5XV5  AZ30804104 |

| 27.c. The response initially provided by NICS or the appropriate State agency was: | 27.d. Prior to transfer the following response(s) was/were later provided by NICS or the appropriate State agency: |
|---|---|
| ☑ Proceed  ☐ Delayed [The firearm(s) may be transferred on ___ if State law permits (optional)]  ☐ Denied  ☐ Cancelled | ☐ Proceed ___ (date)  ☐ Overturned  ☐ Denied ___ (date)  ☐ Cancelled ___ (date)  ☐ No response was provided within 3 business days. |

27.e. After the firearm was transferred, the following response was provided by NICS or the appropriate State agency (if applicable) on:
___ (date). ☐ Proceed  ☐ Denied  ☐ Cancelled

| 27.f. Name and Brady identification number of the NICS examiner. (optional) | 27.g. Name of FFL Employee Completing NICS check. (optional) |
|---|---|
| ___ (name)  ___ (number) | |

28. ☐ No NICS check is required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application.

Page 2 of 6      **STAPLE IF PAGES BECOME SEPARATED**      ATF Form 4473 (5300.9) Revised May 2020

USA_0230

29. ☐ No NICS check is required because the transferee/buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS.

| Issuing State and Permit Type | Date of Issuance (if any) | Expiration Date (if any) | Permit Number (if any) |
|---|---|---|---|
| | | | |

## Section D - Must Be Completed Personally By Transferee/Buyer

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section B, the transferee/buyer must complete Section D immediately prior to the transfer of the firearm(s).

I certify that all of my responses in Section B of this form are still true, correct, and complete.

| 30. Transferee's/Buyer's Signature | 31. Recertification Date | | |
|---|---|---|---|
| | Month | Day | Year |
| | | | |

## Section E - Must Be Completed By Transferor/Seller

| 32. For Use by Licensee | 33. Trade/corporate name and address of transferor/seller and Federal Firearm License Number (must contain at least first three and last five digits X-XX-XXXXX; hand stamp may be used) |
|---|---|
| | The Outdoorsman's Attic, LLC<br>2650 W. Hampden Ave.<br>Sheridan, Colorado 80110<br>303-781-3626<br><br>FFL.#<br>5-84-03814 |

**The Individual Transferring The Firearm(s) Must Complete Questions 34-36.**
**For Denied/Cancelled Transactions, The Individual Who Completed Section C Must Complete Questions 34-35.**

I certify that: (1) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections A, C and E is true, correct, and complete; and (3) this entire transaction record has been completed at the licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless this transaction has met the requirements of 18 U.S.C. 922(c). Unless this transaction has been denied or cancelled by NICS or State agency, I further certify on the basis of — (1) the transferee's/buyer's responses in Section B (and Section D, if applicable); (2) the verification of the identification recorded in question 26 (and the re-verification at the time of transfer, if Section D was completed); and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section B.

| 34. Transferor's/Seller's Name (please print) | 35. Transferor's/Seller's Signature | 36. Date Transferred | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| Halee Paddock | Halee Paddock | 03 | 15 | 2023 |

**REMINDER - By the Close of Business Complete ATF Form 3310.4 for Multiple Sales of Handguns Within 5 Consecutive Business Days**

## NOTICES, INSTRUCTIONS, AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. 923 may determine if he/she may lawfully sell or deliver a firearm to the person identified in Section B, and to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. The transferor/seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the transferor/seller must be familiar with the provisions of 18 U.S.C. 921-931 and the regulations in 27 CFR Parts 478 and 479. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the transferor/seller is presumed to know the applicable State laws and published ordinances in both the transferor's/seller's State and the transferee's/buyer's State. (See State Laws and Published Ordinances -Firearms (ATF Electronic Publication 5300.5) on https://www.atf.gov.)

Generally, ATF Form 4473 must be completed at the licensed business premises when a firearm is transferred over-the-counter. Federal law, 18 U.S.C. 922(c), allows a licensed importer, manufacturer, or dealer to sell a firearm to a nonlicensee who does not appear in person at the licensee's business premises only if the transferee/buyer meets certain requirements. These requirements are set forth in section 922(c), 27 CFR 478.96(b), and ATF Procedure 2013-2 (or subsequent update).

After the transferor/seller has completed the firearms transaction, he/she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his/her permanent records. Such Forms 4473 must be retained for at least 20 years and after that period may be submitted to ATF. Filing may be chronological (by date of disposition), alphabetical (by name of purchaser), or numerical (by transaction serial number), as long as all of the transferor's/seller's completed Forms 4473 are filed in the same manner.

FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not completed after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his/her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name of transferee) or chronological (by date of transferee's certification) order.

If the transferor/seller or the transferee/buyer discovers that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and the transferor/seller or the transferee/buyer wishes to correct the omission(s) or error(s), photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. The transferor/seller should only make changes to Sections A, C, and E. The transferee/buyer should only make changes to Sections B and D. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of the transferor/seller's permanent records.

### Section A

**Questions 1-6. Firearm(s) Description:** These blocks must be completed with the firearm(s) information. All firearms manufactured after 1968 by Federal firearms licensees should be marked with a serial number. Should you acquire a firearm that is legally not marked with a serial number (i.e. pre-1968), you may answer question 3 with "NSN" (No Serial Number), "N/A" or "None."

If more than three firearms are involved in a transaction, please provide the information required by Section A, Questions 1-5, on ATF Form 5300.9A, Firearms Transaction Record Continuation Sheet. The completed Form 5300.9A must be attached to this ATF Form 4473.

USA_0231

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0020

# Firearms Transaction Record

| WARNING: The information you provide will be used to determine whether you are prohibited by Federal or State Law from receiving a firearm, or whether Federal or State Law prohibits the sale or disposition of a firearm to you. Certain violations of the Gun Control Act, 18 U.S.C. § 921 et. seq., are punishable by up to 15 years imprisonment and/or up to a $250,000 fine. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years imprisonment. | Transferor's/Seller's Transaction Number (if any) 2023-0501 |
|---|---|

**Read the Notices, Instructions, and Definitions on this form.** Prepare in original only at the licensed premises (including business temporarily conducted from a qualifying gun show or event in the same State in which the premises is located) unless the transaction qualifies under 18 U.S.C. § 922(c). **All entries must be handwritten in ink unless completed under ATF Rul. 2016-2. PLEASE PRINT.**

## Section A - Must Be Completed By Transferor/Seller Before Transferee/Buyer Completes Section B

| 1. Manufacturer and Importer (if any), or Privately Made Firearm (PMF) (If the Manufacturer and Importer are different, include both.) | 2. Model (if designated) | 3. Serial Number | 4. Type | 5. Caliber or Gauge |
|---|---|---|---|---|
| 1. DIAMONDBACK FIREARMS | DB15 | DB2621561 | RIFLE | 5.56 NATO |
| 2. PALMETTO STATE ARMORY | PSAK-U | AKU003932 | RIFLE | 7.62 X 39 |
| 3. | | | | |

| 6. Total Number of Firearms to be Transferred (Please spell total number e.g., one, two, etc. Do not use numerals.) <br><br> two | 7. Check if any part of this transaction is a pawn redemption. Record Line Number(s) From Question 1: ☐ |
|---|---|
| | 8. Check if any part of this transaction is to facilitate a private party transfer. ☐ |

## Section B - Must Be Completed Personally By Transferee/Buyer

9. Transferee's/Buyer's Full Name (If legal name contains an initial only, record the initial followed by "IO" in quotes. If no middle initial or name, record "NMN".)

| Last Name (including suffix, e.g., Jr, Sr, II, III) <br> Miranda | First Name <br> Jorge | Middle Name <br> Antonio |
|---|---|---|

10. Current State of Residence and Address (U.S. postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address <br> 3124 wheeling st | City <br> Aurora | Reside in City Limits? <br> ☑ Yes ☐ No ☐ Unknown | State <br> CO | ZIP Code <br> 80011 | County/Parish/Borough <br> Adams |
|---|---|---|---|---|---|

| 11. Place of Birth <br> U.S. City and State -OR- Foreign Country <br> Denver CO | 12. Height <br> Ft. 5 <br> In. 10 | 13. Weight (lbs.) <br> 234 | 14. Sex <br> ☑ Male <br> ☐ Female <br> ☐ Non-Binary | 15. Birth Date <br> Month 7 | Day 16 | Year 1994 |
|---|---|---|---|---|---|---|

| 16. Social Security Number (optional, but will help prevent misidentification) <br> 523932688 | 17. Unique Personal Identification Number (UPIN) or Appeals Management Database Identification (AMD ID) (if applicable) |
|---|---|

| 18.a. Ethnicity <br> ☑ Hispanic or Latino <br> ☐ Not Hispanic or Latino | 18.b. Race (Select one or more race in 18.b. Both 18.a. and 18.b. must be answered.) <br> ☐ American Indian or Alaska Native ☐ Black or African American ☑ White <br> ☐ Asian ☐ Native Hawaiian or Other Pacific Islander |
|---|---|

19. Country of Citizenship: (Check List more than one, if applicable. Nationals of the United States may check U.S.A.)
☑ United States of America (U.S.A) ☐ Other Country/Countries (Specify):

20. If you are an alien, record your U.S.-issued alien or admission number (AR#, USCIS#, or I94#):

| 21. Answer the following questions by checking or marking either the "yes" or "no" box to the right of the questions: | Yes | No |
|---|---|---|
| a. Are you the actual transferee/buyer of all of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning: You are not the actual transferee/buyer if you are acquiring any of the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer any of the firearm(s) to you.** Exception: If you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a. and may proceed to question 21.b. | ☑ | ☐ |
| b. Do you intend to purchase or acquire any firearm listed on this form and any continuation sheet(s), or ammunition, for sale or other disposition to any person described in questions 21(c)-(m), or to a person described in question 21.n.1 who does not fall within a nonimmigrant alien exception? | ☐ | ☑ |
| c. Do you intend to sell or otherwise dispose of any firearm listed on this form and any continuation sheet(s) or ammunition in furtherance of any felony or other offense punishable by imprisonment for a term of more than one year, a Federal crime of terrorism, or a drug trafficking offense? | ☐ | ☑ |
| d. Are you under indictment or information in any court for a **felony**, or any other crime for which the judge could imprison you for more than one year, or are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial? | ☐ | ☑ |
| e. Have you ever been convicted in any court, including a military court, of a **felony**, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? | ☐ | ☑ |

Previous Editions Are Obsolete

Page 1 of 7

**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9)
Revised December 2022

USA_0232

| | | Yes | No |
|---|---|---|---|
| f. | Are you a fugitive from justice? | ☐ | ☑ |
| g. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning:** The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside. | ☐ | ☑ |
| h. | Have you ever been adjudicated as a mental defective OR have you ever been committed to a mental institution? | ☐ | ☑ |
| i. | Have you ever been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☑ |
| j. | Are you subject to a court order, including a Military Protection Order issued by a military judge or magistrate, restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? | ☐ | ☑ |
| k. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence, or are you or have you ever been a member of the military and been convicted of a crime that included, as an element, the use of force against a person as identified in the instructions? | ☐ | ☑ |
| l. | Have you ever renounced your United States citizenship? | ☐ | ☑ |
| m. | Are you an alien illegally or unlawfully in the United States? | ☐ | ☑ |
| 21.n.1. | Are you an alien who has been admitted to the United States under a nonimmigrant visa? | ☐ | ☐ |
| 21.n.2. | If you are such an alien do you fall within any of the exceptions stated in the instructions? (U.S. citizens/nationals leave 21.n.1 and 21.n.2 blank) | ☐ | ☐ |

I certify that my answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 21.b. through 21.m. is prohibited from receiving or possessing a firearm. I understand that a person who answers "yes" to question 21.n.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 21.n.2. and provides the documentation required in 26.d. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale to predominantly earn a profit without a Federal firearms license is a violation of Federal law.

| 22. Transferee's/Buyer's Signature | 23. Certification Date Month 4 | Day 29 | Year 2023 |
|---|---|---|---|

### Section C - Must Be Completed By Transferor/Seller Prior To The Transfer Of The Firearm(s)

24. Category of firearm(s) to be transferred (check or mark all that apply):
☐ Handgun  ☑ Long Gun (rifle or shotgun)  ☐ Other Firearm (frame, receiver, etc.)

25. If sale or transfer is at a qualifying gun show or event:
Name of Function: ___ County: ___
Address: ___
City, State, ZIP Code: ___

26.a. Identification (e.g., Virginia driver's license (VA DL) or other valid government-issued photo identification including military ID.)

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification (if any) | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| COLORADO DRIVERS LICENSE | 10-225-0839 | 7 | 16 | 2027 |

26.b. Supplemental Government Issued Documentation (if identification document does not show current residence address or legal name)

26.c. Official Military Orders Establishing Permanent Change of Station (PCS):
PCS Base, City and State: ___ | PCS Effective Date: ___ | PCS Order Number (if any): ___

26.d. Exception to the Nonimmigrant Alien Prohibition: If the transferee/buyer answered "yes" to 21.n.2. record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473:

**Notice:** If transferee/buyer is under 21, a waiting period of up to 10 days may apply where notification from NICS is received within 3 business days to further investigate a possible disqualifying juvenile record. A NICS check is only valid for 30 calendar days from the date recorded in question 27.a.

| 27.a. Date the transferee's/buyer's identifying information in Section B was transmitted to NICS or the appropriate State agency: | 27.b. The NICS or State transaction number (if provided) was: 102XLBYRY |
|---|---|

| Month 4 | Day 29 | Year 2023 |
|---|---|---|

27.c. The response initially provided by NICS or the appropriate State agency was:
☑ Proceed   ☐ Denied   ☐ Cancelled
☐ Delayed
The firearm(s) may be transferred on ___ if time period is not extended by NICS or the appropriate State agency, and State law allows (optional).

Page 2 of 7   STAPLE IF PAGES BECOME SEPARATED   ATF Form 4473 (5300.9) Revised December 2022

USA_0233

27.d. Prior to transfer the following response(s) was were later provided by NICS or the appropriate State agency:

☐ Proceed _____ (date)      ☐ Denied _____ (date)      ☐ Cancelled _____ (date)

☐ Overturned _____ (date)      ☐ No response was provided within 3 business days.

☐ Notice of additional delay of transferee under 21 years of age received on _____ (date), and may be transferred on _____ (date).

☐ No response was provided within 10 business days after additional delay for transferee/buyer under 21 years of age.

27.e. After the firearm was transferred, the following response was provided by NICS or the appropriate State agency (if applicable) on:

_____ (date).      ☐ Proceed      ☐ Denied      ☐ Cancelled

28. ☐ No NICS check is required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application.

29. ☐ No NICS check is required because the transferee buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS.

| Issuing State and Permit Type | Date of Issuance (if any) | Expiration Date (if any) | Permit Number (if any) |
|---|---|---|---|
| | | | |

## Section D - Must Be Completed Personally By Transferee/Buyer

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section B, the transferee/buyer must complete Section D immediately prior to the transfer of the firearm(s).

I certify that all of my responses in Section B of this form are still true, correct, and complete.

| 30. Transferee's/Buyer's Signature | 31. Recertification Date | | |
|---|---|---|---|
| | Month | Day | Year |
| | | | |

## Section E - Must Be Completed By Transferor/Seller

| 32. For Use by Licensee | 33. Trade/corporate name and address of transferor/seller and Federal |
|---|---|
| The Colorado transaction ID is: A23135961 | Firearm License Number (must contain at least first three and last five digits X-XX-XXXXX; hand stamp may be used) |
| | THE OUTDOORSMANS ATTIC |
| | 2650 W HAMPDEN AVE |
| | SHERIDAN, CO 80110 |
| | US |
| | 5-84-005-01-3M-03814 |

**The Individual Transferring The Firearm(s) Must Complete Questions 34-36.**
**For Denied/Cancelled Transactions, The Individual Who Completed Section C Must Complete Questions 34-35.**

I certify that: (1) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections A, C and E is true, correct, and complete; and (3) this entire transaction record has been completed at the licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless this transaction has met the requirements of 18 U.S.C. § 922(c). Unless this transaction has been denied or cancelled by NICS or State agency, I further certify on the basis of — (1) the transferee's/buyer's responses in Section B (and Section D, if applicable); (2) the verification of the identification recorded in question 26 (and the re-verification at the time of transfer, if Section D was completed); and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section B. If this transaction required a NICS check, I further certify that this firearm(s) transfer is within 30 days from the date of the initial contact with NICS.

| 34. Transferor's/Seller's Name (please print) | 35. Transferor's/Seller's Signature | 36. Date Transferred | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| HALEE PADDOCK | *Halee Paddock* | 4 | 29 | 2023 |

**REMINDER - By the Close of Business Complete ATF Form 3310.4 for Multiple Sales of Handguns Within 5 Consecutive Business Days**

### NOTICES, INSTRUCTIONS, AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he she may lawfully sell or deliver a firearm to the person identified in Section B, and to alert the transferee buyer of certain restrictions on the receipt and possession of firearms. The transferor/seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the transferor seller must be familiar with the provisions of 18 U.S.C. § 921-931 and the regulations in 27 CFR Parts 478 and 479. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the transferor seller is presumed to know the applicable State laws and published ordinances in both the transferor's seller's State and the transferee's buyer's State. (See State Laws and Published Ordinances -Firearms (ATF Electronic Publication 5300.5) on https://www.atf.gov/.)

Generally, ATF Form 4473 must be completed at the licensed business premises when a firearm is transferred over-the-counter. Federal law, 18 U.S.C. § 922(c), allows a licensed importer, manufacturer, or dealer to sell a firearm to a nonlicensee who does not appear in person at the licensee's business premises only if the transferee buyer meets certain requirements. These requirements are set forth in 18 U.S.C. § 922(c), 27 CFR 478.96(b), and ATF Procedure 2020-1 (or subsequent update).

After the transferor seller has completed the firearms transaction, he she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his her permanent records. Such Forms 4473 must be retained until discontinuance of business or licensed activity. Paper forms over 20 years of age may be stored at a separate warehouse, which is considered part of the business premises subject to inspection. Filing may be chronological (by date of disposition), alphabetical (by name of purchaser), or numerical (by transaction serial number), as long as all of the transferor's seller's completed Forms 4473 are filed in the same manner.

STAPLE IF PAGES BECOME SEPARATED

ATF Form 4473 (5300.9)
Revised December 2022

USA_0234

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Violations**

FFL: THE OUTDOORSMANS ATTIC LLC
Inspection: FCI-51193
Date Generated: 3/7/2024
RDS Key: 5-84-03814
Lead Industry Operations Investigator: Gregory Paa

| | Regulation | Corrective Action(s) | Number of Forms | Number of Instances |
|---|---|---|---|---|
| 1 | 27 CFR 478.124(c)(1): Failure to obtain a completed ATF F 4473 | • Ensure that all required ATF Form 4473 Section B items are completed/provided by the transferee/buyer on all future transactions.<br>• Execute and retain a complete and accurate ATF Form 4473 on all future firearm transactions. | 3 | 3 |
| 2 | 27 CFR 478.124(c)(3)(i): Failure to verify or record Identification document on ATF F 4473 | • Execute and retain a complete and accurate ATF Form 4473 on all future firearm transactions. | 1 | 1 |

**Signature(s)**

My signature below certifies that on Thursday, March 7, 2024 ATF IOI Gregory Paa reviewed the above information with me and answered my questions regarding this information. I understand I can receive a copy of this for my records. I understand that this is only a general overview of the violations and that I will be responsible for familiarizing myself with all of the laws and regulations governing my licensed/permitted business.

EXHIBIT
4

Case No. 1:25-cv-00112-GPG-CYC    Document 21-3    filed 05/15/25    USDC Colorado    pg 37 of 44

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Violations Instance Details**

USA_0236

| | Regulation/Violation | Instance Details | Version | Nature of Discrepancy |
|---|---|---|---|---|
| 1 | 27 CFR 478.124(c)(1): Failure to obtain a completed ATF F 4473 | 1: ATF F 4473 Error/Omission, 15, Incorrect, 2023-0546, Baltierra Casillas, Ramon, 5/9/2023 | 2022 | 1: Buyer used '2023' for birth year. |
| | | 2: ATF F 4473 Error/Omission, 21g, Blank Item, 2023-0515, Tarolli, Christopher, 5/2/2023 | 2022 | 2: Buyer failed to answer question 21g. |
| | | 3: ATF F 4473 Error/Omission, 21l, Blank Item, 2023-0944, Koiulz, Jared, 11/25/2023 | 2023 | 3: Buyer failed to answer Question 21L. |
| 2 | 27 CFR 478.124(c)(3)(i): Failure to verify or record Identification document on ATF F 4473 | 1: ATF F 4473 Error/Omission, 26b, Incorrect, 2023-0464, Zientek, Adrian, 4/20/2023 | 2022 | 1: Transferor accepted documentation that does not meet the requirements of a Supplemental Government Issued Document (Xcel Energy Bill). |

5/23/23, 11:21 AM                                      Disposition Receipt - FastBound

# THE OUTDOORSMANS ATTIC

5-84-005-01-3M-03814 · 2650 W HAMPDEN AVE · SHERIDAN · CO · 80110

| | | |
|---|---|---|
| Disposition Date: | 5/23/2023 11:14:30 AM | Disposed  To: | ATF DENVER FIELD OFFICE- JASON CLEMENS |
| Type: | ATF SEIZE | | |

Disposition Date:   5/23/2023 11:14:30 AM    Disposed   ATF DENVER FIELD OFFICE- JASON
Type:   ATF SEIZE    To:   CLEMENS
Purchase Order:      950 17TH ST #1800
Invoice:   788010-22-0061    DENVER, CO 80202
Shipment Tracking:    US
TTSN:    720-315-4195
OTSN:    JASON.CLEMENS@ATF.GOV

Notes:   CASTILLO SEIZURE
Total Items: 5

| Item Number | Manufacturer | Importer | Model | Caliber | Serial | Type | Location | Condition |
|---|---|---|---|---|---|---|---|---|
| 7387 | GERMAN SPORT GUNS GERMANY | ATI USA | GSG-5 | 22 LR | A265166 | RIFLE | | |
| 7479 | SMITH & WESSON | | MODEL M&P-15 | 5.56 NATO | TF73472 | RIFLE | | |
| 7502 | CZ-USA | | CZ 712 G2 | 12 GA | 21A4855 | SHOTGUN | | |
| 7561 | CENTURY ARMS | | BFT47 | 7.62 X 39 | BFT47P02458 | PISTOL | | |
| 7579 | TAURUS ARMAS BRAZIL | TAURUS INT'L USA | THE JUDGE | 45LC/410GA | KX342601 | REVOLVER | | |

USA_0237

EXHIBIT
5

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

| Page 1 of 1 | Case/Inspection Number 788010-22-0061 | Case/Inspection Title CASTILLO | | Office DENVER GROUP I |
|---|---|---|---|---|

Taken from: *(name, title, address, if appropriate)*
BILL PADDOCK
2650 W. HAMDEN AVE. SHERIDAN CO 80110

Recipient: *(name, title, address, if appropriate)*
SA JASON CLEMENS
950 17th ST. STE 1700
DENVER CO 50202

Location of Transfer or Seizure
2650 W. HAMDEN AVE, SHERIDAN CO 80110

Basis for Transfer or Seizure of Items:
CASE

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 | TAURUS, JUDGE, 45/410 CAL, SN: KX342601 |
| 1 | GSG-5, (ATI) : SN: A26 5166 |
| 1 | SMITH AND WESSON, M&P 15, SN: TF73472 |
| 1 | CENTURY ARMS, BFT47: SN: BFT 47P02458 |
| 1 | CZ, CZ712G2, SN: 21A4855 |

I hereby acknowledge receipt of the above item(s) into my custody.

Received by: *(signature)*                                       Date

Transferred by: *(signature, if appropriate)*        Date       Witnessed by: *(signature)* john Stew       Date 5/23/23

GPO U.S. GOVERNMENT PRINTING OFFICE:2018-405-134 / 8-07031

ATF Form 3400.23
Revised March 2005

USA_0238

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.   23-cr-00326-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LEONEL CASTILLO,

    Defendant.

---

## INDICTMENT

---

The Grand Jury charges:

### COUNT 1

Between and including on or about September of 2022 to on or about May 23, 2023, in the State and District of Colorado, the defendant, LEONEL CASTILLO, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms,

All in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

### COUNT 2

Between and including on or about January 6, 2023, to on or about January 27, 2023, in the State and District of Colorado, the defendant, LEONEL CASTILLO, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically a Sig Sauer, Model

EXHIBIT
6
USA_0239

Case No. 1:25-cv-00112-GPG-CYC    Document 21-3    filed 05/15/25    USDC Colorado
pg 41 of 44
Case No. 1:23-cr-00326-NYW    Document 1    filed 07/11/23    USDC Colorado    pg 2 of 4

P320, 9mm caliber handgun bearing serial number FCU337574, in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 3

Between and including on or about December 17, 2022, to on or about January 6, 2023, in the State and District of Colorado, the defendant, LEONEL CASTILLO, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically a Colt, Model 1911, .45 caliber handgun bearing serial number GV035287, in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 4

Between and including on or about December 22, 2022, to on or about January 31, 2023, in the State and District of Colorado, the defendant, LEONEL CASTILLO, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically a FN, Model SCAR, 5.56 caliber rifle bearing serial number L1C12437, in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 5

On or about May 23, 2023, in the State and District of Colorado, the defendant, LEONEL CASTILLO, knowing he had previously been convicted of a crime punishable

2

Case No. 1:25-cv-00112-GPG-CYC    Document 21-3    filed 05/15/25    USDC Colorado
pg 42 of 44
Case No. 1:23-cr-00326-NYW    Document 1   filed 07/11/23   USDC Colorado   pg 3 of 4

by imprisonment for a term exceeding one year, knowingly possessed ammunition in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## Forfeiture Allegation

1.      The allegations contained in Counts 1 through 5 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the violation(s) alleged in Counts 1 through 5 of this Indictment involving violations of Title 18, United States Code, Sections 922 and 924, the defendant, LEONEL CASTILLO, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including but not limited to the following:

|   | Manufacturer | Model | Caliber | Serial Number | Type |
|---|---|---|---|---|---|
| 1 | Colt | 1911 | .45 | GV035287 | Handgun |
| 2 | FN | SCAR | 5.56 | L1C124327 | Rifle |
| 3 | Sig Sauer | P320 | 9mm | FCU337574 | Handgun |
| 4 | Taurus | Judge | .45/410 gauge | KX342601 | Handgun/Shotgun |
| 5 | German Sport Guns | GSG-5 | .22 | A26 5166 | Rifle |
| 6 | Smith & Wesson | M&P 15 | 5.56 | TF73472 | Rifle |
| 7 | Century Arms | BFT47 | 7.62 | BFT47P0458 | Rifle |
| 8 | Hugulu Cooperative | CZ 712 G2 | 12 gauge | 21A4855 | Shotgun |
| 9 | All recovered ammunition | | | | |

3

Case No. 1:25-cv-00112-GPG-CYC   Document 21-3   filed 05/15/25   USDC Colorado
pg 43 of 44
Case No. 1:23-cr-00326-NYW   Document 1   filed 07/11/23   USDC Colorado   pg 4 of 4

3.      If any of the property described in paragraph 2 above, as a result of any

act or omission of the defendant:

   a)      cannot be located upon the exercise of due diligence;
   b)      has been transferred or sold to, or deposited with, a third
           party;
   c)      has been placed beyond the jurisdiction of the Court;
   d)      has been substantially diminished in value; or
   e)      has been commingled with other property which
           cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section

853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek

forfeiture of any other property of said defendant up to the value of the forfeitable

property.

A TRUE BILL:

Ink signature on file in Clerk's Office
FOREPERSON

COLE FINEGAN
United States Attorney

s/ Albert Buchman
Albert Buchman
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado   80202
Telephone: (303) 454-0100
Fax: (303) 454-0406
E-mail: al.buchman@usdoj.gov

4

USA_0242

Case No. 1:25-cv-00112-GPG-CYC   Document 21-3   filed 05/15/25   USDC Colorado
pg 44 of 44
Case No. 1:23-cr-00326-NYW   Document 1-1 filed 07/11/23   USDC Colorado   pg 1 of 1

DEFENDANT:      Leonel Castillo

AGE/YOB:        1990

COMPLAINT       _____ Yes    __x_____ No
FILED?
                If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __ Yes   _x_ No


OFFENSE(S):     (1)   18 U.S.C. § 922(a)(1)(A), Engaging in the Business of Dealing
                      Firearms Without a License
                (2-5) 18 U.S.C. § 922(g)(1), Firearm Possession by a Convicted
                      Felon

LOCATION OF     Jefferson County, Colorado
OFFENSE:

PENALTY:        (1)   NMT 5 years' imprisonment, $250,000 fine, or both; NMT 3
                      years' supervised release; $100 Special Assessment.
                (2-5) NMT 15 years' imprisonment, $250,000 fine, or both; NMT 3
                      years' supervised release; $100 Special Assessment

AGENT:          SA Jason Clemens, ATF

AUTHORIZED      Albert Buchman
BY:             Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_x_ five days or less; ___ over five days

THE GOVERNMENT

___ will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention is not applicable to this defendant.


USA_0243