## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00112-GPG-CYC

THE OUTDOORSMANS ATTIC, LLC,

     Petitioner,

v.

PAUL BROWN, Director of Industry Operations for the ATF's Denver Field Division,

     Respondent.

---

## STIPULATION OF DISMISSAL

---

     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Petitioner, The Outdoorsmans Attic, LLC, and Respondent Paul Brown, hereby stipulate that the cause of action should be dismissed with prejudice. The Parties have reached an agreement to settle this matter that resolves all claims in this matter. Each party shall pay its own costs and attorney's fees.

     Respectfully submitted August 20, 2025.

| | |
|---|---|
| *s/ Scott C. Allan* | PETER MCNEILLY |
| Scott C. Allan | United States Attorney |
| Renzulli Law Firm, LLP | |
| One North Broadway, Suite 1005 | *s/ Erika A. Kelley* |
| White Plains, NY 10601 | **Erika A. Kelley** |
| (914) 285-0700 | Assistant United States Attorney |
| sallan@renzullilaw.com | U.S. Attorney's Office |
| *Attorney for Petitioner* | 1801 California Street, Suite 1600 |
| | Denver, CO 80202 |
| | (303) 454-0100 |
| | Erika.Kelley@usdoj.gov |
| | *Attorney for Respondent* |

## CERTIFICATE OF SERVICE (CM/ECF)

I certify that on August 20, 2025, I filed the foregoing with the Clerk of the Court for the District of Colorado using the CM/ECF system, which will send notification of such filing to the following email address:

sallan@renzullilaw.com
Counsel for Petitioner

*s/ Erika A. Kelley*
U.S. Attorney's Office